IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |
| This document applies to:<br>See attached Rider for a list of cases | |

## AUXILIUM'S SHORT-FORM ANSWER, DEFENSES AND JURY DEMAND

Defendant Auxilium Pharmaceuticals, Inc. ("Auxilium") incorporates its responses and defenses set forth in its Amended Answer to the Master Long Form Complaint, dated May 21, 2015. To the extent a response is required, Auxilium is without knowledge or information sufficient to form a belief as to the allegations of the alleged medical conditions or injuries, and therefore those allegations and the remaining allegations are denied. Auxilium requests a trial by jury on all issues so triable.

Dated: May 26, 2015

Respectfully Submitted,

By: /s/ Pamela J. Yates

Andrew K. Solow (pro hac vice)
**KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10022
Phone: (212) 836-7740
Fax: (212) 836-6776
Email: Andrew.Solow@kayescholer.com

Pamela J. Yates (pro hac vice)
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Phone: (310) 788-1278
Fax: (310) 788-1200
Email: Pamela.Yates@kayescholer.com

*Attorneys for Auxilium Pharmaceuticals, Inc.*

# Rider

| Plaintiff Last Name | Plaintiff First Name | Current Docket Info | Case Caption |
|---|---|---|---|
| ACOSTA | Eduardo | Illinois, Nothern District - 1:14-cv-07765 | Eduardo Acosta vs. Auxilium Pharmaceuticals, Inc. and Does 1-25, inclusive |
| AMERSON | Benjamin Lewis Jr. and Rhonda | Illinois, Northern District- 1:14-cv-04554 | Benjamin Lewis Jr. and Rhonda Amerson vs. Abbott Laboratories, Inc., AbbVie Inc., Auxilium Pharmaceuticals, Inc., and Pfizer Inc., Jane, John, Jim, Jill Does (1-50) (Anonymous distributors, drug company defs., drug distributor defs., and health care providers.) |
| AUSTIN | Jerry | Illinois, Northern District- 1:14-cv-08412 | Jerry Austin v. Pfizer Inc., Pharmacia & Upjohn LLC, Auxilium Pharmaceuticals, Inc., and GlaxoSmithKline LLC |
| BANZHOF | Charles & Clare | Illinois, Northern District- 1:14-cv-08908 | Charles & Claire Banzhof v.Auxilium Pharmaceuticals, Inc.; Actavis, Inc.; Pfizer, Inc.; Pharmacia & Upjohn Company Defendants |
| BASS | Roland | Illinois, Northern District, 1:14-cv-06902 | Roland Bass vs. Auxilium Pharmaceutical, Inc.; Contract Pharmaceuticals Limited Canada. |
| BEDFORD | Daniel and Rosa | Illinois, Northern District - 1:15-cv-00676 | Daniel and Rosa Bedford vs. Pfizer, Inc.; A Delaware Corporation; Pharmacia and Upjohn, LLC.; Auxilium Pharmaceuticals, Inc. |
| BILLS | Thomas and Joyce | Illinois, Northern District - 1:14-cv-09497 | Thomas and Joyce, Bills v. Abbott Laboratories Inc.; AbbVie Inc.; Auxilium Pharmaceuticals, Inc. |
| BLACKETER | Billy | Illinois, Northern District - 1:15-cv-00278 | Billy Blacketer vs. Auxilium Pharmaceuticals, Inc. |
| BOYD | Steven and Elizabeth | Illinois, Northern District - 1:14-cv-08627 | Steven and Elizabeth, Boyd vs. Auxilium Pharmaceuticals Inc.; Eli Lilly and Company, Lilly USA LLC; Pharmacia & Upjohn Company Inc.; Pfizer Inc. |
| BRAY | Richard | Illinois, Northern District - 1:14-cv-09502 | Richard Bray vs. Auxilium Pharmaceuticals, Inc.; Does 1-50 Inclusive |

| | | | |
|---|---|---|---|
| BRUMFIELD | Terry and Annette | Illinois, Northern District - 1:14-cv-10162 | Terry and Annette Brumfield vs.Auxilium Pharmaceuticals, Inc. |
| BUDWITIS | Thomas and Jackie | Illinois, Northern District - 1:14-cv-05079 | Thomas and Jackie Budwitis vs. Auxilium Pharmaceuticals, Inc. |
| BURTON | Walter | Illinois, Northern District - 1:14-cv-10333 | Walter Burton vs. Auxilium Pharmaceuticals, Inc. |
| BURTON | Elmon and Ellen | Illinois, Northern District - 1:14-cv-08739 | Elmon and Eller Burton vs. Eli Lilly and Company; Lilly USA; Inc.; Auxilium Pharmaceuticals, Inc. |
| CARDEN | Tony | Illinois, Northern District - 1:15-cv-00504 | Tony Carden vs. Auxilium, Inc; GlaxoSmithKline, LLC. |
| CARPENTER | Gerald and Dora | Illinois, Northern District - 1:15-cv-01643 | Gerald and Dora Carpenter vs. Auxilium Pharmaceuticals Inc.; Endo Pharmaceuticals Inc |
| CINTRON | Carlos | Illinois, Northern District - 1:14-cv-08885 | Carlos Cintron vs. Auxilium Pharmaceuticals, Inc. |
| COHEN | Lee and Kyoko | Illinois, Northern District - 1:15-cv-00494 | Lee and Kyoko, Cohen vs. Auxilium Pharmaceuticals, Inc. |
| COKER | Danny | Illinois, Northern District - 1:15-cv-00401 | Danny Coker v. Lilly USA, Inc.; Eli Lilly and Company; Auxilium Pharmaceuticals, Inc. |
| COOPER | Willie | Illinois, Northern District - 1:14-cv-09508 | Willie Cooper vs. Abbott Laboratories Inc., AbbVie Inc., Watson Laboratories Inc., Actavis Inc., Actavis Pharma Inc., Auxilium Pharmaceuticals. |
| COOPER | Kevin and Carol | Illinois, Northern District - 1:14-cv-08741 | Kevin and Carol Cooper vs. Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline, LLC. |
| COOPER | Ronald S., | Illinois, Northern District - 1:14-cv-08408 | Ronald S. Cooper vs. AbbVie, Inc., Abbott Laboratories, Inc., Auxilium Pharmaceuticals, Inc |
| CORONADO | Francisco | Illinois, Northern District - 1:15-cv-01879 | Francisco Coronado vs. Auxilium Pharmaceuticals, Inc. |
| CRISSINGER | The Estate of Timothy Crissinger | Illinois, Northern District - 1:14-cv-08522 | The Estate of Timothy Crissinger vs. Auxilium Pharmaceuticals, Inc. |
| CRONE | Timothy and Kimberly | Illinois, Northern District - 1:15-cv-01764 | Timothy and Kimberly Crone vs. Auxilium Pharmaceuticals, Inc.; Endo Pharmaceuticals, Inc.; Actavis, Inc.; Watson Pharmaceuticals, Inc. |

| | | | |
|---|---|---|---|
| CROW | Dennis and Sharon | Illinois, Northern District - 1:15-cv-00702 | Dennis and Sharon Crow v. Auxilium, Inc; GlaxoSmithKline, LLC, Et al. |
| DAY | Kenneth | Illinois, Northern District - 1:15-cv-00987 | Kenneth Day v. Auxilium Pharmaceuticals, Inc. |
| DILL | David | Illinois, Northern District - 1:15-cv-03074 | David Dill vs. Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline |
| DOMIN | Barbara Ann Domin, individually and as executor of the Estate of Gregory P. Domin | Illinois, Northern District - 1:15-cv-01269 | Barbara Ann Domin, individually and as executor of the Estate of Gregory P. Domin, vs. AbbVie Inc., Abbott Laboratories Inc. & Auxilium Pharmaceuticals, Inc. |
| DUBROC | Martin, III | Illinois, Northern District - 1:14-cv-08661 | Martin Dubroc III vs. Auxilium Pharmaceuticals, Inc. |
| DUBROJA | Brett | Illinois, Northern District - 1:15-cv-00328 | Brett Dubroja vs. Auxilium Pharmaceuticals, Inc. |
| DUCHOK | James | Illinois, Northern District - 1:14-cv-08027 | James Duchok vs. Auxilium Pharmaceuticals, Inc.; Jane Doe Distributors; John Doe Drug Company Defendants (1-50); Jane Doe Drug Distributor Defendants (1-50); Jill Doe (1-50) |
| FELDER | Randy | Illinois, Northern District - 1:14-cv-08862 | Randy Felder v. Auxilium Pharmaceuticals, Inc. and Endo Pharmaceuticals Inc. |
| FIELDS | Amanda K., individually and on Behalf of the Estate of Robert L. Fields. | Illinois, Northern District - 1:14-cv-09377 | Amanda K., individually and on Behalf of the Estate of Robert L. Fields vs. Auxilium Pharmaceuticals, Inc. |
| FORESTIERI | Joseph | Illinois, Northern District - 1:14-cv-10327 | Joseph Forestieri vs. Auxilium Pharmaceuticals, Inc. |
| FORRESTER | Robert N. | Illinois, Northern District - 1:14-cv-07135 | Robert Forrester vs. Auxilium Pharmaceuticals, Inc. |
| FOWLER | Weseley | Illinois, Northern District - 1:14-cv-06325 | Wesley Fowler vs. Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline, LLC. Does 1-50 inclusive. |
| FRANCIONE | Brian T. | Illinois, Northern District - 1:15-cv-00300 | Brian T. Francione vs. Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline, LLC; Does 1-50 Inclusive |

| FRANKLIN | Ronnie | Illinois, Northern District - 1:15-cv-00769 | Ronnie Franlin vs. AbbVie Inc.; Abbott Laboratories Inc.; Auxilium Pharmaceuticals, Inc. |
|---|---|---|---|
| FRENCH | John | Illinois, Northern District - 1:15-cv-00244 | John French v. Auxilium Pharmaceuticals, Inc. |
| GARNER | Sandra R. Garner, Individually and as Surviving Spouse of Gary Alan Garner; The Estate of Gary Alan Garner | Illinois, Northern District - 1:14-cv-06383 | Garner, Sandra R., Individually and as Surviving Spouse of Gary Alan Garner; The Estate of Gary Alan Garner vs. Auxilium Pharmaceuticals, Inc.; Actavis Inc.; Pfizer Inc. |
| GARRISON | Gary | Illinois, Northern District - 1:15-cv-02823 | Gary Garrison vs. Endo Pharmaceuticals, Inc. and Auxilium Pharmaceuticals, Inc. |
| GEGUNDE | Frank | Illinois, Northern District - 1:15-cv-00007 | Frank Gegunde vs. Auxilium Pharmaceuticals, Inc. |
| GLOVER | James and Carol | Illinois, Northern District - 1:14-cv-08730 | James and Carol, Glover vs. Pfizer, Inc.; A Delaware Corporation; Pharmacia and Upjohn, LLC.; Auxilium Pharmaceuticals, Inc. |
| GOINS | David and Mindy Sue Goins | Illinois, Northern District - 1:14-cv-10155 | David Goins vs. Auxilium Pharmaceuticals, Inc.; Endo Pharmaceuticals Inc. |
| GORDON | Larry and Ann | Illinois, Northern District - 1:15-cv-00299 | Larry and Ann Gordon vs. Auxilium Pharmaceuticals, Inc.; Pfizer, Inc.; Pharmacia & Upjohn Company LLC |
| GOSNELL | Roger | Illinois, Northern District - 1:14-cv-05040 | Roger Gosnell vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| GRIZZELL | William | Illinois, Northern District - 1:15-cv-01014 | William Grizzell vs. Auxilium Pharmaceuticals, Inc. |
| HALE | Thaddeus, J. | Illinois, Northern District - 1:14-cv-05472 | Thaddeus J.. Hale vs. AbbVie Inc.; Abbott Laboratories Inc.; Auxilium Pharmaceuticals, Inc. |
| HASLAR | Richard L. | Illinois, Northern District - 1:15-cv-00331 | Richard L. Haslar vs. Auxilium Pharmaceuticals, Inc. |
| HAUSER | David and Francine | Illinois, Northern District - 1:14-cv-09817 | David and Francine Hauser vs. Auxilium Pharmaceuticals, Inc.; Pfizer, Inc.; Pharmacia & Upjohn Company LLC |
| HEARNE | Richard | Illinois, Northern District - 1:15-cv-00901 | Richard Hearne vs. Auxilium Pharmaceuticals, Inc. |
| HEBERT | Steven and Linda | Illinois, Northern District - 1:14-cv-09321 | Steven and Linda Hebert vs. Auxilium Pharmaceuticals, Inc.; Pfizer, Inc. |

| HEIDER | Cheryle, individuallt and as Personal Representative of the Estate of James Heider | Illinois, Northern District - 1:15-cv-00638 | Cheryle Heider, individually and as Personal Representative of the Estate of James Heider |
|---|---|---|---|
| HEIMNICK | Mark | Illinois, Northern District - 1:15-cv-02031 | Mark Heimnick vs.AbbVie Inc.; Abbott Laboratories, Inc.; Eli Lilly and Company; Auxilium Pharmaceuticals, Inc. |
| HILL | Larry | Illinois, Northern District - 2:14-cv-04553 | Larry Hill vs. Auxilium Pharmaceuticals, Inc. |
| HITE | Ernest | Illinois, Northern District - 1:15-cv-01607 | Ernest Hite vs. AbbVie Inc.; Abbott Laboratories, Inc.; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Auxilium Pharmaceuticals, Inc. |
| HITT | Glen | Illinois, Northern District - 1:15-cv-01035 | Glen Hitt vs. Pfizer, Inc.; Pharmacia & Upjohn Co.; Auxilium Pharmaceuticals, Inc. |
| HOBBS | Freddie | Illinois, Northern District - 1:15-cv-00872 | Freddie Hobbs vs. AbbVie Inc.; Abbott Laboratories, Inc.; Endo Pharmaceuticals Inc.; Auxilium, Inc.; and GlaxoSmithKline, LLC. |
| HOUSTON | Edward | Illinois, Northern District - 1:14-cv-05449 | Edward Houston vs. Auxilium Pharmaceuticals, Inc.; Endo Pharmaceuticals Inc |
| HUMBLE | Robert L. | Illinois, Northern District - 1:14-cv-06324 | Robert L. Humble vs. AbbVie, Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc.; and Does 1-50 Inclusive. |
| HUNT | Danny and Linda | Illinois, Northern District - 1:14-cv-00914 | Danny and Linda, Hunt vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| HUPP | Larry D. | Illinois, Northern District - 1:14-cv-07525 | Larry D. Hupp vs. Abbott Laboratories, Inc.; AbbVie, Inc.; Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline, LLC. |
| HUSTED | Ronald W. | Illinois, Northern District - 1:14-cv-04259 | Ronald W. Husted vs. AbbVie, Inc.; Abbott Laboratories; Auxilium Pharmaceuticals, Inc. |
| JOHNSON | Vance | Illinois, Northern District - 1:15-cv-01875 | Vance Johnson vs. Auxilium Pharmaceuticals, Inc.; Endo Pharmaceuticals, Inc. |
| JONES | Anthony and Laura | Illinois, Northern District - 1:15-cv-00416 | Anthony and Laura Jones vs. Auxilium Pharmaceuticals, Inc. |
| JOSEPH | Lionell | Illinois, Northern District - 1:14-cv-09948 | Lionell Joseph vs. Auxilium Pharmaceuticals, Inc. |

| | | | |
|---|---|---|---|
| LEPPARD | Cheryl S. Leppard, Individually and as Administrator of the Estate of Larry Dee Leppard | Illinois, Northern District - 1:15-cv-02588 | Cheryl S. Leppard, Individually and as Administrator of the Estate of Larry Dee Leppard vs. Auxilium Pharmaceuticals, Inc. |
| LICON | Daniel | Illinois, Northern District - 1:14-cv-08602 | Daniel Licon vs. Auxilium Pharmaceuticals, Inc. |
| LINT | Albert T. | Illinois, Northern District - 1:14-cv-06896 | Albert Lint vs. Auxilium Pharmaceuticals, Inc.; Contract Pharmaceuticals Limited Canada |
| LOFTEN | David and Regina | Illinois, Northern District - 1:15-cv-00790 | David and Regina Loften vs. Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline, LLC. |
| LOHAN | William | Illinois, Northern District - 1:15-cv-07025 | William Lohan vs. Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc.; AbbVie Inc.; Abbott Laboratories, Inc. |
| LOISEL | Donald, Sr. | Illinois, Northern District - 1:14-cv-09306 | Donald Loisel Sr. vs. AbbVie, Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| LONGOBARDO | Steve | Illinois, Northern District - 1:14-cv-09433 | Steve Longobardo vs.Auxilium, Inc; GlaxoSmithKline, LLC. |
| LUFT | Gene | Illinois, Northern District - 1:15-cv-01576 | Gene Luft vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| LYONS | Leamon and Judy | Illinois Northern District 1:14-cv-08430 | Leamon and Judy, Lyons vs. Auxilium Pharmaceuticals, Inc. |
| MAHROUS | Mohamed and Donna | Illinois Northern District 1:14-cv-09431 | Mohammed and Donna, Mahrous vs.Auxilium Pharmaceuticals, Inc. |
| MARSEE | Charles | Illinois Northern District 1:14-cv-05450 | Charles Marsee vs. Auxilium Pharmaceuticals, Inc., A corporation |
| MARTIN | Bobby and Hazel | Illinois Northern District - 1:14-cv-08990 | Bobby and Hazel, Martin vs. Auxilium Pharmaceuticals, Inc. |
| MARTIN | Roy | Illinois Northern District - 1:15-cv-03045 | Roy Martin vs. AbbVie Inc.; Abbott Laboratories; Eli Lilly and Company; Pfizer, Inc.; Pharmacia & Upjohn Company Inc.; Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc.; Actavis, Inc. |

| MCAULEY | Scott | Illinois Northern District - 1:15-cv-02695 | Scott McAuley vs. Endo Pharmaceuticals, Inc. and Auxilium Pharmaceuticals, Inc. |
|---|---|---|---|
| MCCLURE | Brad | Illinois Northern District - 1:14-cv-10309 | Brad McClure vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| MCFADDEN | Gerald T. McFadden, Deceased By Lorraine A. McFadden, Administrator | Illinois Northern District - 1:14-cv-09491 | Gerald T. McFadden, Deceased By Lorraine A. McFadden, Administrator vs. McFadden vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| MCLEOD | John | Illinois Northern District - 1:14-cv-08764 | John McLeod v.Auxilium Pharmaceuticals, Inc. |
| MERCER | Peter | Illinois Northern District - 1:15-cv-00540 | Peter Mercer vs. AbbVie Inc.; Abbott Laboratories Inc.; Auxilium Pharmaceuticals, Inc. |
| MICALIZZI | Sam | Illinois Northern District - 1:14-cv-09552 | Sam Micalizzi vs. AbbVie Inc.; Abbott Laboratories Inc.; Auxilium Pharmaceuticals, Inc. |
| MIDDLETON | Garry E. | Illinois Northern District - 1:15-cv-01253 | Garry E. Middleton vs. Auxilium Pharmaceuticals, Inc.; Endo Pharmaceuticals, Inc. |
| MIERZWINSKI | Ronald | Illinois Northern District - 1:15-cv-01493 | Ronald Mierzwinski vs. Auxilium Pharmaceuticals, Inc. |
| MONTINO | Carl | Illinois Northern District - 1:14-cv-07159 | Carl Montino vs. Auxilium Pharmaceuticals, Inc. |
| MOORE | Danny and Elizabeth | Illinois Northern District - 1:15-cv-00784 | Danny and Elizabeth Moore vs. AbbVie Inc.; Abbott Laboratories Inc; Auxilium Pharmaceuticals Inc. |
| MOORE | Rhonda Moore, as Special Administrator of the ESTATE of Edward Moore, deceased | Illinois Northern District - 1:14-cv-08057 | Rhonda Moore, as Special Administrator of the ESTATE of Edward Moore, deceased, Moore vs. Auxilium Pharmaceuticals, Inc. |

| | | | |
|---|---|---|---|
| MORALES | Arturo and Imelda S. | Illinois Northern District - 1:15-cv-02033 | Artulo and Imelda S, Morales vs. AbbVie Inc.; Abbott Laboratories, Inc. Auxilium Pharmaceuticals, Inc. |
| MORELAND | Russell | Illinois Northern District - 1:15-cv-00036 | Russell Moreland vs. Auxilium Pharmaceuticals, Inc. |
| NEBELSKI | John and Ann | Illinois Northern District - 1:14-cv-08714 | John and Ann Nebelski vs. Auxilium Pharmaceuticals, Inc. |
| NEELY | Elbert E., III | Illinois Northern District - 1:14-cv-09526 | Elbert E. Neely. III vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| OLIVER | John and Barbara | Illinois Northern District - 1:14-cv-10224 | John and Barbara, Oliver vs. Auxilium Pharmaceuticals, Inc. |
| O'MARY | Marvin | Illinois Northern District - 1:14-cv-06320 | Marvin O'Mary vs. Auxilium Pharmaceuticals, Inc. ; Does 1-50. |
| OWENS | Isaac and Mary | Illinois Northern District - 1:14-cv-05180 | Isaac and Mary,Owens vs. Auxilium Pharmaceuticals, Inc. |
| PAPKE | Melvin and Tracy | Illinois Northern District - 1:15-cv-00739 | Melvin and Tracy Papke vs. AbbVie Inc.; Abbott Laboratories Inc.; Lilly USA, Inc.; Auxilium Pharmaceuticals, Inc. ; Eli Lilly and Company; Endo Pharmaceuticals Inc. |
| PARKER | Loran | Illinois Northern District - 1:14-cv-02394 | Loran Parker vs. AbbVie Inc.; Abbott Laboratories Inc.; Auxilium Pharmaceuticals, Inc. |
| PATRICK | John | Illinois Northern District - 1:15-cv-00845 | John Patrick vs. Auxilium Pharmaceuticals, Inc. |
| PETRAS | Helena, individually and as successor in interest for Joseph Petras | Illinois Northern District - 1:14-cv-07642 | Helena, individually and as successor in interest for Joseph Petras, Petras vs. Auxilium Pharmaceuticals, Inc. |
| PEULER | Jeffrey Daboval Peuler and Jennifer Peuler Gillen Individually and as the sole heirs of John Benedict Peuler (Deceased) | Illinois Northern District - 1:14-cv-04255 | Jeffrey Daboval Peuler and Jennifer Peuler Gillen Individually and as the sole heirs of John Benedict Peuler (Deceased), Peuler vs. Auxilium Pharmaceuticals, Inc. |
| PFISTER | Gregory | Illinois Northern District - 1:14-cv-10140 | Gregory Pfister vs. AbbVie, Inc.; Abott Laboratories Inc.; Auxilium Pharmaceuticals, Inc. |
| POYNTER | Jerry | Illinois Northern District - 1:15-cv-00969 | Jerry Poynter vs. Pfizer, Inc.; Pharmacia & Upjohn Company, LLC.; AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |

| | | | |
|---|---|---|---|
| RABIDOU | Gary | Illinois Northern District - 1:15-cv-00294 | Gary Rabidou vs. Auxilium Pharmaceuticals, Inc. |
| RAMSEY | Cecil and Rebecca S. | Illinois Northern District - 1:15-cv-01775 | Cecil and Rebecca S. Ramsey vs. Auxilium Pharmaceuticals, Inc.; Pfizer, Inc.; Pharmacia & Upjohn Company LLC |
| RAPER | Kevin | Illinois Northern District - 1:14-cv-08918 | Kevin Raper vs. Auxilium Pharmaceuticals, Inc. |
| REYNOLDS | Steve | Illinois Northern District - 1:14-cv-09750 | Steve Reynolds vs. Auxilium Pharmaceuticals, Inc. |
| RIDLEY | Richard | Illinois Northern District - 1:15-cv-00782 | Richard Ridley vs. Auxilium Pharmaceuticals, Inc. |
| ROBBINS | Harvey | Illinois Northern District - 1:14-cv-10343 | Harvey Robbins vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| ROLAND | James, Sr. | Illinois Northern District - 1:14-cv-07237 | James Roland Sr. vs. AbbVie, Inc.; Abott Laboratories Inc.; Auxilium Pharmaceuticals, Inc. |
| ROSE | Matthew J. | Illinois Northern District - 1:15-cv-01704 | Matthew Rose vs. Auxilium Pharmaceuticals, Inc. |
| ROSE | Gerald | Illinois Northern District - 1:15-cv-00748 | Gerald Rose vs. Auxilium Pharmaceuticals, Inc. |
| RUEDE | Michael | Illinois Northern District - 1:14-cv-07597 | Michael Ruede vs. Auxilium Pharmaceuticals, Inc. |
| SAYRE | Donald | Illinois Northern District - 1:14-cv-08676 | Donald Sayre vs. AbbVie, Inc.; Abott Laboratories Inc.; Auxilium Pharmaceuticals, Inc. |
| SCHEIDEMAN | Richard | Illinois Northern District - 1:14-cv-09456 | Richard Scheidman vs. Auxilium Pharmaceuticals, Inc.; Eli Lilly and Company |
| SEXTON | James and Anne Sexton | Illinois Northern District - 1:14-cv-04536 | James and Anne Sexton vs. AbbVie Inc.; Abbott Laboratories Inc.; Auxilium Pharmaceuticals, Inc.; Endo Pharmaceuticals Inc. |
| SHAHID | Samuel | Illinois Northern District - 1:15-cv-02623 | Samuel Shahid vs. Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc. |
| SICARD | William | Illinois Northern District - 1:14-cv-03632 | William Sicard vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| SIMMONS | Dale L. | Illinois Northern District - 1:14-cv-09284 | Dale Simmons vs. Auxilium Pharmaceuticals, Inc. |

| | | | |
|---|---|---|---|
| SKADAL | James and Naomi | Illinois Northern District - 1:15-cv-02955 | James and Naomi Skadal vs. Auxilium Pharmaceuticals, Inc. |
| STENSON | Thomas and Rogelia | Illinois Northern District - 1:15-cv-03026 | Thomas and Rogelia Stenson vs. AbbVie Inc.; Abbott Laboratories; Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc. |
| TEMPLEMAN | Lennie | Illinois Northern District - 1:14-cv-10340 | Lennie Templemann vs. Auxilium Pharmaceuticals, Inc. |
| THACH | Than | Illinois Northern District - 1:15-cv-00282 | Than Thach vs. Auxilium Pharmaceuticals, Inc. |
| THOMAS | Louis J., | Illinois Northern District - 1:15-cv-00950 | Louis J. Thomas vs. AbbVie Inc.; Abbott Laboratories Inc.; Actavis, Inc.; Watson Laboratories, Inc.; Auxilium Pharmaceuticals, Inc.; Pfizer, Inc.; Endo Pharmaceuticals Inc.; Endo International, Plc. |
| THOMPSON | Charles B., Jr. | Illinois Northern District - 1:15-cv-01166 | Charles B. Thompson, Jr. vs. Auxilium Pharmaceuticals, Inc. |
| THOMPSON | Michael | Illinois Northern District - 1:15-cv-02996 | Michael Thompson vs. Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc. |
| TOMENY | Philip | Illinois Northern District - 1:15-cv-00711 | Philip Tomeny vs. Lilly USA, Inc.; Eli Lilly and Company; Auxilium Pharmaceuticals, Inc. |
| TOMPKINS | James | Illinois, Northern District - 1:15-cv-00973 | James Tompkins vs. Auxilium Pharmaceuticals, Inc.; Endo Pharmaceuticals Inc. |
| TORRES | Oscar | Illinois, Northern District - 1:15-cv-00276 | Oscar Torres vs. Auxilium Pharmaceuticals, Inc. |
| VANBUSIRIK | Alan | Illinois, Northern District - 1:14-cv-07554 | Alan Vanbusirik vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| WALKER | James, Jr. | Illinois, Northern District - 1:14-cv-05457 | James Walker, Jr. vs. Auxilium Pharmaceuticals, Inc., A corporation |
| WEBBER | Brian M. | Illinois, Northern District - 1:14-cv-09142 | Brian M. Webber vs. Auxilium Pharmaceuticals, Inc.; AbbVie INC.; Abbot Laboratories, Inc.; Actavis, Plc; Actavis, inc. formerly known as Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; Individually and as subsidary to Actavis, Inc.; and Anda, Inc., Individually and as subsidary to Actavis, inc. |

| | | | |
|---|---|---|---|
| WEIMERS | James | Illinois, Northern District - 1:14-cv-09365 | James Weimers vs. Auxilium Pharmaceuticals, Inc.; GlaxoSmithKlin, LLC; Does 1-50 |
| WHITNEY | Brad and Vicki | Illinois, Northern District - 1:14-cv-08677 | Brad and Vicki, Whitney v. AbbVie, Inc.; Abbot Laboratories.; Auxilium Pharmaceuticals, Inc. |
| WILKERSON | Jerry | Illinois, Northern District - 1:15-cv-01232 | Jerry Wilkerson v. Auxilium Pharmaceuticals, Inc. |
| WILKINSON | Jerry and Kay | Illinois, Northern District - 1:14-cv-7769 | Jerry and Kay Wilkinson vs. Auxilium Pharmaceuticals, Inc. |
| WILLIAMS | Eddie | Illinois, Northern District - 1:15-cv-01193 | Eddie Williams vs. Auxilium Pharmaceuticals, Inc. |
| WILLIAMS | Vincent | Illinois, Northern District - 1:15-cv-1601 | Vincent Williams vs. Auxilium Pharmaceuticals, Inc. |
| WILSON | Tommy | Illinois, Northern District - 1:14-cv-04962 | Tommy Wilson vs. AbbVie.; Abbott Laboratories, inc.; Auxilium Pharmaceuticals, Inc. |
| WISDOM | Roger | Illinois, Northern District - 1:14 -cv-06916 | Roger Wisdom vs. Auxilium Pharmaceuticals, Inc.; AbbVie, inc.; Abbott Laboratories |
| WOLF | Joseph | Illinois, Northern District - 1:14-cv-04762 | Joseph Wolf vs. Auxilium Pharmaceuticals, Inc. |
| WOOSLEY | Terry and Maria | Illinois, Northern District - 1:14-cv-8413 | Terry and Maria Woosley vs. Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline, LLC. |
| ZIMMERMAN | Patrick and Deborah | Illinois, Northern District - 1:14-cv-08614 | Patrick and Deborah Zimmerman vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline, LLC. |

## CERTIFICATE OF SERVICE

I certify that on June 10, 2015, a copy of the foregoing was served electronically on counsel of record for all parties through the Court's CM/ECF system.

Dated: June 10, 2015

Andrew K. Solow