**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Isaac Owens, et al. v. Auxilium Pharmaceuticals, Inc.     Case Number: 1:14-cv-05180

An appearance is hereby filed by the undersigned as attorney for:
Isaac Owens and Mary Owens, Plaintiffs

Attorney name (type or print):  Ronald E. Johnson, Jr.

Firm:    Schachter Hendy Johnson PSC

Street address:     909 Wrights Summit Parkway, Suite 210

City/State/Zip:    Fort Wright, KY 41017

Bar ID Number: 88302 (KY)                    Telephone Number:    (859) 578-4444
(See item 3 in instructions)

Email Address: rjohnson@pschacter.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.     ☐ Retained Counsel
                                                  ☐ Appointed Counsel
                                                     If appointed counsel, are you a
                                                     ☐ Federal Defender
                                                     ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/13/17

Attorney signature:      S/ Ronald E. Johnson, Jr.
                         (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015