UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 1:14-cv-1748 MDL No. 2545 |
| This Document Relates To: | ) ) | |
| *Owens v. Auxilium Pharmaceuticals, Inc..* Case No. 1:14-cv-5180 | ) ) | |

**DEFENDANT'S STATEMENT PURSUANT TO LOCAL CIVIL RULE 56.1 IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON STATE LAW GROUNDS**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendant Auxilium Pharmaceuticals, LLC (f/k/a Auxilium Pharmaceuticals, Inc.) ("Auxilium") submits the following statement of facts which are undisputed.

1. At all relevant times, Plaintiffs Isaac A. Owens and Mary Owens were citizens of Kentucky. Owens Compl. ¶ 12.

2. Auxilium is a Delaware corporation with its principal place of business in Chesterbrook, Pennsylvania. Auxilium's Amended Answer to the Master Long-Form Complaint, Defenses and Jury Demand.

3. ███████████████████████████████████████████████████████████████████████████ I. Owens Dep. ("Ex. 3") at 151:6–152:9, 155:3–9; Ozor Dep. ("Ex. 4") at 18:3–12, 26:11–22, 34:7–18; Thompson Dep. ("Ex. 5") at 31:17–22.

4. ███████████████████████████████████████████████████████████████████████████ Owens First Amended

Plaintiff Fact Sheet ("Ex. 2") at 9; Ex. 3 at 92:16–93:12, 116:2–4; Ex. 4 at 24:4–23, 67:11–14; Ex. 5. at 29:6–24.

5. ██████████████████████████████████████████████████████████
████████████████████████████████████ Ex. 3 at 49:22–50:3; Ex. 5 at 47:2–51:6.

6. ██████████████████████████████████████████████████████
████████████████ *See* Ex. 6 at 76–77.

7. ██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████ D. Smith Dep. ("Ex. 7") at 24:3–22.

8. ██████████████████████████████████████████████████████
██████████████████████████████████████████████████
██████ Ex. 8 at 109; Ex. 3 at 157:5– 158:21; Ex. 7 at 31:13–24.

9. ██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████ Ex. 3 at 158:2–159:11, 183:15–22, 186:5–24; Ex. 7 at 33:17–34:6.

10. At all times when Dr. Smith prescribed Testim to Mr. Owens, the Medication Guide included with the labeling for medical providers and also provided to patients warned that "**TESTIM can cause serious side effects including: . . . Blood clots in the legs.** This can include pain, swelling or redness of your legs." Ex. 1 at 26–27 (emphasis in original).

11. Although Dr. Smith did not read the Testim labeling, when he prescribed Testim for Mr. Owens he nevertheless was aware that Testim treatment was associated with a potential risk of blood clots in the legs. Ex. 7 at 54:16–55:14, 57:14–58:2.

12. In Dr. Smith's medical judgment, Testim was an appropriate treatment for Mr. Owens's ▮▮▮▮▮▮▮▮ because the potential benefits outweighed the potential risks, including the risk of blood clots in the legs. *Id.* at 61:22–62:6, 75:13–17.

13. In prescribing Testim, Dr. Smith relied primarily on published literature. *Id.* at 65:1–11.

14. Dr. Smith does not recall any instances where an Auxilium sales representative gave him false information about Testim or urged him to prescribe Testim for an off-label indication. *Id.* at 53:14–21.

15. Dr. Smith does not recall Auxilium sales representatives using sales tactics intended to encourage him to "look[] for patients for testosterone replacement." *Id.* at 68:2–20.

16. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 3 at 202:20–203:9; Ex. 9 at 374, 383, 386–387.

17. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 3 at 195:10–196:2, 197:8–21; Ex. 2 at 15–16.

18. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 3 at 219:21–220:11, 280:8–281:1.

19. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Ex. 3 at 191:21–192:14, 200:2–16

20. The Medication Guide instructed patients to "[a]pply TESTIM only to the areas **of your shoulders and upper arms that will be covered by a short sleeve t-shirt**," and "**not [to] apply TESTIM to your . . . abdomen**." Ex. 1 at 25 (emphasis in original); Ex. 7 at 39:18–40:2.



21. ██████████████████████████████████████████████████████

████ Ex. 3 at 192:18–21, 198:17–24, 199:19–22, 203:10–16.

22. The recommended daily dose of Testim is "5 g of gel (one tube) containing 50 mg of testosterone," and the Medication Guide instructed patients to apply Testim by "[s]queez[ing] all of the TESTIM out of the tube into the palm of your hand" before applying it. Ex. 1 at 26; Ex. 7 at 40:3–12.

23. ██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████ Ex. 8 at 71.

24. ████████████████████████████████████████ *Id.*

25. Dr. Smith gave Mr. Owens a prescription for Testim, which he filled on July 8. *Id.*; Ex. 9 at 374.

26. ██████████████████████████████████████████████████████
████████████████████████████████████ Ex. 3 at 233:15–234:20, 247:20–248:22.

27. ██████████████████████████████████████████████████████
████████████████████████████████ *Id.* at 221:14–21, 236:11–238:1, 290:15–291:4; M. Owens Dep. ("Ex. 11") at 104:9–105:15; Ex. 10 at 195.

28. ██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████ Ex. 3 at 224:16–225:4.

29. ██████████████████████████████████████████████████████
████ *Id.* at 225:5–13; Ex. 4 at 77:1–3.

30. ███████████████████████████████████████████████ Ex. 11 at 79:7–22.

31. ███████████████████████████████████████████████████████████████ ███████████████████ *Id.* at 111:14–112:20.

32. ███████████████████████████████████████████████████████████ ███████ *Id.* at 114:5–12, 119:9–19; Ex. 3 at 277:11–14.

Dated: September 11, 2017     Respectfully submitted,

<u>*Andrew K. Solow*</u>
Andrew K. Solow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
25O West 55th Street
New York, NY 10019-9710
Phone: (212) 836-7740
Fax: (212) 836-6776
Email: andrew.solow@apks.com

Pamela J. Yates (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Phone: (213) 243-4178
Fax: (213) 243-4199
Email: pamela.yates@apks.com

*Attorneys for Auxilium Pharmaceuticals, LLC (f/k/a Auxilium Pharmaceuticals, Inc.)*

## CERTIFICATE OF SERVICE

      I, Andrew K. Solow, certify that on September 11, 2017, I served a true and correct copy of the foregoing Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment on State Law Grounds counsel of record by electronic notice through the CM/ECF system of the United States District Court for the Northern District of Illinois.

Dated: September 11, 2017          *Andrew K. Solow*
                                              Andrew K. Solow, (*pro hac vice*)

64789838