| AUXILIUM A², INC. | PHARMACOKINETIC SAMPLE RECORD DAYS 8–10 | | | |
|---|---|---|---|---|
| PROTOCOL NO. AUX-TG-201.00 | INVESTIGATOR NUMBER 0 1 | SCREENING NUMBER | RANDOMIZATION NUMBER | SUBJECT INITIALS first middle last |

PHARMACOKINETIC SAMPLE RECORD

| COLLECTION DATE day month year | TIMEPOINT | TARGET COLLECTION TIME 24 hour clock | ACTUAL COLLECTION TIME 24 hour clock |
|---|---|---|---|
| | Pre-Dose (Time 0) | | |
| | 0.5 Hour Post-Dose | | |
| | 1 Hour Post-Dose | | |
| | 1.5 Hours Post-Dose | | |
| | 2 Hours Post-Dose | | |
| | 3 Hours Post-Dose | | |
| | 4 Hours Post-Dose | | |
| | 5 Hours Post-Dose | | |
| | 6 Hours Post-Dose | | |
| | 8 Hours Post-Dose | | |
| | 10 Hours Post-Dose | | |
| | 12 Hours Post-Dose | | |
| | 15 Hours Post-Dose | | |
| | 18 Hours Post-Dose | | |
| | 24 Hours Post-Dose | | |
| | 48 Hours Post-Dose | | |

CONFIDENTIAL

WHITE ORIGINAL: AUXILIUM A², INC. 11/8/00    YELLOW COPY: DATA MANAGEMENT    PINK COPY: RETAINED BY INVESTIGATOR    PAGE 23

134

| AUXILIUM A², INC. | MEAL COMPLETION RECORD DAY 8 | | | |
|---|---|---|---|---|
| PROTOCOL NO. AUX-TG-201.00 | INVESTIGATOR NUMBER 0 1 | SCREENING NUMBER | RANDOMIZATION NUMBER | SUBJECT INITIALS first middle last |

Date: |__|__| |__|__| |__|__|
day month year

**MEAL COMPLETION RECORD**

| MEAL | TARGET COMPLETION TIME 24 hour clock | ACTUAL COMPLETION TIME 24 hour clock | MEAL CONSUMED | COMMENTS | INITIALS |
|---|---|---|---|---|---|
| Breakfast | |__|__|__| | |__|__|__| | 1 ☐ No 2 ☐ Yes | | |
| Lunch | |__|__|__| | |__|__|__| | 1 ☐ No 2 ☐ Yes | | |
| Dinner | |__|__|__| | |__|__|__| | 1 ☐ No 2 ☐ Yes | | |
| Evening Snack | |__|__|__| | |__|__|__| | 1 ☐ No 2 ☐ Yes | | |

**CONFIDENTIAL**
WHITE ORIGINAL: AUXILIUM A², INC. 11/8/00   YELLOW COPY: DATA MANAGEMENT   PINK COPY: RETAINED BY INVESTIGATOR   PAGE 24

135

| AUXILIUM A², INC. | | SKIN IRRITATION ASSESSMENTS DAY 8 | | |
|---|---|---|---|---|
| PROTOCOL NO. AUX-TG-201.00 | INVESTIGATOR NUMBER 0 1 | SCREENING NUMBER | RANDOMIZATION NUMBER | SUBJECT INITIALS first middle last |

Date: |_|_| |_|_| |_|_|
day  month  year

**4 HOURS POST-DOSE SKIN IRRITATION ASSESSMENT**

Target Time of Assessment: |__|__|__|__|  Actual Time of Assessment: |__|__|__|__|
24 hour clock  24 hour clock

Score (check one):
- 0 ☐ No erythema
- 1 ☐ Minimal erythema
- 2 ☐ Moderate erythema with sharply defined borders
- 3 ☐ Intense erythema with or without edema  *A photo must be taken.*
- 4 ☐ Intense erythema with edema and blistering/erosion  *A photo must be taken.*

**8 HOURS POST-DOSE SKIN IRRITATION ASSESSMENT**

Target Time of Assessment: |__|__|__|__|  Actual Time of Assessment: |__|__|__|__|
24 hour clock  24 hour clock

Score (check one):
- 0 ☐ No erythema
- 1 ☐ Minimal erythema
- 2 ☐ Moderate erythema with sharply defined borders
- 3 ☐ Intense erythema with or without edema  *A photo must be taken.*
- 4 ☐ Intense erythema with edema and blistering/erosion  *A photo must be taken.*

**12 HOURS POST-DOSE SKIN IRRITATION ASSESSMENT**

Target Time of Assessment: |__|__|__|__|  Actual Time of Assessment: |__|__|__|__|
24 hour clock  24 hour clock

Score (check one):
- 0 ☐ No erythema
- 1 ☐ Minimal erythema
- 2 ☐ Moderate erythema with sharply defined borders
- 3 ☐ Intense erythema with or without edema  *A photo must be taken.*
- 4 ☐ Intense erythema with edema and blistering/erosion  *A photo must be taken.*

**CONFIDENTIAL**

WHITE ORIGINAL: AUXILIUM A², INC. 11/8/00   YELLOW COPY: DATA MANAGEMENT   PINK COPY: RETAINED BY INVESTIGATOR   PAGE 25

136

| AUXILIUM A², INC. | 24 HOURS POST-DOSE ASSESSMENTS DAY 9 | | | |
|---|---|---|---|---|
| **PROTOCOL NO.** **AUX-TG-201.00** | INVESTIGATOR NUMBER<br>0 1 | SCREENING NUMBER | RANDOMIZATION NUMBER | SUBJECT INITIALS<br>first  middle  last |

Date: |___|___| |___|___| |___|___|
day    month    year

### 24 HOURS POST-DOSE VITAL SIGNS

| VITAL SIGNS TIME | WEIGHT (lbs) | BODY TEMPERATURE (°F) |
|---|---|---|
| |___|___|___|___| 24 hour clock | |___|___|___|.|___| | |___|___|___|.|___| |

| SEATED BLOOD PRESSURE (mm Hg) (Systolic)    (Diastolic) | SEATED HEART RATE (beats per minute) | RESPIRATION RATE (breaths per minute) |
|---|---|---|
| |___|___|___| / |___|___| | |___|___|___| | |___|___| |

### 24 HOURS POST-DOSE SKIN IRRITATION ASSESSMENT

Target Time of Assessment: |___|___|___|___| 24 hour clock          Actual Time of Assessment: |___|___|___|___| 24 hour clock

Score (check one):

- 0 ☐ No erythema
- 1 ☐ Minimal erythema
- 2 ☐ Moderate erythema with sharply defined borders
- 3 ☐ Intense erythema with or without edema          *A photo must be taken.*
- 4 ☐ Intense erythema with edema and blistering/erosion          *A photo must be taken.*

### DISCHARGE RECORD

Date and Time of Discharge from Study Unit: |___|___| |___|___| |___|___| |___|___|___|___|
day    month    year    24 hour clock

**If there have been any changes in medications, dose or frequency, please record on the Previous and Concomitant Medications page.**

**If any adverse events were reported or observed during this treatment period, please record on the Adverse Event page.**

CONFIDENTIAL

WHITE ORIGINAL: AUXILIUM A², INC.  11/8/00          YELLOW COPY: DATA MANAGEMENT          PINK COPY: RETAINED BY INVESTIGATOR          PAGE 26

**137**

| AUXILIUM A², INC. | | GENERAL PHYSICAL EXAMINATION DAY 15 OR EARLY TERMINATION | | | |
|---|---|---|---|---|---|
| PROTOCOL NO. AUX-TG-201.00 | INVESTIGATOR NUMBER 0 1 | SCREENING NUMBER | RANDOMIZATION NUMBER | SUBJECT INITIALS first  middle  ssn | |

☐ Day 15 Visit
☐ Early Termination Visit

Date: ☐☐ day  ☐☐ month  ☐☐ year

| VITAL SIGNS | WEIGHT (lbs) | BODY TEMPERATURE (°F) |
|---|---|---|
| | | |
| SEATED BLOOD PRESSURE (mm Hg) (Systolic)    (Diastolic) | SEATED HEART RATE (beats per minute) | RESPIRATION RATE (breaths per minute) |
| | | |

PHYSICAL EXAMINATION  ☐ No worsening from Screening Physical Examination

ND = Not Done      NW = No Worsening      W = Worsening from Screening Physical Exam, specify below

| | ND | NW | W | SPECIFY WORSENING FROM SCREENING PHYSICAL EXAM—PLEASE PRINT |
|---|---|---|---|---|
| Head, Eyes, Ears, Nose & Throat | ☐ | ☐ | ☐ | |
| Neck | ☐ | ☐ | ☐ | |
| Chest | ☐ | ☐ | ☐ | |
| Heart | ☐ | ☐ | ☐ | |
| Lungs | ☐ | ☐ | ☐ | |
| Abdomen | ☐ | ☐ | ☐ | |
| Back | ☐ | ☐ | ☐ | |
| Extremities | ☐ | ☐ | ☐ | |
| Skin | ☐ | ☐ | ☐ | |
| Genitalia | ☐ | ☐ | ☐ | |
| Lymph Nodes | ☐ | ☐ | ☐ | |
| Central Nervous System | ☐ | ☐ | ☐ | |
| Musculoskeletal System | ☐ | ☐ | ☐ | |
| Prostate Exam | ☐ | ☐ | ☐ | |
| Other, specify: | | | ☐ | |
| Other, specify: | | | ☐ | |



CONFIDENTIAL

WHITE ORIGINAL: AUXILIUM A², INC. 11/5/00      YELLOW COPY: DATA MANAGEMENT      PINK COPY: RETAINED BY INVESTIGATOR      PAGE 27

138

| AUXILIUM A², INC. | INVESTIGATOR NUMBER | FINAL ASSESSMENTS DAY 15 OR EARLY TERMINATION | | |
|---|---|---|---|---|
| PROTOCOL NO. AUX-TG-201.00 | 0 1 | SCREENING NUMBER | RANDOMIZATION NUMBER | SUBJECT INITIALS |

Date: |__|__|  |__|__|  |__|__|
          day        month       year

**SKIN IRRITATION ASSESSMENT**

Time of Assessment: |__|__|__|__|
                      24 hour clock

Score (check one):

- 0 ☐ No erythema
- 1 ☐ Minimal erythema
- 2 ☐ Moderate erythema with sharply defined borders
- 3 ☐ Intense erythema with or without edema          *A photo must be taken.*
- 4 ☐ Intense erythema with edema and blistering/erosion   *A photo must be taken.*

**LABORATORY SAMPLE RECORD**

Blood Sample Collection Date and Time:

|__|__|  |__|__|  |__|__|   |__|__|__|__|
day       month     year       24 hour clock

Place a copy of the laboratory reports behind this page.

If there have been any changes in medications, dose or frequency, please record on the
Previous and Concomitant Medications page.

If any adverse events were reported or observed, please record on the Adverse Event page.


CONFIDENTIAL

WHITE ORIGINAL: AUXILIUM A², INC.     YELLOW COPY: DATA MANAGEMENT     PINK COPY  RETAINED BY INVESTIGATOR          PAGE 28
11/6/00

139

| AUXILIUM A², INC. | | LABORATORY ABNORMALITIES<br>DAY 15 OR EARLY TERMINATION | | | |
|---|---|---|---|---|---|
| PROTOCOL NO.<br>AUX-TG-201.00 | INVESTIGATOR NUMBER<br>0  1 | SCREENING NUMBER | RANDOMIZATION NUMBER | SUBJECT INITIALS<br>first  middle  last |

Sample Collection Date: ___ / ___ / ___
day   month   year

For all abnormal values, check the abnormal lab test name, then check column 1, 2, 3, 4, 5, 6 or 7 using the following codes:

1. Not clinically significant
2. Sample or laboratory error
3. Concurrent disease, specify below
4. Concurrent medication, specify below

5. Unknown cause
6. Non-fasting specimen (chemistry only)
7. Other, specify below

| HEMATOLOGY | 1 | 2 | 3 | 4 | 5 | 7 | If 3, 4, or 7, specify: | BLOOD CHEMISTRY | 1 | 2 | 3 | 4 | 5 | 6 | 7 | If 3, 4, or 7, specify: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hemoglobin | | | | | | | | Sodium | | | | | | | | |
| Hematocrit | | | | | | | | Potassium | | | | | | | | |
| RBC | | | | | | | | Calcium | | | | | | | | |
| WBC | | | | | | | | Creatinine | | | | | | | | |
| Neutrophils | | | | | | | | Glucose | | | | | | | | |
| Lymphocytes | | | | | | | | SGOT/AST | | | | | | | | • |
| Monocytes | | | | | | | | SGPT/ALT | | | | | | | | |
| Eosinophils | | | | | | | | GGT | | | | | | | | |
| Basophils | | | | | | | | Total Bilirubin | | | | | | | | |
| Bands | | | | | | | | Total Protein | | | | | | | | |
| Platelets | | | | | | | | Albumin | | | | | | | | |
| COAGULATION | | | | | | | | Urea | | | | | | | | |
| PTT | | | | | | | | Uric Acid | | | | | | | | |
| PT | | | | | | | | Amylase | | | | | | | | |
| OTHER | | | | | | | | Total Cholesterol | | | | | | | | |
| Testosterone (0800h ±30 min.) | | | | | | | | LDL | | | | | | | | |
| | | | | | | | | HDL | | | | | | | | |
| | | | | | | | | Triglycerides | | | | | | | | |

Investigator's Signature: _____  ___ / ___ / ___
day   month   year

**CONFIDENTIAL**

WHITE ORIGINAL: AUXILIUM A², INC.<br>11/3/00       YELLOW COPY: DATA MANAGEMENT       PINK COPY: RETAINED BY INVESTIGATOR       PAGE 29

140

| AUXILIUM A², INC. | PREVIOUS AND CONCOMITANT MEDICATIONS | | | |
|---|---|---|---|---|
| PROTOCOL NO. AUX-TG-201.00 | INVESTIGATOR NUMBER 0 1 | SCREENING NUMBER | RANDOMIZATION NUMBER | SUBJECT INITIALS |

Record all medications taken within 60 days prior to study entry and all concomitant medications taken throughout the study. Complete whenever a new medication is started or if an ongoing medication is stopped or changes dose. Record the condition for which the medication was administered, not the drug classification (i.e., "sinus infection" not "antibiotic"). **PLEASE PRINT**

| | DRUG NAME (Generic Name Preferred) | REASON FOR USE | START DATE day / month / year | STOP DATE If continuing or drug at end of study, check "Ongoing" day / month / year |
|---|---|---|---|---|
| 1. | | | | ☐ Check if ongoing |
| 2. | | | | ☐ Check if ongoing |
| 3. | | | | ☐ Check if ongoing |
| 4. | | | | ☐ Check if ongoing |
| 5. | | | | ☐ Check if ongoing |
| 6. | | | | ☐ Check if ongoing |
| 7. | | | | ☐ Check if ongoing |
| 8. | | | | ☐ Check if ongoing |
| 9. | | | | ☐ Check if ongoing |
| 10. | | | | ☐ Check if ongoing |
| 11. | | | | ☐ Check if ongoing |
| 12. | | | | ☐ Check if ongoing |
| 13. | | | | ☐ Check if ongoing |
| 14. | | | | ☐ Check if ongoing |
| 15. | | | | ☐ Check if ongoing |
| 16. | | | | ☐ Check if ongoing |
| 17. | | | | ☐ Check if ongoing |

CONFIDENTIAL   YELLOW COPY: DATA MANAGEMENT   PINK COPY: RETAINED BY INVESTIGATOR   PAGE 30-___

141

# AUXILIUM A², INC.

## ADVERSE EVENTS

**PROTOCOL NO. AUX-TG-201.00**

INVESTIGATOR NUMBER **0 1**

SCREENING NUMBER

RANDOMIZATION NO.

SUBJECT INITIALS

Did subject experience any adverse events from informed consent through Day 15?
☐ Yes. Record all events reported from informed consent through Day 15.
☐ No

| ADVERSE EVENT Enter one event per line | DATE AND TIME OF ONSET (day month year / 24 hour clock) | DATE AND TIME OF RESOLUTION (If ongoing at end of study, check "Ongoing" box) (day month year / 24 hour clock) | Ongoing | SEVERITY* (One only) 1 = Mild 2 = Moderate 3 = Severe | ACTION TAKEN WITH STUDY DRUG 1 = None 2 = Discontinued‡ | RELATIONSHIP TO STUDY DRUG 1 = Not Related 2 = Possible 3 = Probable | TREATMENT (enter all that apply)†: 1 = None 2 = Medication§ 3 = Hospitalization (require#) 4 = Other: specify in comments below | DOES THIS EVENT MEET DEFINITION OF SERIOUS ADVERSE EVENT? 1 = Yes† 2 = No | SAE CODE 1 = Death 2 = Life threatening 3 = Inpatient hospitalization 4 = Persistent or significant disability/incapacity 5 = Congenital anomaly/birth defect 6 = Other medically important event |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | ☐ | | | | | | |
| 2. | | | ☐ | | | | | | |
| 3. | | | ☐ | | | | | | |
| 4. | | | ☐ | | | | | | |

**COMMENTS:** (Record the number of the adverse event to which the comment applies)

†NOTIFY AUXILIUM A², INC. IMMEDIATELY OF ALL SERIOUS ADVERSE EVENTS.
*If event severity worsens, end current event and start a new event with the new severity.
‡Check "adverse event" as the reason for discontinuation from study on End of Study Status page.
§Give details of treatment on the Previous and Concomitant Medication Record

INVESTIGATOR'S SIGNATURE _____

day _____ month _____ year _____

WHITE ORIGINAL: AUXILIUM A², INC.   YELLOW COPY: DATA MANAGEMENT   PINK COPY: RETAINED BY INVESTIGATOR
11/2000

PAGE 31

**CONFIDENTIAL**

142

# AUXILIUM A², INC.

## ADVERSE EVENTS (continued)

| PROTOCOL NO. AUX-TG-201.00 | INVESTIGATOR NUMBER 0 1 | SCREENING NUMBER | RANDOMIZATION NO. | SUBJECT INITIALS |
| --- | --- | --- | --- | --- |

☐ No additional adverse events

| ADVERSE EVENT Enter one event per line | DATE AND TIME OF ONSET | DATE AND TIME OF RESOLUTION (If ongoing at end of study, check "Ongoing" box) | Ongoing | SEVERITY* (One only) 1 = Mild 2 = Moderate 3 = Severe | ACTION TAKEN WITH STUDY DRUG 1 = None 2 = Discontinued | RELATIONSHIP TO STUDY DRUG 1 = Not Related 2 = Possible 3 = Probable | TREATMENT (enter all that apply): 1 = None 2 = Medication 3 = Hospitalization (incision) 4 = Other, specify in comments below | DOES THIS EVENT MEET DEFINITION OF SERIOUS ADVERSE EVENT? 1 = Yes† 2 = No | SAE CODE 1 = Death 2 = Life threatening 3 = Inpatient hospitalization 4 = Persistent or significant disability/incapacity 5 = Congenital anomaly/birth defect 6 = Other medically important event |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5. | day month year / 24 hour clock | day month year / 24 hour clock | ☐ | | | | | | |
| 6. | day month year / 24 hour clock | day month year / 24 hour clock | ☐ | | | | | | |
| 7. | day month year / 24 hour clock | day month year / 24 hour clock | ☐ | | | | | | |
| 8. | day month year / 24 hour clock | day month year / 24 hour clock | ☐ | | | | | | |

COMMENTS: (Record the number of the adverse event to which the comment applies) _____

†NOTIFY AUXILIUM A², INC. IMMEDIATELY OF ALL SERIOUS ADVERSE EVENTS.

*If event severity worsens, end current event and start a new event with the new severity.

§Check "adverse event" as the reason for discontinuation from study on End of Study Status page.

‡Give details of treatment on the Previous and Concomitant Medication Record.

INVESTIGATOR'S SIGNATURE _____

PINK COPY: RETAINED BY INVESTIGATOR

day month year

WHITE: ORIGINAL: AUXILIUM A², INC. YELLOW COPY: DATA MANAGEMENT

11/6/00

PAGE 12

**CONFIDENTIAL**

143

AUXILIUM_MDL_REG_000039075

| AUXILIUM A², INC. | END OF STUDY STATUS | | | |
|---|---|---|---|---|
| PROTOCOL NO.<br>AUX-TG-201.00 | INVESTIGATOR NUMBER<br>0 1 | SCREENING NUMBER | RANDOMIZATION NUMBER | SUBJECT INITIALS<br>first  middle  last |

Date of termination from the study: ⌊_⌋_⌋ ⌊_⌋_⌋ ⌊_⌋_⌋
                                        day      month    year

Did the subject complete the study through the Day 15 visit?    2 ☐ Yes
                                                                 1 ☐ No, complete remainder of this page

Check **ONE** reason subject was prematurely discontinued from the study.

1 ☐   Subject withdrew consent

2 ☐   Lost to follow-up, last date of contact: ⌊_⌋_⌋ ⌊_⌋_⌋ ⌊_⌋_⌋
                                                  day      month    year

3 ☐   Adverse event *(complete Adverse Event form)*

4 ☐   Administration

5 ☐   Protocol violation

6 ☐   Death *(complete Adverse Event form)*

7 ☐   Other, specify: _____

       _____

Comments: _____

_____

_____

_____

I have reviewed the information contained in all sections of this case report form (pages 1–33) and all attached documents. I certify that the information contained herein is accurate.

Investigator's Signature: _____     ⌊_⌋_⌋ ⌊_⌋_⌋ ⌊_⌋_⌋
                                                                    day      month    year

**CONFIDENTIAL**  AUXILIUM A², INC.          YELLOW COPY: DATA MANAGEMENT          PINK COPY: RETAINED BY INVESTIGATOR          PAGE 33

**144**

6.3 Investigator

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**6.3    Investigator Data**
- **FDA Form 1572**
- **Investigator Curriculum Vitae**

145

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION
**STATEMENT OF INVESTIGATOR**
*(TITLE 21, CODE OF FEDERAL REGULATIONS (CFR) Part 312)*
(See instructions on reverse side.)

Form Approved. OMB No. 0910-0014.
Expiration Date: September 30, 2002.
*See OMB Statement on Reverse.*

NOTE: No investigator may participate in an investigation until he/she provides the sponsor with a completed, signed Statement of Investigator, Form FDA 1572 (21 CFR 312.53(c)).

| 1. | NAME AND ADDRESS OF INVESTIGATOR |
| --- | --- |

Thomas C. Marbury, MD
Orlando Clinical Research Center
4401 S. Orange Ave., Ste. 108
Orlando, FL 32806

| 2. | EDUCATION, TRAINING AND EXPERIENCE THAT QUALIFIES THE INVESTIGATOR AS AN EXPERT IN THE CLINICAL INVESTIGATION OF THE DRUG FOR THE USE UNDER INVESTIGATION. ONE OF THE FOLLOWING IS ATTACHED. |
| --- | --- |

■CURRICULUM VITAE            □ OTHER STATEMENT OF QUALIFICATIONS

| 3. | NAME AND ADDRESS OF ANY MEDICAL SCHOOL, HOSPITAL, OR OTHER RESEARCH FACILITY WHERE THE CLINICAL INVESTIGATION(S) WILL BE CONDUCTED. |
| --- | --- |

Orlando Clinical Research Center
4401 S. Orange Ave., Ste. 108
Orlando, FL 32806

| 4. | NAME AND ADDRESS OF ANY CLINICAL LABORATORY FACILITIES TO BE USED IN THE STUDY. |
| --- | --- |

Orlando Regional Medical Center Clinical Laboratory
1414 S. Orange Ave.
Orlando, FL 32806

| 5. | NAME AND ADDRESS OF THE INSTITUTIONAL REVIEW BOARD (IRB) THAT IS RESPONSIBLE FOR REVIEW AND APPROVAL OF THE STUDY(IES). |
| --- | --- |

Biomedical Research Institute of America
3110 Camino del Rio South, Suite A215
San Diego, CA 92108

| 6. | NAMES OF THE SUBINVESTIGATORS (e.g., research fellows, residents, associates) WHO WILL BE ASSISTING THE INVESTIGATOR IN THE CONDUCT OF THE INVESTIGATION(S). |
| --- | --- |

Emlyn T. Tobillo, MSN, ARNP-C

| 7. | NAME AND CODE NUMBER, IF ANY, OF THE PROTOCOL(S) IN THE IND FOR THE STUDY(IES) TO BE CONDUCTED BY THE INVESTIGATOR. |
| --- | --- |

Evaluation of the Pharmacokinetic Profiles after a Single Dose of a New Testosterone Topical Gel Formulation Compared to a Commercial Testosterone Topical Gel Preparation

Protocol AUX-TG-201.00

FORM FDA 1572 (10/99)            PREVIOUS EDITION IS OBSOLETE.            PAGE 1 OF 2

146

| 8. | ATTACH THE FOLLOWING CLINICAL PROTOCOL INFORMATION: |

■ FOR PHASE 1 INVESTIGATIONS, A GENERAL OUTLINE OF THE PLANNED INVESTIGATION INCLUDING THE ESTIMATED DURATION OF THE STUDY AND THE MAXIMUM NUMBER OF SUBJECTS THAT WILL BE INVOLVED.

☐ FOR PHASE 2 OR 3 INVESTIGATIONS, AN OUTLINE OF THE STUDY PROTOCOL INCLUDING AN APPROXIMATION OF THE NUMBER OF SUBJECTS TO BE TREATED WITH THE DRUG AND THE NUMBER TO BE EMPLOYED AS CONTROLS, IF ANY; THE CLINICAL USES TO BE INVESTIGATED; CHARACTERISTICS OF SUBJECTS BY AGE, SEX AND CONDITION; THE KIND OF CLINICAL OBSERVATIONS AND LABORATORY TESTS TO BE CONDUCTED; THE ESTIMATED DURATION OF THE STUDY; AND COPIES OR A DESCRIPTION OF CASE REPORT FORMS TO BE USED.

| 9. | COMMITMENTS: |

I agree to conduct the study(ies) in accordance with the relevant, current protocol(s) and will only make changes in a protocol after notifying the sponsor, except when necessary to protect the safety, rights, or welfare of subjects.

I agree to personally conduct or supervise the described investigation(s).

I agree to inform any patients, or any persons used as controls, that the drugs are being used for investigational purposes and I will ensure that the requirements relating to obtaining informed consent in 21 CFR Part 50 and institutional review board (IRB) review and approval in 21 CFR Part 56 are met.

I agree to report to the sponsor adverse experiences that occur in the course of the investigation(s) in accordance with 21 CFR 312.64.

I have read and understand the information in the investigator's brochure, including the potential risks and side effects of the drug.

I agree to ensure that all associates, colleagues, and employees assisting in the conduct of the study(ies) are informed about their obligations in meeting the above commitments.

I agree to maintain adequate and accurate records in accordance with 21 CFR 312.62 and to make those records available for inspection in accordance with 21 CFR 312.68.

I will ensure that an IRB that complies with the requirements of 21 CFR Part 56 will be responsible for the initial and continuing review and approval of the clinical investigation. I also agree to promptly report to the IRB all changes in the research activity and all unanticipated problems involving risks to human subjects or others. Additionally, I will not make any changes in the research without IRB approval, except where necessary to eliminate apparent immediate hazards to human subjects.

I agree to comply with all other requirements regarding the obligations of clinical investigators and all other pertinent requirements in 21 CFR Part 312.

## INSTRUCTIONS FOR COMPLETING FORM FDA 1572
## STATEMENT OF INVESTIGATOR:

1. Complete all sections. Attach a separate page if additional space is needed.

2. Attach curriculum vitae or other statement of qualifications as described in Section 2.

3. Attach protocol outline as described in Section 8.

4. Sign and date below.

5. FORWARD THE COMPLETED FORM AND ATTACHMENTS TO THE SPONSOR. The sponsor will incorporate this information along with other technical data into an Investigational New Drug Application (IND).

| 10. SIGNATURE OF INVESTIGATOR | 11. DATE 10/14/0_ |

(WARNING: A willfully false statement is a criminal offense. U.S.C. Title 18, Sec. 1001.)

Public reporting burden for this collection of information is estimated to average 100 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Food and Drug Administration
CBER (HFM-99)
1401 Rockville Pike
Rockville, MD 20852-1448

Food and Drug Administration
CDER (HFD-94)
5516 Nicholson Lane
Kensington, MD 20895

"An agency may not conduct or sponsor, and a person is not required to respond to , a collection of information unless it displays a currently valid OMB control number."

Please DO NOT RETURN this application to this address.

FORM FDA 1572 (10/99)

PAGE 2 OF 2

147

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039080

## CURRICULUM VITAE

| | |
|---|---|
| Name: | Thomas C. Marbury, M.D.<br>FL License # ME -0027544 |
| Office: | Orlando Clinical Research Center<br>4401 S. Orange Ave., Suite 108<br>Orlando, Florida 32806<br>(407) 240-7878 |



Home: REDACTED - PERSONAL INFORMATION

Date of Birth:

Place of Birth:

REDACTED - PERSONAL INFORMATION

### Educational & Professional Experience

| | |
|---|---|
| 1966 - 1970 | University of Texas, B.A. in Mathematics |
| 1970 - 1972 | University of Texas Medical School, San Antonio |
| 1972 - 1973 | University of Texas Medical School, Houston - M.D. (12/73) |
| 1974 - 1975 | Internship, and Second Year Medical Resident, Brackenridge Hospital, Austin, Texas (1/74-12/75) |
| 1976 - 1978 | Nephrology Fellowship (2/76-1/78) University of Florida Medical School, Gainesville, Florida |
| 2/78 - 8/78 | Instructor, Department of Medicine, Nephrology Division Renal Medicine, University of Florida Medical School, Gainesville, Florida |
| 9/78 - 6/81 | Assistant Professor of Medicine, University of Florida Medical School, Nephrology Division, Gainesville, Florida |
| 9/79 - 6/81 | Chief of Nephrology, Veterans Administration Medical Center, Gainesville, Florida |

Revised June 23, 2000            Page 1

148

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            AUXILIUM_MDL_REG_000039081

| 1/81 - 6/81 | Medical Director, Adult Dialysis Programs, University of Florida Medical School and Shands Teaching Hospital & Clinics, Inc. |
| 7/81 - present | Private Practice, Nephrology, Internal Medicine Specialists, 3885 Oakwater Circle, Orlando, Florida 32806 |
| 7/83 - present | Chief of Nephrology, Orlando Regional Medical Center, Orlando, Florida |
| 1984 - 1996 | Clinical Assistant Professor of Medicine, University of Florida Medical School, Gainesville, Florida |
| 9/84 - 8/86 | Chief of Internal Medicine, Humana Hospital Lucerne, Orlando, Florida |
| **1985 - present** | **President and Medical Director, Orlando Clinical Research Center, Orlando, Florida** |
| 1988 - 1991 | Member Board of Trustees - Humana Hospital Lucerne, Orlando, Florida |
| 1988 - 1996 | Medical Advisory Board - National Kidney Foundation, State of Florida Chapter |
| 1988 - 1996 | Medical Advisory Board - Lupus Foundation of Florida, Inc., LFA, Inc. |
| 7/93 - 7/95 | Adjunct Assistant Professor, Department of Medicine, Baylor College of Medicine |
| 1991 | Chairman, Biotech Subcommittee, Orlando Regional Medical Center, Orlando, Florida |
| 1992 - 1996 | Chairman, Institutional Review Board, Columbia Park Medical Center (formerly Lucerne Medical Center), Orlando, Florida |
| 1996 - present | Clinical Associate Professor of Medicine, University of Florida Medical School, Gainesville, Florida |
| 1996 - 1999 | Member, Institutional Review Board, Columbia Park Medical Center (formerly Lucerne Medical Center), Orlando, Florida |
| 1998 - present | Reviewer, AHFS Drug Information Publication, Bethesda, Maryland |
| 2000 - present | Member, Advisory Board for Purdue Pharma L.P., Norwalk, Connecticut |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    AUXILIUM_MDL_REG_000039082

## Clinical Research Grant

2/78 - 1982        "Comparison of XXX with Placebo in the Treatment of Mild and Moderate Essential Hypertension"

3/86 - 10/87       "Once Daily Treatment of Essential Hypertension with XXX"

4/87 - 1/88        "Once Daily Treatment of Mild-Moderate Essential Hypertension with XXX"

5/87 - 6/90        "Protocol to Determine the Effect of SQ 29,852 on Blood Pressure in Patients with Mild to Moderate Essential Hypertension"

8/87 - 11/88       "Randomized, Double-Blind Comparison of a XXX and XXX for the Treatment of Hypertension in Patients with Impaired Renal Function"

3/88 - 11/88       "Once Daily Treatment of Essential Hypertension with XXX Modified Release: A Placebo Controlled Study"

11/88 - 8/90       "Safety & Efficacy of XXX in Patients with Mild-Moderate Hypertension & Moderate Concomitant Chronic Renal Impairment (Creatinine Clearance 30-60 ml/min)"

4/89 -10/89        "An 8 Week Double-Blind, Placebo Controlled, Comparative 6-dose Study of XXX GTS vs. the Conventional XXX Tablet in Patients with Mild Essential Hypertension"

4/89 - 2/90        "A Controlled, Double-Blind, Comparative Study of XXX as add-on Treatment to Enalapril in Treatment of Mild to Moderate Hypertension

4/89 - 6/90        "A Multicenter, Double-Blind Randomized Placebo-Controlled, Parallel Clinical Study to Determine the Dose Response Relationship of XXX Extended Release (ER) in Patients with Mild to Moderate Hypertension"

6/89 - 8/90        "A Placebo Controlled, Double-Blind Study to Evaluate the Efficacy of Once Daily XXX in Patients with Mild to Moderate Hypertension"

7/89 - 12/90       "A Phase III Open-Label Long-Term Study of the Efficacy and Safety of XXX in Patients with Mild to Moderate Hypertension"

10/89 - 3/90       "Placebo Controlled Trial of Various Doses of XXX Administered Twice Daily in Mild to Moderate Hypertension"

1/90 - 10/91       "A Double-Blind, Dose Ranging Study to Evaluate the Effects of XXX 10 mg., 20 mg. or antacid, as Compared to Placebo as Needed up to Twice Daily in the Treatment of Intermittent Heartburn"

3/90 - 8/90        "Double-Blind, Parallel Group, Placebo Controlled Study to Determine the Efficacy of

150

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                AUXILIUM_MDL_REG_000039083

XXX Hcl 10 mg., 20 mg., and 40 mg. in the Treatment of Hypertension in the Elderly"

3/90 - 9/91   "XXX: Safety & Efficacy Compared to Acetaminophen with Codeine Phosphate in Elderly Patients with Chronic Pain"

6/90 - 9/90   "XXX Hcl Multi-Center, Double-Blind, Placebo Controlled Study in Hypertensive Patients Comparing Once-Daily Dosing of the Combination of XXX Hcl 20 mg. and HCTZ 12.5 mg. to Benazepril HCl 20 mg. and to HCTZ 12.5 mg."

7/90 - 11/91   "The Safety & Efficacy of XXX QD vs. Placebo in the Treatment of Essential Hypertension"

8/90 - 10/91   "A Placebo-Controlled, Double-Blind Study to Evaluate 2.5 mg of XXX in Combination with 6.25 mg. of HCTZ in Patients with Mild to Moderate Hypertension"

8/90 - 2/92   "A Double-Blind Randomized Study of the Safety & Efficacy of Oral XXX Compared with Placebo for the Prevention of Nephropathy in Normotensive Insulin-Dependent Diabetic Patients with Micro albuminuria"

9/90 - 12/91   "A Comparison of XXX & XXX in the Treatment of Hypertension in Older Patients with Mild-Moderate Renal Impairment"

9/90 - 4/92   "The Pharmacokinetics of XXX Following Single & Multiple Dose Administration in Diabetic Patients with Normal and Impaired Renal Function"

12/90 - 4/91   "A Double-Blind Evaluation of Ketoprofen and Ibuprofen for Over-the-Counter Use"

1/91 - 12/91   "A Comparison of the Combination of XXX 10 mg. and HCTZ 12.5 mg with Placebo in Patients with Mild to Moderate Hypertension, Utilizing 24-Hour Ambulatory Monitoring"

1/91 - 5/91   "A Comparison of XXX SR vs.XXX in Mildly to Moderately Hypertensive Patients Who Are Naive to Antihypertensive Pharmacologic Therapy"

1/91 - 5/92   "Double-Blind, Randomized Trial of the Safety & Efficacy of XXX Compared to Placebo in the Treatment of Isolated Systolic Hypertension"

1/91 - 6/92   "Controlled Clinical Trial Comparing XXX 10/12.5 and XXX 10/25 (Lisinopril/HCTZ) to Each of the Monocomponents and Placebo in the Treatment of Mild to Moderate Essential Hypertension"

1/91 - 12/92   "A Comparative Assessment of Left Ventricular Performance, Safety & Efficacy in Patients, Ages 55-75, with Hypertension when Titrated to Equivalent Reductions in Blood Pressure with either XXX or XXX"

2/91 - 12/91   "Seventeen Cell, Factorial Trial of Multiple Doses of the Combination of XXX in Mild

**151**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       AUXILIUM_MDL_REG_000039084

to Moderate Hypertension"

2/91 - 10/92    "XXX ER Dose Finding Study"

4/91 - 9/91     "Assessment of the Safety & Efficacy of XXX in Patients Whose Hypertension is
                Controlled by XXX"

4/91 -10/91     "A Double-Blind, Placebo-controlled, Parallel Group Antihypertensive Safety & Efficacy
                Study of XXX 1.25 mg."

4/91 -12/92     "A Randomized, Double-Blind, Placebo-Controlled, Parallel Group Comparison of
                Monotherapy and Combined Therapy of XXX 10 mg. Once Daily and XXX 5 mg Once
                Daily for Treatment of Patients with Essential Hypertension Followed by a 52-Week Open-
                Label Extension"

5/91 - 11/91    "A Dose Response Study of XXX (120, 180, 240, 360, 480 mg.) in the Treatment of
                Mild to Moderate Hypertension"

6/91 - 7/92     "A Sixteen-Week, Double Blind, Placebo-Controlled, Dose Response Study Using XXX
                GITS Tablets (5, 10, 15, 20 mg.) for the Treatment of Non-Insulin Dependent Diabetes
                Mellitus"

6/91 - 11/94    "An Open-Label, Long-Term Evaluation of XXX for the Treatment of Non-Insulin
                Dependent Diabetes Mellitus"

7/91 - 6/93     "XXX Cardiovascular Community Trial Study (ACCT), Effect of Variable Salt Intake on
                the Treatment of Hypertension with XXX Monotherapy"

10/91 - 9/92    "A Double-Blind, Placebo-Controlled Study to Evaluate the Safety & Efficacy of
                Intravenously Administered XXX in the Treatment of Patients with Mild to Moderate
                Hypertension"

11/91 - 5/95    "A Multicenter, Double-Blind, Randomized, Placebo-Controlled Clinical Study to Evaluate
                the Antihypertensive Efficacy & Safety of XXX in Patients with Mild-to-Moderate
                Hypertension"

3/92 - 11/92    "A Phase III Double-Blind Titration Comparison of XXX and XXX in Patients with
                Mild to Moderate Hypertension"

4/92 - 1/93     "A Placebo-Controlled, Dose-Response Study of XXX in the Management of
                Exogenous Obesity"

4/92 - 2/94     "A Multicenter Study to Investigate the Safety and Antihypertensive Efficacy of XXX
                in Patients with Severe Hypertension"

4/92 - 1/94     "A Randomized, Placebo-Controlled, Double-Blind Parallel Study Comparing the Anti-
                hypertensive Efficacy and Safety of XXX Monotherapy, XXX Monotherapy and the

152

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          AUXILIUM_MDL_REG_000039085

Combination of XXX and XXXI in Patients with Mild to Moderate Hypertension"

4/92 - 3/94    "A Placebo-Controlled, Double-Blind, Dose-Response Study to Evaluate the Safety and Efficacy of 100, 200, 400, & 800 mg. Daily Doses of XXX in Patients with Mild to Moderate Essential Hypertension"

6/92 - 5/95    "A Randomized, Placebo-Controlled, Double-Blind, Parallel Study of the Safety and Antihypertensive Efficacy of XXX Monotherapy as Compared to HCTZ Monotherapy and to the Combination of XXX and HCTZ in Patients with Mild to Moderate Hypertension"

7/92 - 2/93    "A Dose Ranging Study of Oral XXX - 10,20, & 40 mg. in Patients with Primary Hypercholesterolemia"

8/92 - 11/92    "An Open-Label, Single Dose, Pharmacokinetic Study of XXX 20 mg. in Volunteers with Severe Renal Insufficiency."

8/92 -12/97    "Assessment of Treatment with XXX and Survival"

9/92 - 1/95    "Insomnia Treatment Study Comparing XXX and XXX"

9/92 - 4/94    "A Multicenter Study of the Safety and Antihypertensive Efficacy of Enalapril 5 mg. Combined with XXX 120 or 180 mg. in Patients with Severe Hypertension"

12/92 - 12/94    "A Multicenter, controlled Evaluation of the Safety and Efficacy of Repeated Oral Doses of XXX for the Treatment of Chronic Pain"

12/92 - 9/93    "Double-Blind, Randomized Trial Comparing Once Daily Combination XXXI Plus HCTZ vs. XXX in Black Patients with Mild-to-Moderate Essential Hypertension"

12/92 - 4/94    "A Multicenter Investigator Blinded Parallel Study of the Effects of XXX and XXX on 24 Hour Blood Pressure Control in Patients with Mild-to-Moderate Hypertension"

1/93 - 7/95    "A Double-Blind, Randomized, Placebo-Controlled, Fixed-Dose, Parallel Design Trial of Ten Weeks Duration in Caucasian Patients with Mild to Moderate Hypertension Followed by an Open-Label Extension of 98 Weeks Duration"

1/93 - 10/93    "Double-Blind, Randomized Trial Comparing XXX vs. XXX in Older Patients with Mild-to-Moderate Hypertension"

3/93 - 8/95    "A Double-Blind, Randomized, Placebo-Controlled, Phase II/III, Multicenter Clinical Trial to Evaluate the Safety and Efficacy of Intravenous XXX in the Treatment of Acute Tubular Necrosis"

6/93 - 1/95    "A Multicenter, Prospective, Double-Blind, Randomized, Parallel, Comparison Study of the Quality of Life and the Efficacy and Tolerability of 40 mg. of XXX vs. 40 mg. XXX in Male Patients with Primary Hypercholesterolemia (Types IIa and IIb)"

153

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    AUXILIUM_MDL_REG_000039086

| | |
|---|---|
| 7/93 - 5/95 | "A Multicenter, Double-Blind, Randomized, Parallel Group Study to Investigate the Incidence of Cough in Patients Receiving XXX (50 mg, QD), XXX (20 mg, QD) or Placebo, Who have Reported Cough with an ACE Inhibitor" |
| 8/93 - 4/94 | "A Multicenter, Randomized study to Compare the Safety and Efficacy of Oral XXX with that of XXX in the Treatment of Acute Bacterial Exacerbation of Chronic Bronchitis in Adults" |
| 8/93 - 5/95 | "An Open-Label, Multicenter Study to Investigate the Safety and Antihypertensive Efficacy of XXX in Combination with HCTZ in Patients with Severe Hypertension" |
| 8/93 - 7/94 | "The Pharmacokinetics of XXX in Subjects with Normal and Severely Impaired Renal Function" |
| 10/93 - 1/94 | "A Comparison of Two Dosing Regimens With XXX in Patients With Type 2 Diabetes" |
| 11/93 - 4/94 | "The Pharmacokinetics of XXX in Subjects with Normal and Impaired Renal Function" |
| 10/93 - 9/97 | "The Effects of Normal vs. Anemic Hematocrit on Outcomes of Cardiac Disease in Dialysis Patients" |
| 10/93 - 3/94 | "A Dose Ranging, Safety and Tolerability Trial of XXX in Patients with Essential Hypertension" |
| 10/93 - 8/94 | "A Placebo-Controlled Evaluation of XXX for the Treatment of Herpes Simplex Labialis Infection |
| 1/94 - 3/96 | "A Randomized, Double-Blind, Long-Term Study of XXX in Patients with Mild to Moderate Hypertension" |
| 1/94 - 7/94 | "A Double-Blind, Randomized, Comparison of the Effect on Blood Glucose of XXX and Glyburide When Given with Either 3 or 2 Meals in Patients with Type II Diabetes" |
| 2/94 - 10/95 | "A Randomized, Double-Blind, Parallel, Multicenter Study to Compare Safety and Efficacy of XXX and HCTZ in Postmenopausal Hypertensive Women" |
| 3/94 - 1/95 | "Phase I, Open, Non-Comparative Multiple-Dose Study of XXX Pharmacokinetics in Patient Volunteers with Chronic Renal Insufficiency and Healthy Volunteers" |
| 3/94 - 1/95 | "A Randomized, Double-Blind, Placebo Controlled, Parallel Study of the Safety and Anti-Hypertensive Efficacy of Multiple Doses of XXX, an Angiotensin II Receptor Blocker, Compared to Enalapril and to Placebo in Patients with Mild to Moderate Essential Hypertension" |
| 4/94 - 2/95 | "Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Trial Comparing XXX 20 mg., 80 mg., 160 mg. and 320 mg. to Placebo in Patients with Essential Hypertension |

154

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     AUXILIUM_MDL_REG_000039087

Followed by an Open-Label Extension of 52 weeks Duration"

5/94 - 3/95    "A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Trial of XXX Administered Twice Daily to Patients with Essential Hypertension"

6/94 - 6/95    "A Randomized, Double-Blind, Placebo-Controlled, Parallel, Multicenter Study of XXX in Postmenopausal Hypertensive Women Who Are Using Hormone Replacement Therapy"

6/94 - 1/95    "A Multicenter, Randomized, Evaluator-Blind Study to Compare the Safety and Efficacy of XXX Otic Solution with that of XXX Otic Solution in the Treatment of Acute Otitis Externa in Adults"

6/94 - 9/94    "An Open-Label, Single-Center Pilot Study to Investigate the Palatability of Mint-Flavored XXX in Patients Currently Receiving XXX 5 or 10 mg."

8/94 - 7/95    "A Multicenter, Randomized, Evaluator-Blind Study to Compare the Safety and Efficacy of XXX Otic Solution with that of XXX Otic Solution in the Treatment of Acute Otitis Externa in Pediatric Patients"

8/94 - 3/95    "A Phase II, Double-Blind, Placebo-Controlled, Dose-Range and Short-Term Efficacy Study of XXX in Hypertensive Patients"

9/94 - 9/95    "A Phase 1-2 Evaluation of the Pharmacokinetics of XXX in Normal Volunteers & Volunteers with Renal Impairment"

9/94 - 4/95    "XXX Pharmacokinetics and Elimination Following Continuous S.C. Infusion for 5 Days in Healthy Volunteers"

9/94 - 1/95    "Open-Label Bioequivalence Study of Film-Coated XXX 500 mg. Tablets and XXX 500 mg. Tablets in Healthy Males"

9/94 - 6/96    "A One-Year Comparison of XXX and XXX for the Treatment of Type II Diabetes Mellitus"

9/94 - 7/96    "Double-Blind, Placebo-Controlled Comparison of the Combination of XXX and Hydrochlorothiazide vs the Individual Components in Mild-to-Moderate Hypertension"

10/94 - 10/96    "Factorial Trial of the Efficacy and Safety of Multiple Dosages of XXX and XXX in Patients with Mild-to-Moderate Hypertension"

10/94 - 09/95    "A Double-Blind Ambulatory Blood Pressure Monitoring Study of XXX in Patients with Mild-to-Moderate Essential Hypertension"

10/94 - 03/95    "A Phase II, Double-Blind, Placebo Controlled, Dose-Range and Short-Term Efficacy Study of XXX in Hypertensive Patients"

10/94 - 2/96    "Open Label Extension of the Dose-Range and Short-Term Efficacy Study of XXX

155

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      AUXILIUM_MDL_REG_000039088

in Hypertensive Patients"

11/94 - 12/95   "A Study to Evaluate the Safety and Efficacy of Timed Medications in the Treatment of Obese Type II Diabetics Maintained on Oral Hypoglycemic Agents"

11/94 - 10/95   "A Double-Blind, Randomized, Parallel, Placebo-Controlled Study to Investigate the Safety and Tolerability of XXX Potassium Therapy in Hypertensive Patients with Thiazide-Induced, Asymptomatic Hyperuricemia"

12/94 - 11/95   "A Study to Evaluate the Safety and Efficacy of Timed Medications in the Treatment of Obese Type II Diabetics Maintained on Diet Therapy"

12/94 - 5/95   "An Open-Label Study to Evaluate the Safety and Pattern of Use of XXX In Patients with Painful Muscle Spasm"

12/94 - 1/96   "The Efficacy and Safety of the Angiotensin II Receptor Antagonist, XXX, in the Treatment of Patients with Severe Hypertension"

1/95 - 11/95   "A Double-Blind, Dose Escalation Trial Comparing the Safety and Efficacy of XXX, XXX, XXX, and Placebo in Patients with Mild-to-Moderate Hypertension DPT57-48"

1/95 - 5/95   "A Multicenter, Randomized, Double-Blind, Placebo-Controlled Comparison of Effervescent XXX 150mg, Standard XXX 150mg, and Placebo for Heartburn Relief in Subjects with GERD"

1/95 - 4/95   "Comparative Randomized Bioavailability Study of XXX Preparations. A Pilot Study."

1/95 - 5/95   "Safety, Tolerability, and Pharmacokinetic Evaluation of One 20 cm$^2$ XXX Transdermal System (1.84 mg/cm$^2$) in Healthy Male Volunteers"

1/95 - 5/95   "An Open-Label, Multiple-Dose, Three-Period Crossover Study Evaluating Pharmacokinetic Dose Proportionality of the Following Drug Formulations in Healthy Volunteers: 20 Mg XXX Hyclate Administered QD, 20 Mg XXX Administered BID, 50 Mg XXX Administered QD"

2/95 - 5/95   "An Open, Multicenter Study to Investigate the Safety, Tolerability, Pharmacokinetics, and Pharmacodynamics of XXX in Combination with Hydrochlorothiazide (HCTZ) After Chronic Dosing in Hypertensive Patients with Renal Impairment"

2/95 - 11/95   "A Multiple Dose, Randomized, Double-Blind, Placebo Controlled, Multifactorial, Parallel Trial Comparing the Combination Therapy of XXX (80mg or 160mg) and Hydrochlorothiazide (12.5 mg or 25 mg) to XXX Monotherapy (80mg or 160mg), Hydrochlorothiazide Monotherapy (12.5mg or 25mg) and Placebo in Hypertensive Patients Age 18-80 Years"

2/95 - 7/95   "Replicate Comparison of XXX in Post Menopausal Women"

156

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      AUXILIUM_MDL_REG_000039089

| | |
|---|---|
| 2/95 - 7/95 | "A Double-Blind, Ascending Dose, Seven-Day Administration of XXX Capsules for Safety, Tolerance, and Pharmacokinetic Profile in Normal Male Subjects" |
| 3/95 - 1/98 | "Open Evaluation of the Safety and Efficacy of Maintenance Therapy with Oral XXX in the Treatment of Patients with Essential Hypertension" |
| 3/95 - 10/95 | "Clinical Evaluation of XXX Non-Invasive Blood Pressure Monitor" |
| 3/95 - 7/95 | "Safety, Tolerability, and Pharmacokinetic Evaluation of Three Different XXX Transdermal System (STS) Formulations in Healthy Male Volunteers" |
| 4/95 - 1/97 | "A Multicenter Trial of the Antihypertensive Activity and Safety of XXX in Patients with Mild-to-Moderate Hypertension" |
| 4/95 - 8/95 | "Relative Bioavailability of Two 200 mg XXX Soft Gel Formulations and a 200 mg XXX Tablet Compared to a 200 mg XXX Emulsion: Three Parallel Group Crossover Study in Post Menopausal Women" |
| 4/95 - 2/96 | "A 12-Week, Double-Blind, Parallel, Multicenter Trial to Compare Regimens of XXX and XXX, Given Alone and Combined, in Patients with Essential Hypertension (DBP > or 100 and < 114 mmHg)" |
| 4/95 - 12/95 | "A Phase 1 Single and Multiple-Dose Evaluation of the Pharmacokinetics of XXX in Normal Volunteers and Volunteers with Renal Impairment" |
| 5/95 - 10/95 | "Replicate Crossover (Two Treatment, Four Period, Two Sequence) Comparison of 10 mg Single Dose Administration of XXX HCl Tablets and 1 mg/ml Oral Solution in Fasting Healthy Volunteers" |
| 6/95 - 6/96 | "The Antihypertensive Efficacy and Safety of XXX in Comparison with XXX in Patients with Mild to Moderate Essential Hypertension" |
| 6/95 - 4/96 | "An Open Study to Evaluate the Safety, Toleration and Pharmacokinetics of Oral XXX in Subjects with Varying Degrees of Renal Impairment" |
| 6/95 - 2/96 | "A Multicenter, Double-Blind, Randomized Study to Evaluate the Impact of Product Education on Patient Satisfaction with XXX Nasal Spray for treatment of Acute Migraine Headache Pain" |
| 7/95 - 2/97 | "A Long-Term (One-Year) Open-Label, Multicenter Extension Study of Twice Daily Oral XXX in Patients with Essential Hypertension Who Have Completed a Clinical Trial with SK&F XXX" |
| 7/95 - 6/96 | "A Single-Center, Randomized, Double-Blind, Placebo-Controlled, Two-Period Crossover Study of the Effects of XXX on the Pharmacokinetics of Glyburide and XXX in Patients with Non-Insulin Dependent Diabetes Mellitus" |
| 8/95 - 11/95 | "Pharmacokinetic Evaluation and Wearability of Three Different XXX Transdermal System (STS) Formulations (0.5, 1.0, and 1.5 mg/cm² XXX) in Healthy Males |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          AUXILIUM_MDL_REG_000039090

9/95 - 8/96   "A Randomized, Double-Blind, Placebo-Controlled, 4 x 5 Factorial Trial of XXX and Hydrochlorothiazide in Patients with Mild-to-Moderate Essential Hypertension"

9/95 - 11/95   "Pharmacokinetic and Pharmacodynamic Evaluation of Seven-Day Administration of Three Different XXX Transdermal System (STS) Formulations (0.5, 1.0, and 1.5mg/cm$^2$ XXX) in Healthy Elderly Men and Women"

10/95 - 4/97   "A Randomized, Double-Blind, Placebo-Controlled, Multicenter, Phase III Clinical Trial to Evaluate the Safety and Efficacy of XXX Anaritide in the Treatment of Oliguric Acute Tubular Necrosis"

10/95 - 6/96   "An Open-Label, Parallel-Group Comparison Trial of Single-Dose and Steady State Pharmacokinetics of XXX in Subjects with Various Degrees of Renal Failure Compared with Normal, Healthy Volunteers"

11/95 - 11/96   "A 12-Week, Double-Blind, Placebo-Controlled Study of XXX in Subjects with Irritable Bowel Syndrome"

11/95 - 11/96   "A Multicenter, Randomized, Double-Blind, Evaluation of *Heliocobacter pylori* Eradication Following Oral XXX in Combination with XXX Compared to Omeprazole in Combination with XXX"

11/95 - 7/96   "XXX in Type II Diabetes: a Placebo Controlled, Double-Blind, Randomized Dose Response Study.

12/95 - 11/96   "Phase III Study Comparing XXX (4%) to MONISTAT-7 (2%) Vaginal Cream in the Treatment of Vulvovaginal Candidiasis"

12/95 - 9/96   "The Multiple-Dose Pharmacokinetics of XXX in Subjects with Normal and Impaired Renal Function"

12/95-2/96   "Pharmacokinetic Evaluation of Multiple Dose (Ten-Day) Administration of Three Different XXX Transdermal System (STS) Formulations in Healthy Elderly Men"

2/96 - 10/96   "A Randomized, Double Blind, Placebo-Controlled, Dose-Ranging Study of XXX using Ambulatory Blood Pressure Monitoring in Hypertensive Patients"

2/96 - 6/96   "Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel 2 Week Dose-Finding Study of the Dual Metalloprotease Inhibitor, XXX, in the Treatment of Mild to Moderate Hypertension"

3/96 - 9/96   "Multinational, Multicenter, Double-Blind, Randomized, Placebo controlled, Parallel Group Study to Compare XXX 80mg o.d. Titrated to 160mg o.d. with XXX 50 mg o.d. Titrated to 100mg o.d. in Patients with Mild to Moderate Essential Hypertension"

5/96 - 9/96   "A Double-Blind, Placebo-Controlled Study to Evaluate the Efficacy and Safety of a Single Dose of XXX 75 mg in the Prevention of Test-Meal Induced Heartburn"

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    AUXILIUM_MDL_REG_000039091

| | |
|---|---|
| 5/96 - 8/96 | "Effect of Renal Impairment on the Pharmacokinetics of XXX after a Single Oral Administration of 100 µg XXX as XXX Extended-Release (ER) Capsule" |
| 5/96 - 2/97 | "A Phase II Study of Oral XXX in the Treatment of Obesity by Intermittent Dosing Schedule" |
| 6/96 - 9/96 | "A dose-Escalating Tolerance and Pharmacokinetic Study of XXX in Healthy Elderly Volunteers" |
| 6/96 - 12/97 | "A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Factorial Study to Investigate the Safety and Efficacy of Various Doses of XXX Administered Concomitantly With Various Doses of XXX in Patients With Mild-to-Moderate Hypertension" |
| 6/96 - 8/97 | "A Multi-Center, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, 24-Week Study of XXX 20 mg on Weight Loss and Glycemic Control in Obese Patients with Non-Insulin Dependent Diabetes Mellitus Uncontrolled on Diet or Oral Antidiabetic Therapy" |
| 7/96 - 8/96 | "Relief of Episodic Heartburn: Safety and Efficacy of XXX 75 mg -- A Placebo-Controlled Study" |
| 7/96 - 11/96 | "An Ascending Dose Study to Evaluate the Safety and Tolerability of Multiple Doses of A Selective 5-HT$_4$ Antagonist, XXX, in Healthy Female Volunteers, Aged 40 to 70" |
| 8/96 - 8/97 | "A Multiple Dose Pharmacokinetic Study of XXX in Healthy Subjects and Subjects with Mild to Severe Impaired Renal Function" |
| 8/96 - 6/99 | "An Open Label, Long-Term Tolerability Study of XXX in Type II Diabetes Mellitus Patients (Non-Insulin Dependent Diabetes Mellitus, NIDDM)" |
| 8/96 - 2/97 | "The Effect of Renal Impairment on XXX Pharmacokinetics after a Single Oral 125 mg Dose of XXX" |
| 8/96 - 6/97 | "Open-Label Comparison of the Antihypertensive Efficacy and Safety of XXX vs. XXX in Patients with Severe Hypertension" |
| 8/96 - 3/97 | "A Multicenter, Randomized, Double-Blind, Placebo and Active-Controlled, Parallel 8 Week Dose-Ranging Study of the Dual Metalloprotease Inhibitor, XXX, in the Treatment of Mild to Moderate Hypertension" |
| 8/96 - 8/97 | "A 26-Week Randomized, Double-Blind, Multicenter, Placebo-Controlled, Comparison Study to Evaluate the Safety, Efficacy, and Tolerability of XXX Therapy When Administered to Patients With Non-Insulin Dependent Diabetes Mellitus (NIDDM)" |
| 9/96 - 3/97 | "Study of the Safety and Pharmacokinetics of XXX Following Single and Repeated Administration of Increasing Doses of Once-Daily Tablets in Healthy Male Subjects" |
| 9/96 - 10/96 | "An Open-Label, Single-Center Clinical Trial to Assess the Pharmacokinetics of Intravenous |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        AUXILIUM_MDL_REG_000039092

XXX anaritide in Healthy Volunteers"

9/96 - 12/96    "Influence of Renal Function in the Pharmacokinetics of XXX Tablets After Single and Multiple Dosing"

9/96 - 10/96    "Evaluation of Dose Released from Single 24-hour Application of Two XXX Transdermal Systems (XXX 20 cm$^2$, 1.0 mg/cm$^2$) in Healthy Males"

10/96 - 12/96    "Effect of XXX on the Pharmacodynamics of Acarbose in NIDDM Patients"

10/96 - 1/97    "A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Evaluation of the Efficacy of XXX/Calcium Carbonate Combination Tablet Compared to XXX alone and Calcium Carbonate alone for the Treatment of Episodic Heartburn"

10/96 - 4/97ˉ    "A Clinic Initiated, Double-Blind, Placebo-Controlled, Multicenter Study to Assess the Safety and Efficacy of Topical XXX in Patients with Early-Stage Episodes of Acute, Recurrent Herpes Labialis"

10/96 - 12/96    "An Open-Label, Three-Period Crossover study Evaluating the Relative Bioavailability of XXX (Tablet) and XXX (Capsule) and the Effects of Food on the Safety of XXX in Obese Otherwise Healthy Volunteers"

10/96-2/97    "A Double-Blind, Placebo-Controlled, Ascending-Dose, 14-day treatment study evaluating the safety, tolerability, and Pharmacokinetic properties of XXX in normal, healthy subjects".

11/96 - 9/98    "A Double-Masked, Parallel Group, Placebo-Controlled, Multiple-Dose Pharmacokinetic Study of XXX Following Oral Administration in Patients with Renal Impairment"

11/96 - 5/99    "A Double-Blind, Placebo-Controlled, Multicenter, Phase III Study to Evaluate the Effects of XXX on Glycemic Control as Determined by Glycated Hemoglobin in Patients with Type II Diabetes Mellitus"

11/96 - 1/97    "A Single Dose Bioequivalance Study of XXX Oral Solution and Tablet in Healthy Subjects"

11/96 - 9/97    "A Multicenter, Randomized, Double-Blind Trial of the Antihypertensive Efficacy and Safety of XXX in Elderly Subjects With Mild-to-Moderate Hypertension"

11/96 - 5/99    "Open-Label, Long-Term Study of the Antihypertensive Activity and Safety of XXX, a Dual Metalloprotease Inhibitor, in the Treatment of Hypertension"

12/96 - 2/97    "Pilot Crossover Bioequivalence Study Comparing the Pharmacokinetic Disposition of XXX and its Metabolites Following Two Oral Dose Regimens: One XXX 5 mg Capsule Administered b.i.d. (8a.m. and 12 noon) and One Single 10 mg Dose Consisting of One XXX 5 mg Capsule and One Delayed Release 5 mg Capsule in Healthy Males"

1/97 - 6/97    "A Phase II, Double-Blind, Parallel Group, Dose-Ranging Study of XXX 0.3%, 1% and 5% Ointments Versus Vehicle in the Treatment of Recurrent Herpes Labialis"

160

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER         AUXILIUM_MDL_REG_000039093

| | |
|---|---|
| 2/97 - 9/97 | "A Multicenter, Randomized, Double-Blind Trial of the Antihypertensive Efficacy and Safety of XXX Compared with Losartan for the Treatment of Mild-to-Moderate Hypertension" |
| 3/97- 12/97 | "The evaluation of the efficacy and safety of a Transdermal Delivery System of Nicotine/XXX in Cigarette Smokers Who Are Either of Low Body Weight or Are Obese". |
| 3/97-12/97 | "The evaluation of the efficacy and safety of a Transdermal Delivery System of Nicotine/XXX in Cigarette smokers with Stable Effort Angina" |
| 3/97-1/98 | "The evaluation of the efficacy and safety of a Transdermal Delivery System of Nicotine/XXX in Cigarette smokers with a history of hypertension who are maintained on antihypertensive pharmacotherapy" |
| 4/97- 6/98 | "A Randomized, Comparative, Multicenter, Safety and Contraceptive Study of Two Cyclophasic™ X/X Regimens, and One Triphasic X/X Regimen and Loestrin® Fe 1/20" |
| 4/97 - 12/97 | "A Multicenter, Randomized, Double-Blind, Placebo and Active-Controlled, Parallel 12 Week Dose-Ranging Study of the Dual Metalloprotease Inhibitor, XXX, in the Treatment of Mild to Moderate Hypertension" |
| 4/97 - 6/00 | "An Open-Label Extension Study to Assess the Long-Term Safety, Tolerability and Efficacy of XXX When Administered as Monotherapy, Twice Daily, to Patients with Non-Insulin Dependent Diabetes Mellitus (NIDDM)" |
| 5/97 - 12/97 | "A Multicenter Double-Blinded Parallel Trial Comparing the Effects of XXX vs. XXX in Patients with Mild to Moderately Severe Hypertension" |
| 5/97 - 11/97 | "A Study to Compare the Efficacy of XXX in Achieving Smoking Cessation at 6 Weeks Versus 10 Weeks" |
| 5/97 - 8/97 | "A Double-Blind, Randomized, Parallel-Group, Multiple-Dose Study to Compare the Efficacy of XXX/Antacid Combination, XXX 10 mg, Antacid, and Placebo in Patients with Frequent Heartburn" |
| 5/97 - 12/97 | "A Single-Blind Safety and Efficacy Study Comparing a Single Dose (1200 mg) XXX Vaginal Ovule to MONISTAT® 7 Vaginal Cream (100 mg Miconazole Nitrate) in the Treatment of Vulvovaginal Candidiasis (VVC)" |
| 5/97 - 4/98 | "A 26-Week Randomized, Double-Blind, Double-Dummy, Multicenter Study to Evaluate the Efficacy, Safety and Tolerability of XXX 4 mg bid When Administered to Patients with NIDDM who are Inadequately Controlled on a Maintenance Dose (2.5g/day) of XXX" |
| 6/97 - 6/98 | "A Double-Blind, Placebo-Controlled Study of the Efficacy and Safety of Sustained Release XXX In Obese Out-patients" |
| 6/97 - 7/98 | "A Double-Blind, Placebo-Controlled, Randomized Study of the Safety and Efficacy of |

161

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    AUXILIUM_MDL_REG_000039094

a Combination of XXX and Two Doses of XXX (15 or 30 mg) in the Treatment of Patients With Non-Insulin Dependent Diabetes Mellitus (NIDDM)"

6/97 - 8/98   "A Double-Blind, Placebo-Controlled, Randomized Study of the Safety and Efficacy of a Combination of Insulin and Two Doses of XXX (15 or 30 mg) in the Treatment of Patients With Non-Insulin Dependent Diabetes Mellitus (NIDDM)"

6/97 - 12/98   "A Double-Blind, Placebo-Controlled, Randomized Study of the Safety and Efficacy of a Combination of XXX and 30 mg XXX in the Treatment of Patients with Non-Insulin Dependent Diabetes Mellitus (NIDDM)"

6/97 - 11/97   "A Randomized, Double-Blind, Double-Dummy, Placebo-Controlled, Parallel Evaluation of XXX for the Reduction of Severity or Prevention of Meal-Induced Heartburn"

7/97 - 12/97   "An Open-Label, 3 Part Oral Study to Investigate the Pharmacokinetics, Safety and Tolerability of XXX in Patients With Renal Insufficiency"

7/97 - 5/98   "An Open-Label, Single and Multiple Dose Study to Determine the Effects of Impaired Renal Function on the Pharmacokinetics, Safety and Toleration of XXX"

7/97 - 3/98   "An Open Phase I Study of the Pharmacokinetics and Tolerability of XXX Administered as Repeated 7.5 mg/kg IV Doses to Patient Volunteers with Moderate or Severe Chronic Renal Failure"

7/97 - 11/98   "A 26-week Randomized, Double-Blind, Multicenter Study to Evaluate the Safety, Efficacy, and Tolerability of XXX when Administered Once Daily to Patients with Non-Insulin Dependent Diabetes Mellitus (NIDDM) Who are Inadequately Controlled on Insulin Monotherapy"

7/97 - 7/98   "A Multicenter, Placebo-Controlled Evaluation of XXX Cream for Abortion of Herpes Labialis Lesions"

7/97 - 2/98   "A Double-Blind, Placebo-Controlled, Randomized, Crossover Study of the Effects of XXX, XXX and Placebo on the Antihypertensive Response to XXX in Patients With Mild-to-Moderate Hypertension"

8/97 - 12/97   "A Double-Blind, Placebo-Controlled, Multicenter Study of the Efficacy and Safety of Oral XXX (600 mg) Taken Once Daily in Patients With Essential Hypertension (DBP $\geq 95$ and $\leq 114$ mmHg)"

9/97 - 6/98   "A Multi-center, Double-blind, Placebo-controlled, Parallel Group Study to Evaluate the Efficacy and Safety of a Fixed-Dose Regimen of XXX in Individuals with Irregularity"

9/97 - 4/98   "A Multicenter, Open-label, 12-Week, Prospective Study to Evaluate the Effectiveness and Tolerability of XXX in Hypertensive Patients Participating in the General Registry Program Who Have Not Adequately Responded to Angiotensin-Converting Enzyme Inhibitor Monotherapy"

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      AUXILIUM_MDL_REG_000039095

9/97 - 4/98    "A Multicenter, Open-Label 12 Week Prospective Study to Evaluate the Effectiveness and Tolerability of XXX in Hypertensive Patients Participating in the General Registry Program Who Have Not Adequately Responded to Angiotensin-Coverting Enzyme Inhibitor Monotherapy"

9/97 - 2/98    "A Comparison of Efficacy and Safety of XXX with XXX SR in Patients with Mild to Moderate Hypertension"

9/97 - 2/99    "A Randomized, Placebo-Controlled, Parallel-Group Study of XXX with Long-Term Safety Evaluation in Patients with Essential Hypertension"

9/97 -3/98    "A Double-Blind, Randomized, Placebo-Controlled Surveillance Study of Asthma Event Outcomes in Subjects Receiving Either Usual Pharmacotherapy of Asthma or Usual Pharmacotherapy plus XXX 42 mcg (2 puffs) Twice Daily"

9/97 -8/98    "A Randomized, Placebo-Controlled, Dose-Titration Study of XXX with Long-Term Safety Evaluation in Patients with Essential Hypertension"

10/97-1/98    "A Partially Open-Label, Three-Part, Randomized, Crossover Study to Investigate the Influence of Altered XXX Activity on XXX Phamacokinetics and XXX on XXX Activity in Healthy Subjects"

11/97 -7/98    "A Multicenter, Placebo-Controlled Evaluation of XXX Cream for the Treatment of Herpes Simples Labialis Infection"

11/97 -6/98    "A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel 9 Week Study of XXX in the Treatment of Mild to Moderate Hypertension"

12/97 - 1/98    "The Evaluation of the Pharmacokinetics and Wear of XXX Transdermal vs XXX in Healthy Volunteers"

1/98 -7/98    "A Randomized, Double-blind, Multicenter, Phase 11/111 Comparison of XXX to XXX in the Treatment of Complicated Urinary Tract Infection and Pyelonephritis"

1/98 -5/98    "Comparison of the Safety, Efficacy, and Resource Utilization of XXX 250 mg Tablets Versus Azithromycin 250 mg Tablets for the Treatment of Streptococcal Pharyngitis/Tonsillitis"

2/98 - 10/98    "Study to Evaluate the Effect of XXX 10 mg BID, 10 mg TID, 10 mg QID versus Placebo in Patients with Non-Erosive Gastroesophageal Reflux Disease"

2/98-11/98    "A Multicenter, Double-Blind Randomized, Parallel-Group Study To Prospectively Evaluate the Post-Prandial Glucose Excursion (PPGE), The Daytime Glucose and Insulin Profiles, Safety, and Tolerability of a Fixed Dose of XXX, A Force Titrated Dose of Glyburide, and Placebo in Subjects With NIDDM on Diet Alone"

2/98 -present    "An Open-Label Extension Study to assess the Long-Term Safety, Tolerability and Efficacy of XXX When Administered once or Twice Daily in Combination with Insulin to Patients

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    AUXILIUM_MDL_REG_000039096

with Non-Insulin Dependent Diabetes Mellitus (NIDDM)

2/98 -present  "An Open-Label Extension Study to Assess the Long-Term Safety, Tolerability and Efficacy of XXX When Administered Once or Twice Daily in Combination with XXX to Patients with Non-Insulin Dependent Diabetes Mellitus (NIDDM)"

2/98 - 3/98  "A Randomized, Two-Way Crossover Pilot Study to Evaluate the Bioequivalence of a 30 mg Extended-Release Formulation of XXX and XXX 30 mg after Single Oral Administration to Fasting Healthy Male Volunteers"

2/98 - 3/98  "A Randomized, Two-Way Crossover Pilot Study to Evaluate the Bioequivalence of a 30 mg Extended-Release Formulation of XXX after Single Oral Administration to Fasting Healthy Male Volunteers"

2/98 -7/98  "A Multi-Center, Double-Blind, Randomized, Placebo Controlled Study Evaluating XXX 10.3 mg and 20.6 mg Daily, for the Treatment of Episodic Heartburn"

3/98 - 9/98  "A Double-Blind, Randomized, Placebo-Controlled Parallel Group Outcomes Study Persistent Back Pain Comparing XXX vs. Placebo"

4/98-5/98  "An Evaluation of the Safety and Effectiveness of XXX for the Treatment of Hypertension: A Post Marketing Surveillance Study"

4/98 - 9/98  "A Single-Blind Safety and Efficacy Study Comparing a Single Dose of XXX 600 mg (12%) Vaginal Cream to MONISTAT[x] 7 Vaginal Cream (100 mg Miconazole Nitrate) in the Treatment Of Vulvovaginal Candidiasis (VVC)"

4/98-10/99  "A Double-Blind, Placebo-Controlled, Multicenter, Phase III Study to Evaluate the Effects of XXX on Glycemic Control as Determined by Glycated Hemoglobin in Patients with Type I Diabetes Mellitus"

4/98-11/99  "An Open-Label, Long-Term Extension Study of XXX in Type 2 Diabetes Mellitus Patients (Non-Insulin Dependent Diabetes Mellitus, NIDDM)"

4/98-10/98  "Evaluation of the Antihypertensive Efficacy, Safety, and Tolerability of XXX in Comparison to Amlodipine: A Multicenter, Double-blind, Randomized, Parallel Group, Forced Titration Study"

4/98-7/98  "Clinical Protocol For A Double-Blinded, Randomized, Single and Multiple Dosing, Four Dose-Level Study to be Conducted With 32 Healthy Volunteers to Assess the Safety, Tolerability and Pharmacokinetics of XXX Tablets: 0.25, 0.50, 1.00 and 1.50 MG Doses"

4/98-11/98  "Safety and Pharmacokinetics of XXX Formulation (10mg) Following a Single Oral Dose in Healthy Male Subjects and in Male Subjects with Renal Inpairment"

4/98-12/98  "A Usual Use, Open Label, Randomized, 3 Month Cohort, Outcomes Study in Osteoarthritis Pain Comparing XXX Q12H (Controlled Release XXX) Vs. XXX (Immediate Release)

164

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          AUXILIUM_MDL_REG_000039097

APAP PRN"

5/98-12/98     "A Triple-Blind, Randomized, Parallel Efficacy Study of XXX in Patients with Mild-to-Moderate Essential Hypertension."

5/98-1/99     "A Prospective Randomized Open- Label Blinded-Endpoint (PROBE) Trial Comparing XXX (80mg QD) and XXX (80mg QD) in Patients with Mild-to-Moderate Hypertension Using Ambulatory Blood Pressure Monitoring"

5/98-2/99     "Study of Glucowatch Monitor Function as Compared to Capillary Blood Samples Measured on a Hemocue Over a 14 Hour Time Period in Subjects with Insulin Dependent Diabetes Mellitus"

5/98-9/98     "A Multicenter, Randomized, Double-Blind Trial of the Antihypertensive Efficacy and Safety of XXX Compared with Amlodipine for the Treatment of Mild-to-Moderate Hypertension"

6/98-8/98     "An Echocardiographic Follow-up Study of Subjects who Participated in the Wyeth-Ayerst Research Protocol 0927B1-300-US"

6/98-5/99     "Duloxetine Versus Placebo in the Relief of Stress Incontinence"

6/98-7/98     "XXX: Influence of Food on the Oral Bioavailability of XXX Tablets Administered to Healthy Subjects a Two-Way Crossover Study"

6/98-12/98     "A Phase IV Multicenter, Pilot Study to Evaluate the Safety and Efficacy of XXX Administered Once A Day in the Treatment of Otitis Externa in Pediatric Subjects"

6/98 - 1/99     "A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel 8 Week Ambulatory Blood Pressure Monitoring Study of Three Dose Regimens of XXX Administered Once-Daily or Twice Daily in the Treatment of Mild to Moderate Hypertension"

6/98-11/98     "A Comparative Study of the Efficacy and Safety of XXX Extended Release Tablets and XXX for the Treatment of Subjects with Secondary Bacterial Infections of Acute Bronchitis"

6/98-11/99     "A Usual Use, Open Label, Randomized, 3 Month Cohort, Outcomes Study In Persistent Back Pain Comparing XXX Vs. XXX Q4-6H PRN"

7/98-present     "A Multicenter, Randomized, Double-Blind Study of the Efficacy and Safety of XXX and XXX in the Treatment of Subjects with Severe Hypertension"

08/98-present     "A Multicenter, Double-Blinded, Randomized, Placebo-Controlled, Parallel Group, 18-Month Study to Assess the Safety and Efficacy of XXX 20MG When Given In Titrated Doses to Patients With Obesity"

8/98-6/99     "Topical XXX Suspension Compared to XXX Solution and CORTISPORIN Suspension (Neomycin 0.35%, Polymyxin 10,000 IU mL, Hydrocortisone 1.0%) for Treatment of

165

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       AUXILIUM_MDL_REG_000039098

Patients with Moderate to Severe Acute Otitis Externa (AOE)"

8/98-4/99 "Comparative Safety and Efficacy of XXX and XXX in the Treatment of Patients with Uncomplicated Skin or Skin Structure Infection"

8/98-10/98 "Study to evaluate the effect of XXX 10mg BID, 10mg TID, 10mg QID versus Placebo in Females with Non-erosive Gastroesophageal Reflux Disease"

8/98-5/00 "A Double-Blind, Placebo-Controlled, Randomized Trial to Determine the Effects of a Range of Doses of XXX (Biphasic Tablet) Administered Either Once or Twice a Day in Patients with Type 2 Diabetes Who Have Inadequate Glycemic Control with Diet and Exercise"

8/98-1999 "XXX: Single Dose Pharmacokinetics of XXX in Subjects with Various Degrees of Chronic Renal Insufficiency"

8/98-9/98 "A Randomized, Three-way Crossover Pilot Study to Evaluate the Effects of Food on the Bioavailability of Two 10 mg Extended-release Formulations of XXX And XXX 10 mg after Single Oral Administration of Fed Healthy Male Volunteers"

8/98-9/98 "A Randomized, Three-Way Crossover Pilot Study to Evaluate the Bioequivalence of Two 10 mg Extended-Release Formulations of XXX and XXX 10 mg after Single Oral Administration to Fasting Healthy Male Volunteers"

8/98-present "A Three-Year, Open-Label, Analgesic Efficacy, Safety, Acceptability, Tolerability and Quality of Life Registry of Controlled Release XXX Tablets in Chronic Non-Cancer Pain"

8/98-11/98 "A Randomized, Double-Blind, Placebo-Controlled, Inpatient Study to Investigate the Safety, Tolerability and Antihypertensive Efficacy of a Multiple Dose Regimen of XXX, in African American Patients with Mild-to-Moderate Hypertension"

8/98-present "A Randomized, Double-Blind, Placebo-Controlled Evaluation of XXX for the Prevention of Herpes Simplex Virus Transmission in Heterosexual Couples"

9/98-4/00 "Safety and Efficacy of Intravenous XXX and XXX for the Management of Anemia in Subjects with Chronic Renal Failure Requiring Hemodialysis"

9/98-11/98 "Safety, Tolerability and Pharmacokinetics of Multiple Doses of XXX in Patients with Type II Diabetes Mellitus"

9/98-4/99 "A Single-Center, Randomized, Open-Label, Crossover Study to Determine the Dialyzability of XXX Metabolites Following Single, Oral Doses of 10 Mg XXX on Dialysis and off Dialysis in End Stage Renal Failure Patients"

9/98-5/99 "A Randomized, Double-Blind, Placebo Controlled, Efficacy and Safety Study of Oral XXX in Patients with Recurrent Genital Herpes"

166

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      AUXILIUM_MDL_REG_000039099

| | |
|---|---|
| 9/98-5/99 | "A Randomized, Double-Blind, Placebo Controlled, Efficacy and Safety Study of Oral XXX in Patients with Recurrent Herpes Labialis" |
| 9/98-6/99 | "A 24-Week, Double-Blind, Randomized, Placebo-Controlled, Parallel Group, MultiCenter Study to Evaluate XXX, Plus XXX in Early Stage Type II Diabetes Patients Inadequately Responding to XXX Monotherapy" |
| 9/98-1/00 | "A 52-Week, MultiCenter, Randomized, Double-Blind, Placebo-Controlled Study of the Efficacy of XXX Treatment, plus Diet in Obese Patients with Type 2 Diabetes Inadequately Controlled with XXX Monotherapy" |
| 9/98-11/99 | "A 52-Week, Double-Blind, Randomized, Placebo-Controlled, MultiCenter Trial to Evaluate the Efficacy of XXX plus Diet in Obese Hypertensive Patients Inadequately Controlled with Antihypertensive Medications(s)" |
| 10/98-12/98 | "Study of the Effect of adding XXX extract-based dietary supplement to the diets of individuals taking small amounts of XXX" |
| 10/98- 2/99 | "Single Dose Pharmacokinetics of XXX in Subjects with Various Degrees of Renal Disease" |
| 10/98-6/99 | "A Study to Evaluate the Effects of XXX versus Placebo in Patients with Non-Ulcer Dyspepsia" |
| 10/98-12/98 | "Study of XXX Monitor Function as Compared to Capillary Blood Samples Measured over a 15 Hour Time Period in Subjects with Diabetes Mellitus" |
| 10/98-12/99 | "A Multiple-Dose Study of the Pharmacokinetics of XXX in Patients with Moderately to Severely Impaired Renal Function and in Subjects with Normal Renal Function" |
| 10/98-6/00 | "Clinical Protocol for Comparative Study of XXX vs. an Ace Inhibitor (XXX), an Angiotensin II Receptor Blocker (XXX), and Placebo in Patients with Stage I-II Essential Hypertension" |
| 10/98-12/99 | "Single Dose Pharmacokinetics of XXX in Subjects with Various Degrees of Chronic Renal Insufficiency" |
| 11/98-10/99 | "A Drug Interaction to Evaluate the Safety and Pharmacodynamic Effects of XXX Tablets and Antihyptertensives or Nitrates" |
| 11/98-2/99 | "An Open-Label, Single-Center, Randomized, Parallel-Group Pharmacokinetics Study of XXX gel QD, XXX gel QOD, XXX Cream QD, and XXX gel QD for One Month in Female Patients with Facial Acne. |
| 1/99-1/00 | "A Randomized, Double-blind, Placebo-controlled Study to Evaluate the Efficacy of Daily Subcutaneous Administration of X-XX in Obese Subjects." |
| 1/99-9/99 | "An Open-Label, Randomized Study of (XXX) and Recombinant Human Erythropoietin |

167

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          AUXILIUM_MDL_REG_000039100

(r-HuEPO) for the Treatment of Anemia in Patients with End-Stage Renal Disease (ESRD) Receiving Dialysis."

| | |
|---|---|
| 1/99-3/99 | "A Single-Center, Double Masked, Parallel, Dose-Ranging, Vehicle Controlled Study Evaluating the Safety and Pharmocokinetics of XXX for up to 14 Days in Postmenopausal Women." |
| 2/99-present | "A Multicenter, Double-Blind, Randomized, Parallel-Group Study to Evaluate the Efficacy, Safety and Tolerability of Three Fixed Dose Levels of XXX and Placebo in Type 2 Diabetes Mellitus Patients with Minimally Elevated Fasting Plasma Glucose Levels." |
| 2/99-11/99 | "A Multi-Center, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Study of the Efficacy and Safety of XXX in Children and Adolescents (aged 6 to 17) with Generalized Anxiety Disorder." |
| 2/99-9/99 | "A Randomized, Double-Blind, Parallel-Group, Comparative Study of XXX, XXX, XXX and XXX Using Ambulatory Blood Pressure Monitoring in Patients with Essential Hypertension." |
| 2/99-5/00 | "Safety and Efficacy of Subcutaneous XXX for the Management of Anemia in Subjects with Chronic Renal Failure (Predialysis, Hemodialysis, Peritoneal Dialysis)." |
| 2/99-12/99 | "A Double-Blind, Placebo-Controlled Study of Modified Release XXX in Children with ADHD." |
| 2/99-present | "A Randomized, Double-Blind, Placebo-Controlled, Dose-Finding Study of XXX in Type 2 Diabetic Patients." |
| 2/99-3/00 | "An Open-Label, Two-Part Study to Investigate the Pharmacokinetics, Safety and Tolerability of XXX in Patients with Renal Insufficiency." |
| 2/99-11/99 | "A Study to Evaluate the Effect of XXX (30 mg QD) versus XXX (20 mg QD) on Relief of Symptoms in Patients with Erosive Reflux Esophagitis." |
| 2/99-9/99 | "An Open-Label, Randomized, Parallel-Group Study to Compare XXX plus XXX versus XXX plus XXX in the Treatment of Type 2 Diabetes." |
| 2/99-6/99 | "Placebo-Controlled Study of XXX in Elderly Subjects with Mild to Moderate Hypertension." |
| 4/99-5/99 | "Single Site, Open-Label Three-Way Crossover Study of the Effect of adding a XXX extract-based dietary supplement to the diets of individuals taking small amounts of XXX" |
| 4/99-2/00 | "A Phase III, Randomized, Double-Blind, Active Control Trial to Evaluate the Safety and Efficacy of a Fixed Combination XXX Product in Patients With Type 2 Diabetes Mellitus Who Have Inadequate Glycemic Control on Maximum Dose XXX Monotherapy" |
| 4/99-8/99 | "A Two-Part, Partially-Blinded, Randomized, 2 Period Crossover Study to Investigate the |

168

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    AUXILIUM_MDL_REG_000039101

Effect of XXX and Food on XXX Pharmacokinetics in Healthy Young Male Voluteers"

4/99-4/00     "Dose Response Study with Intravenous XXX in Anemic subjects with Chronic Renal Failure Requiring Hemodialysis"

4/99-5/99     "XXX: Multiple-Dose Pharmacokinetics of XXX and 3-OH XXX in Healthy Subjects"

4/99-10/99     "Safety and Pharmacokinetic Profile of XXX in Male Subjects with Normal or Impaired Renal Function"

4/99-6/99     "An Open-Label, Multi-Center, Pharmacokinetics Study of XXX 0.1% Cream Applied Once Daily for 14 Days in the Treatment of Plaque Psoriasis"

5/99-6/00     "A Phase III, Multicenter, Randomized, Evaluator-Blind, Sudy to compare the Safety and Efficacy of Once Daily XXX Otic Solution 0.3% with that of Four Times Daily Cortisporinx Otic Suspension in the Treatment of Otitis Externa in Adolescent and Adult Subjects"

5/99-6/00     "A Phase III, Multicenter, Randomized, Evaluator-Blind, Sudy to compare the Safety and Efficacy of Once Daily XXX Otic Solution 0.3% with that of Four Times Daily Cortisporinx Otic Suspension in the Treatment of Otitis Externa in Pediatric Subjects"

5/99-11/99     "A Prospective, Open-Label, Multi-Center, Evaluation of Short Duration Therapy with Oral XXX (250 mg qd) in the Treatment of Diabetic Subjects with Tinea Cruris/Corporis"

5/99-12/99     "A Prospective, Open-Label, Multi-Center, Evaluation of Short Duration Therapy with Oral XXX (250 mg qd) in the Treatment of Diabetic Subjects with Tinea Pedis"

5/99-3/00     "An Open Label Study of the Steady-State Pharmacokinetics of XXX and XXX Following Oral Administration of Repeat Doses of 1000mg/day in Patients with Moderate Renal Insufficiency Compared to Volunteers with Normal Renal Function"

6/99-4/00     "A Double-Blind, Placebo-Controlled, Multicenter Study Evaluating the Efficacy and Safety of Four Doses of XXX in Obese Patients"

6/99-1/00     "Investigator-Blinded, Pharmacokinetics, Crossover Study of Insulin After Dosing with XXX and XXX in Subjects with Type II Dibetes Mellitus"

6/99-present     "A Phase III, Dose Titration, Open-Label Study to evaluate Long-Term Safety and Efficacy of XXX in Chronic Renal Failure Patients Receiving Hemodialysis"

6/99-12/99     "A Multicenter, Open-Label, Parallel Group Study of the Pharmacokinetics of XXX After Repeated Subcutaneous Administration in Mild, Moderate and Severe Renal Impairment in Comparison with Healthy Volunteers"

6/99-9/99     "An Open-Label, Multi-Center, Pharmacokinetics Study of XXX Gel 0.1% After a Single Dose and After 6, 13, 26, and 40 Repeat Topical Applications Once Daily Over 15% body Surface Area in Female Patients With Acne Vulgaris"

169

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        AUXILIUM_MDL_REG_000039102

7/99-present     "XXX Hemodialysis Access System An Extended Investigation"

7/99-6/00     "A Phase III Efficacy and Safety Study of XXX 3mg Tablets Versus Placebo and XXX 3mg Tablets Versus XXX 4 mg Tablets in the Treatment of Male Erectile Dysfunction"

7/99-present     "Crossover, Randomized, Blinded, Prospective, Multicenter Clinical Evaluation of the Rate of Adverse Events to in Hemodialysis Patients as compared to Placebo and Historical Controls"

7/99-present     "Open Label, Prospective, Multicenter study to evaluate the Rate of Adverse Events and Their Relationship to Concomitant Administration of Angiotensin Converting Enzyme Inhibitor Therapy Following Repeated Administration of XXX in Hemodialysis Patients receiving Erythropoietin"

7/99-6/00     "Randomized, Controlled Study to Evaluate the Safety and Efficacy of Topical XXX HC Suspension Compared to Topical XXX Otic Solution for the Treatment of Acute Otitis Externa (AOE)"

7/99-6/00     "Randomized, Controlled Study to Evaluate the Safety and Efficacy of Topical XXX HC Suspension Compared to Topical XXX Suspension plus Systemic XXX for the Treatment of Acute Otitis Externa (AOE)"

8/99-present     "A Multi-Center, Randomized, Double-Blinded, Parallel-Group, Placebo-Controlled, Clinical Evaluation of Oral XXX Tablets (2.5, 5.0 and 7.5 mg GI126570) in Combination with Current Insulin Therapy for 26 Weeks Duration in Subjects with Type 2 Diabetes Mellitus Who are Inadequately Controlled with Insulin Alone"

9/99 - present     "A Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study of XXX in Children with Attention Deficit Hyperactivity Disorder"

9/99-3/00     "A 20-Week, Double-Blind, Randomized, Active-Controlled, Multicenter Study Comparing Efficacy and Safety of XX Plus XX or XX Plus XX to XX Plus Placebo in Type II Diabetic Patients Not Optimally Controlled on XX"

9/99-present     "A Phase III, Six-Month, Long-Term, Open-Label, Flexible Dose, Safety Extension Study of XXX Tablets (2.3 and 4 mg) in the Treatment of Male Erectile Dysfunction"

9/99-1/00     "Randomized, Double-Blind, Multicenter, Phase III Trial of the Comparative Immunogenicity, Safety and Tolerability of Two XXX Vaccines"

9/99-2/00     "A Multi-Center, Double-Blind, Randomized, Vehicle-Controlled, Parallel-Group Study of the Safety and Efficacy of XXX (0.1%) Applied Once Daily for 12 Weeks in Patients With Acne Vulgaris"

9/99-present     "A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Comparative Study of XXX & XXX Using ABPM in Patients with Essential Hypertension"

9/99-present     "A Randomized, Double-Blind, Placebo-controlled, Dose Ranging Study Of A 7-Day Course

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       AUXILIUM_MDL_REG_000039103

of XXX In Patients With Atherosclerotic Cardiovascular, Peripheral Vascular and/or Cerebrovascular Disease"

10/99-present  "A Twelve Month, Open-Label Study of XXX in Children with Attention Deficit Hyperactivity Disorder"

10/99-2/00  "A Randomized, Double-Dummy, Multicenter, Parallel-Group Study to assess the Efficacy and Safety of Oral XXX-SR, Two Tablets Equal to 2000/125 mg, Twice Daily for 10 Days Versus XXX 500 mg Once Daily for 10 days in the Treatment of Adults with Acute Bacterial Sinusitis Infections"

10/99-present  "A Multicenter, Randomized, Parallel-Group, Open-Label, Glyburide Controlled Cardiac Safety Study of Oral XXX Sodium Tablets (7.5mg) or Micronized XXX (Maximum 12 mg) Administered for 12 months to Subjects with Type 2 Diabetes Mellitus"

10/99-present  "A Randomized, Double-Blind Study of the Antihypertensive Efficacy and Safety of XXX Compared to XXX"

11/99-1/00  "Investigator-blinded, Pharmacokinetics, Crossover Study to Compare Insulin Profiles after Dosing with XXX and XXX in Subjects with Type 2 Dibetes Mellitus"

11/99-present  "A Multicenter, Double-Blind, Placebo-Controlled Evaluation of XXX for the Prevention/Blockage of the Progression of Cold Sore Lesion Development"

11/99-present  "A Phase III Double-Blind, Efficacy and Safety Study of XXX (10 mg) In Addition to XXX Compared to Placebo in Subjects with Primary Hypercholesterolemia"

11/99-present  "A Placebo-Controlled, Parallel-Group, 4-Week Trial Conducted Under Double-Blind Conditions to Assess the Efficacy and Safety of XXX in Patients with Chronic Low Back Pain"

12/99-present  "A Double-Blind, Parallel Study to Investigate the effect of XXX (90 and 120 mg) on Oral XXX Pharmacokinetics in Rheumatoid Arthritis Patients"

12/99-present  "A Double-Blind, Randomized Study of the Safety and Efficacy of a Combination of XX and 45 mg of XX™ Compared to a Combination of XXX and 30 mg of XX™ in the Treatment of Patients with Type 2 (Non-Insulin Dependent) Diabetes Mellitus"

12/99-present  "An Open-Label, Single Center, Parallel Group, Pharmacokinetics Study of XXX Cream 0.1% After a Single Dose and After 6, 13, 20, and 27 Repeat Topical Applications Once Daily to Either the Face Only or to an Exgagerated Body Surface Area (15%) in Female Patients with Acne Vulgaris"

1/00-present  " A Randomized Study Comparing the Efficiency of Once Weekly Versus 3 Times Weekly Administration of Intravenous (IV) XXX to Subjects with End-Stage Renal Disease (ESRD) Receiving Hemodialysis"

1/00-present  "A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel, 9 Week Dose

Revised June 23, 2000        Page  24

171

Ranging Study of XXX in the Treatment of Mild to Moderate Hypertension"

● 1/00-present "A Safety and Pharmacokinetic Study of XX® and XX® in Parkinson's Disease (PD) Patients Compared to Healthy Volunteers Administered XX® Alone"

1/00-present "An Open-Label, Multi-Center Study of the Patient Instructional Leaflet for XXX® Diskhaler®"

2/00-present "A Randomized, Double-Blinded Study to Compare the Durability of Pancreatic Beta-Cell Function of XXX Monotherapy Compared to XXX or XXX in patients with Drug-Naive, Recently Diagnosed Type 2 Diabetes Mellitus (≤ 2 years)"

3/00-present "A Relative Bioavailability Study of XXX Administered Orally as Tablets Versus Capsule Forms to Patients With Chronic Hepatitis-C (CHC) Infection"

3/00-present "A Preliminary Pharmacokinetic Study of 1mg of XXX (Oral Soution) and 2 mg of Cardura$^k$ (Over-Encapsulated Tablets) in Healthy Male Volunteers"

4/00-present "Pharmacokinetics and Pharmacodynamics of XXX in Subjects With Normal and Decreased Renal Function"

4/00-present "An Open-Label, Multiple-Dose Pharmacokinetic Study of XX 0.004% Ophthalmic Solution Following Topical Ocular Administration in Subjects With Normal Renal Function Compared to Subjects With Renal Impairment"

● 4/00-present "A Prospective, Randomized, Double-Blind, Double-Dummy, Titration-to-Response Trial Comparing XX (40 & 80 mg QD) and XX (50 & 100mg QD) in Patients with Mild to Moderate Hypertension Using Ambulatory Blood Pressure Monitoring"

4/00-present "A Multicenter, Randomized, Parallel-Group, Active- and Placebo-Controlled, Double-Blind Study Conducted Under In-House Blinding Conditions to Determine the Incidence of Gastroduodenal Ulcers in Patients With Osteoarthritis After 12 Weeks of Treatment With XX, Ibuprofen, or Placebo"

4/00-present "A Multicenter, Randomized, Parallel-Group, Active- and Placebo-Controlled, Double-Blind Study Conducted Under In-House Blinding Conditions to Determine the Incidence of Gastroduodenal Ulcers in Patients With Rheumatoid Arthritis After 12 Weeks of Treatment With XXX, Naproxen, or Placebo"

4/00-present "A Study Evaluating the Initiation and Titration of Fixed Doses of XXX Therapy in Subjects With Chronic Renal Insufficiency"

4/00-present "A Study to Determine the Effects of Transilat on the Pharmacodynamics and Pharmacokinetics of Glyburide in Type 2 Diabetic Patients"

4/00-present "A Multi-Centre Study to Examine the Value of Natriuretic Peptides of Asymptomatic Left Ventricular Dysfunction in a Population at High Risk of Developing Congestive Heart Failure (CHF)"

Revised June 23, 2000                    Page 25

172

| 4/00-present | "Proof of Concept Trial on the Antidiabetic Properties of XXX in Patients With Type 2 Diabetes Mellitus. A Randomized, Double-Blind, Placebo-Controlled, Multicenter Study With Four Parallel Groups" |
| 5/00-present | "XXX: Assessment of the Pharmacokinetic Profile of XXX in Volunteers with Normal Renal Function and Severe Chronic Insufficiency" |
| 5/00-present | "A Multicenter, Randomized, Double-Blind, Parallel Group Trial comparing the Safety and Efficacy of XX/XX to XXX as first Line Therapy in Patients With Type 2 Diabetes Mellitus Who have Inadequate Glycemic Control With Diet and Exercise" |
| 6/00-present | "An Open-Label, Randomized, 3-Period, Crossover Study in Volunteers to Investigate the Influence of Clarithromycin and Verapamil on XXX Pharmacokinetics" |
| 6/00-present | "A 24 Week Multicenter, Double-Blind, Randomized, Parallel-Group, Fixed Dose Study to Prospectively Evaluate the Safety, Efficacy and Tolerability of Oral XXX Plus XXX Combination Therapy Compared to Oral XXX Monotherapy in Patients With Type 2 Diabetes Mellitus Inadequately Controlled With Prior XXX Monotherapy and Diet and Exercise" |
| 6/00-present | "Open Label, Single-Dose Study of the Pharmacokinetics of XXX in Subjects with Various Degrees of Chronic Renal Insufficiency and End Stage Renal Disease" |
| 6/00-present | "A Randomized, Open-Label Preference Study of XXX™ Compared to XXXI® in Stable Solid -Organ Transplant Subjects (The PREFER Study)" |
| 6/00-present | "PK Effects of Concomitant Administration of XXX and XXX in Chronic Hepatitis C Patients Receiving Methadone Maintenance" |
| 6/00-present | "A Double-Blind, Randomized, Placebo-Controlled, Parallel Group, Multicenter, Flexible Dose Study to Evaluate the Efficacy and Safety of XXX in Males With Erectile Dysfunction and Arterial Hypertension Who are Taking Multiple Antihypertensive Treatment" |
| 6/00-present | Primary Investigator - Sepracor, Protocol 200-003, "A Comparison Study of the Antagonistic Activity of XX and XX$^x$ at Vascular $\alpha_1$-Adrenoceptors in Healthy Male Volunteers. A Phase 1, Single-dose, Randomized, Partial Double-blind, Double-dummy, Two-center, Inpatient/Outpatient, Placebo- and Active-controlled, Three-period, Latin Square, Cross-over Study" |
| 7/00-present | "An Open-Label, Single-Center, Parallel-Group, Safety and Pharmacokinetics Study of XXX Cream 0.1% After a Single Dose and After 6, 13, 20, and 27 Repeat Topical Applications Once Daily to Either the Face Only or to an Exaggerated Body Surface Area (10%) in Female Patients with Photodamaged Facial Skin" |
| 7/00-present | "A Continuation Protocol With Open Label XXX for Patients With Chronic Hepatitis C Infection (CHC) Participating in the Methadone Drug Interaction Study" |

173

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    AUXILIUM_MDL_REG_000039106

**Publications/Abstracts**

1) Fuller, T.J., Juncos, L.I., Peterson, J., Marbury, T.C., and Cade, R. Clinical and Laboratory Findings Which Suggest the Diagnosis of Renal Vein Thrombosis. Kid. Int. 10(6):498 (1976)

2) Marbury, T., Mahoney, J., Juncos, L., Fuller, T., and Cade, R. Treatment of Digoxin Intoxication with Charcoal Hemoperfusion. Kid. Int. 12(6):485 (1977)

3) Marbury, T., Mahoney, J., Fuller, T., Juncos, L., and Cade, R. Treatment of Amitriptyline Overdosage with Charcoal Hemoperfusion. Kid. Int. 12(6):485 (1977)

4) Juncos, L., Marbury, T., and Cade, R. Effects of Indomethacin on Peripheral Plasma Renin Activity in Patients Undergoing Ultrafiltration During Hemodialysis. Kid. Int. 12(6):485 (1977)

5) Cade, R., Spooner, G., Juncos, L., Fuller, T., Tarrant, D., Raulerson, D., Mahoney, J., Pickering, M., Grubb, W., and Marbury, T. Chronic Renal Vein Thrombosis. Am J. Med. 63:387

6) Juncos, L.I., Marbury, T.C., Cade, R., Mahoney, J.J., Bucci, C.M., and Ayers, J.A. Reusing the Hollow-Fiber Dialyzer. Dialysis and Transplantation 6:32-26 (1977)

7) Marbury, T., Mahoney, J., Juncos, I., Conti, R., and Cade, R. Treatment of Advanced Digoxin Toxicity I an Elderly Man with Hyperkalemia and Severe Renal Insufficiency Using Charcoal Hemoperfusion. Sou. Med. J. 72:279-281 (1979)

[1*8)] Lee, C.S., Marbury, T.C., Perrin, J.H., and Fuller, T.J. Hemodialysis of Theophylline in Uremic Patients. J. Clin. Pharmacol. 19:219-226 (1979)

9) Horvath, F., Marbury, T.C., Uhlemann, E.R., Nelson, E.W., and Fuller, T.J. Severe Diarrhea Secondary to Propranolol. Sou. Med J. 72:367-368 (1979)

10) Juncos, L.I., Alexander, R.W., and Marbury, T.C. Intravascular Clotting Preceding Crescent Formation in a Patient with Wegener's Granulomatosis and Rapidly Progressive Glomerulonephritis. Nephron 24:17-20 (1979)

*11) Lee, C.S., Marbury, T.C., and Benet, L.Z. Clearance Calculations in Hemodialysis: Application to Blood, Plasma and Dialysate Measurements for Ethambutol. J. Pharmacokinet. Biopharm 8:69-81 (1980)

12) Marbury, T.C., Lee, C.S., Bruni, J., and Wilder, B.J. The Pharmacokinetics of Valproic Acid in Patients with Chronic Renal Failure During Hemodialysis. Dialysis and Transplantation 9:961-964 (1980)

13) Bruni, J., Wang, L., Marbury, T.C., Lee, C.S., and Wilder, B.J. Protein Binding of Valproic Acid in Uremic Patients. Neurology 30:1233-1236 (1980)

---

[1*]Paper presented at National Meeting

**174**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      AUXILIUM_MDL_REG_000039107

14)  Marbury, T.C., Wang, L.H., And Lee, C.S. Hemodialysis of Mefenamic Acid in Uremia. AM. J. Hosp. Pharm. 37:956-958 (1980)

15)  Marbury, T.C., Wang, L.H., and Lee, C.S. Hemodialysis of Acetaminophen in Uremic Patients. Int. J. Artificial Organs 5:263-266 (1980)

16)  Lee, C.S., Marbury, T.C., Bruni, J., Wang, L.H., and Perchalski, R.J. Hemodialysis Clearance and Total Body Elimination of Carbamazepine During Chronic Hemodialysis. Clin. Toxicology 17(3):429-438 (1980)

17)  Lee. C.S., Marbury, T.C., Wang, L.H., and Cade, J.R. Hemodialysis for Acetaminophen Detoxification. Clin. Toxicology 18:431-439 (1981)

18)  Marbury, T.C., Lee, C.S., Perchalski, R.J., Wang, L.H., and Wilder, B.J. Hemodialysis Clearance of Ethosuximide in Endstage Renal Disease Patients. Am. J. Hosp. Pharm. 38:1757-1760 (1981)

19)  Lee, C.S., Wang, L.H., and Marbury, T.C. Hemodialysis Clearance of Dyphlline in Chronic Hemodialysis Patients. J. Pharmacol. Exp. Ther. 21:340-344 (1981)

20)  Wang, L.H., Lee, C.S., and Marbury T.C. Clearance and Recovery Calculations in Hemodialysis: Application to Plasma, Red Blood Cells and Dialysate Measurements for Cyclophosphamide. Clin. Pharmacol. Ther. 29:365-372 (1981)

21)  Marbury, T.C., Sheppard, J.E., Gibbons, K., and Lee, C.S. combined Antidotal and Hemodialysis Treatments for Nitroprusside-induced Cyanide Toxicity. Clin. Toxicol. 19:475-482 (1982)

22)  Lee, C.S., Marbury, T.C., and Perchalski, R.J. Primidone Pharmacokinetics in ESRD Patients During Hemodialysis. J. Clin. Pharmacol. 22:301-308 (1982)

23)  Ashouri, S., Fuller, T.J., Marbury, T.C., Gaffney, E., and Cade, J.R. Hemolytic-Uremic Syndrome in Two Postmenopausal Women Taking Conjugated Estrogens. Clinical Nephrology 17(4):212-215 (1982)

24)  Lee, C.S., and Marbury, T.C. Calculation of Peritoneal Clearance - Theophylline as an Example. Peritoneal Dialysis Bulletin 2:193-194 (1982)

*25)  Lee, C.S., Peterson, J., and Marbury, T.C. Comparative Pharmacokinetics of Theophylline in Peritoneal Dialysis and Hemodialysis. J. Clin. Pharmacol. 23:274-280 (1983)

26)  Lee, C.S., and Marbury, T.C. Drug Therapy in Hemodialysis Patients - Clinical Pharmacokinetic Considerations. Clin. Pharmacokinetics 9:42-66 (1984)

27)  Marbury, T.C. Hemodialysis of Digoxin. Dialysis and Transplantation 1(8):542 (1984)

28)  Bhole, R., Flynn, J.C. and Marbury, T.C. Quadriceps Tendon Ruptures in Uremia. Clin. Orthopedics and Related Research, 1985:200-206 (1985)

29)  Marbury, T.C., Angelo, J.E., Gulley, R.M., Krosnick, A., Sugimoto, D.H., and Zellner, S.R. A

175

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       AUXILIUM_MDL_REG_000039108

Placebo-Controlled, Dose-Response Study of Dexfenfluramine in the Treatment of Obese Patients - Current Therapeutic Research. 57(9):663-674 (1996)

30) Slatopolsky, E., Garrett, B., Gray, J., Marbury, T., Weinberg, M., Wombolt, D., Burke, S., Goldberg, D., and Bonventre, J. Effect of Renagel™, A Novel Phosphate Binder, on Serum Phosphorus and Parathyroid Hormone Levels in End Stage Renal Disease (ESRD) Patients. - Journal of The American Society of Nephrology. 7(9):1818 (1996)

31) Allgren, Robin L., Marbury Thomas C., Rahman, S. Noor, Weisberg, Lawrence S., Fenves, Andrew Z., Lafayette, Richard A., Sweet, RichardM., Genter, Fredric C., Kurnik, Brenda R.C., Conger, John D., Sayegh, Mohamed H., ANARITIDE IN ACUTE TUBULAR NECROSIS - The New England Journal of Medicine. 336:828-834 (March 20, 1997)

32) Pierre Larochelle, MD, John M., Flack, MD, Thomas C. Marbury, MD, Pinhas Sareli, MD, Eduardo M. Krieger, MD, & Richard A. Reeves. MD, Effects and Tolorability of Irbesartan Versus Enalapirl in Patients With Severe Hypertension - The American Journal of Cardiology. 80:1613-1615 (December 15, 1997)

33) William S. Cushman, Jerome D. Cohen, Randolph P. Jones, Thomas C. Marbury, Robert B. Rhoades, and Leo Smith, Comparison of the Fixed Combination of Enalapril/Diltiazem ER and Their Monotherapies in Stage 1 to 3 Essential Hypertension - The American Journal of Hypertension Ltd. 11:23-30 (1998)

34) Dennis I. Goldberg, Maureen A. Dillon, Eduardo A. Slatopsky, Bruce Garrett, John R. Gray, Thomas Marbury, Marc Weinberg, Duane Wombolt and Steven K. Burke. Effect of RenaGel, a non-absorbed, calcium and aluminum free phosphate binder, on serum phorphorus, calcium and intact parathyroid hormone in end-stage renal disease patients - Nephrology Dialysis Transplantation - 13:2303-2310 (1998)

36) James Hall, George Lewis, Thomas Marbury, James Gray, Shaukat Chaudhery, Steven Chen, Deborah James, Allen Hester, Hongjie Zheng, Nancy Feliciano - Long term safety, tolerability, and efficacy of valsartan: Results from one and two years trials - European Journal of Clinical Research, December 1997.

37) Suzanne Oparil, MD, Robert Guthrie, MD, Andrew J. Lewin, MD, Thomas Marbury, MD, Karen Reilly, MS, Joseph Triscari, PhD and Jeffrey A. Witcher, PhD - An Elective Titration Study of the Comparative Effectiveness of Two Angiotensin II Receptor Blockers, Irbesartan and Losartan Clinical Therapeutics Volume 20 (3):398-409 (June 1998)

38) Thomas Marbury, MD, Won-Chin Huang, PhD, Poul Strange, PhD, MD, Harold Lebovitz, MD, Repaglinide versus Glyburide: a one year comparison trial - Diabetes Research and Clinical Practice, 1999; 43: 155-166

39) J. Hall, T. Marbury, A. Hester, H. Zheng, N. Feliciano, Long Term Safety and Efficacy of Valsartan - Abstract presented -September (1998) - American Society of Hypertension, Thirteenth Annual Scientific Meeting. (1999) - Educational compendium for Cardiologists

40) Peter Damsbo, MD, Per Clauson, MD, PhD, Thomas C. Marbury, MD, Kristian Winfeld,

**176**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                AUXILIUM_MDL_REG_000039109

A Double-blind, Randomized Comparison of Meal-Related Glycemic Control by Repaglinide and Glyburide in Well-Controlled Type 2 Diabetic Patients - Diabetes Care, 1999; 22 (5): 789-794

41) Peter Damsbo, MD, Thomas C. Marbury, MD, Vibeke Hatorp, MSC Pharm, Per Clauson, MD, PhD, Peter G. Muller, MD, Flexible Prandial Glucose Regulation with Repaglinide in Patients with Type 2 Diabetes - Diabetes Research and Clinical Practice, 1999; 45: 31-39

42) Thomas C. Marbury, Vibeke Hatorp, Pharmacokinetics of Repaglinide After Single and Multiple Doses in Patients with Renal Impairment Compared with Normal Healthy Volunteers - Abstract No. 1381 - Diabetes 1998; 47 (suppl.1) A357

43) M.B. Door, PhD, R.D. Johnson, PhD, B. Jensen, PhD, D. Magner, MS, T. Marbury, MD, G. H. Talbot, M.D - Pharmacokinetics of Sparfloxacin in Patients with Renal Impairment - Clinical Pharmacology & Therapeutics, July 1999, Volume 22 (7)

44) R. Johnson, PhD, B. Jensen PhD, D. Magner MS, T. Marbury MD , T. Hunt , G. H. Talbot MD - Effects of Food on the Pharmacokinetics of Sparfloxacin - Clinical Pharmacology & Therapeutics, June 1999 Vol 21(6)

45) Poul Strange, MD, PhD, Sherwyn L. Schwartz, MD, Ronald J. Graf, MD, William Polvino, MD, Irving Weston, MD, Thomas C. Marbury, MD, Won-Chin Huang, PhD, and Ronald B. Goldberg, MD - Pharmacokinetics, Pharmacodynamics and Dose-Response Relationship of Repaglinide in Type 2 Diabetes - Diabetes Technology and Therapeutics 1999; 1 (3): 247-256

46) Arthur L. Mazzu, John T. Lettieri, Edward Kelly, Ramon Vargas, Thomas C. Marbury, Ming-Chung Liu and Pavur Sundaresan - Influence of Renal Function on the Pharmacokinetics of Cerivastatin in Normocholesterolemic Adults - European Journal of Clinical Pharmacology (2000) 56:69-74

47) Thomas C. Marbury MD, Jon L. Ruckle MD, Vibeke Hatorp MS, Michael P. Andersen MS, Karin Kramer Nielsen PhD, Won Chin Huang PhD, and Poul Strange MD, PhD - Pharmacokinetics of Repaglinide in Subjects With Renal Impairment - Clinical Pharmacology & Therapeutics, (January 2000) Vol. 67/No.1, p. 7-15

48) C.C.Cox, T.C. Marbury, W.G. Pittman, G.L. Brown, S. Auerbach, B. Fox, J. Yang - A Multicenter Comparison of Gatifloxacin (GAT) 400 mg QD vs Ciprofloxacin (CIP) 500 mg BID in the Treatment of Complicated Urinary Tract Infection (UTI) and Pyelonephritis - Abstract presented at the ICAAC meeting held September 26-29, 1999

49) T.C. Marbury, MD - Comparison of the Efficacy and Tolerability of Candesartan Cilexetil and Amlodipine in Patients with Mild Systemic Hypertension - Abstract presented at the American Heart Association annual meeting in Atlanta, November 7-10, 1999

50) A. Bremner, P. Oddou-Stock, S. Chrysant, T. Marbury, N. Feliciano, Long-Term Efficacy, Safety of valsartan in 823 Mild to Moderate Hypertensives - Abstract presented at the Fourteenth Scientific Meeting of the American Society of Hypertension (1999)

51) Thomas Littlejohn MD, William Mroczek MD, Thomas Marbury MD, Cam P. VanderMaelen PhD, Robert F. Dubiel Rph - A prospective, randomized, open-label trial comparing telmisartan 80 mg and

**177**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    AUXILIUM_MDL_REG_000039110

valsartan 80 mg in patients with mild-to-moderate hypertension using ambulatory blood pressure monitoring - Canadian Journal of Cardiology - (accepted June 2000)

**Invited Speeches/Seminar**

1/79   "Antihypertension Drugs", Department of Anesthesiology, College of Medicine, University of Florida, Gainesville, Florida

4/79   "Hypertension and Your Kidneys", The Heart Association of Volusia County, Daytona Beach, Florida

10/79   "Approach to Diagnosis and Treatment of Hypertension", Florida Academy of Physician Assistant, Orlando, Florida

9/80   "Treatment of Severely Toxic Patient's", University of South Florida, Tampa, Florida

12/80   "Treatment of Drug Overdosage", American Association of Dialysis Nurse and Technician VA Medical Center, Gainesville, Florida

12/81   "New Directions in Hypertension", Bayfront Medical Center, Largo, Florida

1/84   "Vascular Access for Plasmapheresis", Central Florida Blood Bank, Orlando, Florida

3/84   "Nondrug Therapy of Hypertension", The American Society of Contemporary Medicine and Surgery, Orlando, Florida

5/84   "Hypertension", Florida Medical Association, Lake Buena Vista, Florida

5/84   "Managing the Patient with Hypertension", East Central Dietetic Association, Orlando, Florida

10/84   "Pathology of Diabetes to Renal Failure", Department of Nursing Education, Orlando Regional Medical Center, Orlando, Florida

1/88   "Renovascular Hypertension", Family Practice '88, Lake Buena Vista, Florida

2/88   "Recent Advances in the Management of Cardiovascular Disease", Speakers Bureau, Boca Raton, Florida

3/88   "Cardiac Risk Factors", Life Expo at Calvary Assembly, Orlando, Florida

3/88   "Current Concepts in Drug Therapy of Hypertension", Orlando Regional Medical Center, Orlando, Florida

6/88   "Learning Objectives for Pharmacology in the Renal Failure Patient", Critical Care Course, Humana Hospital Lucerne, Orlando, Florida

4/89   "Cardiovascular Disease, Sooner! Better! Longer!", Speakers Bureau, E.R. Squibb and Sons, Orlando, Florida


Revised June 23, 2000    Page 31

**178**

6/89    "Factors to be Considered in the Treatment of the Older Hypertensive Patient", speakers Bureau, E.R. Squibb and Sons, Orlando, Florida

12/89   "Current State of Hypertension 1989 - New Direction for the 90's", Hypertension Conference, Lake Buena Vista, Florida

3/91    "Evaluation of Renal Function: Who Needs a Work-Up?", Annual Internal Medicine Series, E.R. Squibb and Sons, Lake Buena Vista, Florida

4/94    "Hypertension Treatment in the 90's", Florida Academy of Physician Assistants Meeting sponsored by Marion Merrell Dow, Orlando, Florida

5/95    "Clinical Importance of Angiotensin II", Drs. Latham, Conan & Stone, Orlando, Florida, Merck & Co., Inc., Medical Education Program

6/95    "The Role of Angiotensin II in Hypertension". Nurse Practitioners Association, Radisson Hotel, Orlando, Florida, Merck & Co., Inc., Medical Education Program

6/95    "Cardiovascular Effects of Angiotensin II", Prucare of Longwood, Maitland, Lake Mary, & Orlando, FL, Merck & Co., Inc., Medical Education Program

6/95    "The Role of Angiotensin II in Hypertension". Physician Assistants Association, Radisson Hotel, Orlando, Florida, Merck & Co., Inc., Medical Education Program

6/95    "Renal Considerations in the Treatment of Hypertension", Office of Dr. A. Dorn, Orlando, Florida, Merck & Co., Inc., Medical Education Program

6/95    "The Role of Angiotensin II in Hypertension", Primary Health Care, St. Cloud, Florida, Merck & Co., Inc., Medical Education Program

7/95    "Case Studies: A Review of the Management of Hypertension", Winter Park, Florida, Merck & Co., Inc., Medical Education Program

2/96    "LIFE (L-ipid-lowering I-ntervention F-ollow-up E-nhancement)", Family Medicine Associates, Orlando, Florida, Merck & Co., Medical Education Program

1/97    "Cultivating Patient Loyalty at Your Site", 3rd Annual National Forum - Investigator Sites, Orlando, Florida, presented by The Insitute for International Resarch; Pharmaceutical Division

8/97    "Obesity - Current Trends and Therapies", Seventeenth Annual Converence of the Florida Society of the American College of Osteopathic Family Physicians, Orlando, Florida

3/00    "Participating in Clinical Research Projects", *College Health Beyond 2000*, sponsored by University of Florida Student Health Services and the Southern College Health Association at the Southern College Health Conference held March 22-24, 2000, Orlando, Florida


Revised June 23, 2000                              Page  52

179

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    AUXILIUM_MDL_REG_000039112

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039113

**6.4    Institutional Review Board Data**

180

# biomed

## Biomedical Research Institute of America
*a non-profit corporation*



**Final Approval Date:** November 2, 2000       **Expiration Date:** November 2, 2001

---

### BIOMED IRB INITIAL APPROVAL NOTIFICATION

---

**Evaluation of the Pharmacokinetic Profiles After A Single Dose of a New Testosterone Topical Gel Formulation Compared to A Commercial Testosterone Topical Gel Preparation**

| | |
|---|---|
| **Sponsor:** | Auxilium A², Inc. |
| **Protocol No.:** | AUX-TG-201.00 |
| **Protocol Date:** | October 23, 2000 |
| **Principal Investigator:** | Thomas C. Marbury, M.D. |
| **Approved Facilities:** | **Orlando Clinical Research Center**<br>4401 South Orange Avenue, Suite 108<br>Orlando, FL 32806 |

---

The Biomedical Research Institute of America's Institutional Review Board has approved the above referenced study at the **November 1, 2000** meeting. Enclosed you will find the Informed Consent Document, including any changes requested by the IRB. This study has been determined as significant risk. Approximately five (5) months from the date of this letter, you will receive an Interim Report to complete and return to our office.

IRB approval is granted conditional to adherence of the following requirements:

- The information submitted to the IRB is true and correct.
- Research will be conducted in accordance with the approved protocol.
- Only the consent form with the "Biomed IRB Final Approval" stamp may be used for study subject's signatures.
- Non-English speaking study subjects must be provided an IRB approved certified translation of the consent form in the subject's first language.
- All materials used to recruit study subjects must be pre-approved by Biomed IRB.



3110 Camino del Rio South
Suite A215
San Diego, CA 92108

(619) 282-9997
Fax: (619) 282-9998
E-mail: mailbox@biomedirb.com

**181**

---

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       AUXILIUM_MDL_REG_000039115

• The following information should be promptly mailed to the IRB:
    1. Serious adverse events experienced by study subjects such as death, hospitalization, or serious illness should be reported to the IRB within 72 hours after they occur.
    2. Changes in research activities, except when necessary, to eliminate hazards to study subjects.
    3. Changes in facilities at which the study is being conducted.
    4. Any other unanticipated problems involving risks to study subjects.
    5. Interim and Continued Review reports must be received by the due date to be guaranteed review before the expiration date.

This IRB approval certifies that the information contained on this form is true and correct as verified by the minutes and records of The Biomedical Research Institute of America. It also certifies that the above referenced study has been reviewed in compliance with Food and Drug Administration Regulations.

_Michele R. Baptista_                    _11-2-00_
Authorized Signature                      Date

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          AUXILIUM_MDL_REG_000039116

7.0 CMC

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039117

**7.0   Chemistry, Manufacturing and Control Information**

**183**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    AUXILIUM_MDL_REG_000039118

7.1 Drug Substance

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039119

# 7.0 Chemistry, Manufacturing and Control Information

## 7.1 Drug Substance

Testosterone

### 7.1.1 Description of the Drug Substance

A white crystalline powder, or colorless or yellowish-white crystals

#### 7.1.1.1 Naming Conventions

– Chemical Names: 17β-Hydroxyandrost-4-en-3-one; $\Delta^4$-androsten-17β-01-3-one; trans-testosterone

– CAS#: 58-22-0

– USAN Name: Testosterone; (EU) Testosterone and Testosteronum

– Auxilium $A^2$, Inc. Product Identifier: AA2500

– Brand Names: Andro; Mertestate; Oreton; Testoderm; Testolin; Testro AQ; Virosterone

#### 7.1.1.2 Structural Formula

Testosterone ($C_{19}H_{28}O_2$)



Testosterone

Molecular weight = 288.43

Auxilium A², Inc.
AA2500 IND
Confidential

184

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039120

2

### 7.1.1.3    Physical and Chemical Characteristics

Melting Point = 155°C; UV max: 238 mm; insoluble in water; soluble in alcohol, ether, and other organic solvents.

### 7.1.1.4    Elucidation of Structure

Testosterone drug substance meets or exceeds USP requirements, obtained from Pharmacia & Upjohn.

### 7.1.1.5    Stability

Testosterone drug substance meets USP, and stability information is supported by Pharmacia & Upjohn DMF # 3190.

### 7.1.2    The Name and Address of the Drug Substance Manufacturer

Pharmacia & Upjohn
7000 Portage Road
Kalamazoo, MI  49001

### 7.1.3    The General Method of Preparation of Drug Substance

Testosterone (USP) is produced by Pharmacia & Upjohn under DMF # 3190.

### 7.1.4    Preliminary Acceptable Limits and Analytical Methods Used for the Drug Substance

Testosterone (USP) is produced by Pharmacia & Upjohn under DMF # 3190.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    AUXILIUM_MDL_REG_000039121

7.2 Drug Product

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

3

## 7.2 Drug Product

### 7.2.1 Components used in the Manufacture of the Drug Product

All Components (see list 7.2.1.1 and 7.2.1.2) meet or exceed USP and NF requirements (where applicable) and are either certified by the supplier or by DPT Laboratories. Where certified by suppliers, components are tested for identity when received by DPT Laboratories.

| 7.2.1.1    Active Component | Monograph |
|---|---|
| Testosterone | USP |

| 7.2.1.2    Inactive Component | Monograph |
|---|---|
| Acrylates/C10-30 Alkyl Acrylate Crosspolymer | USP/NF |
| Alcohol (200 Proof) | USP |
| Carbomer 940/Carbopol 980 | USP/NF |
| Glycerin | USP |
| Oxacylohexadecan-2-one | Non-compendial component: Release testing is by Infrared Spectroscopy on ZnS plates. Substance GRAS for food use 21CFR172.515 |
| Polyethylene Glycol 1000 | USP/NF |
| Propylene Glycol | USP |
| Purified Water | USP |
| Tromethamine | USP |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          AUXILIUM_MDL_REG_000039123

4

### 7.2.2  Composition of the Drug Product

#### 7.2.2.1  Quantitative Description

| Component per 5 gram dose of active drug product | grams | %w/w |
|---|---|---|
| Testosterone, USP | 0.050 | 1.00 |
| Acrylates/C10-30 Alkyl Acrylate Crosspolymer,USP/NF | 0.015 | 0.30 |
| Alcohol (200 Proof), USP | 3.680 | 73.6 |
| Carbomer 940/Carbopol 980USP/NF | 0.075 | 1.50 |
| Glycerin USP | 0.250 | 5.00 |
| Oxacylohexadecan-2-one (NC*) | 0.400 | 8.00 |
| Polyethylene Glycol 1000 USP/NF | 0.025 | 0.50 |
| Propylene Glycol USP | 0.250 | 5.00 |
| Purified Water USP | 0.250 | 5.00 |
| Tromethamine USP | 0.005 | 0.10 |
| *Non-compendial component. | 5.000g | 100% |

### 7.2.3  Name and Address of the Drug Product Manufacturer

DPT Laboratories

307 E. Josephine Street

San Antonio, Texas 78245

### 7.2.4  General Method of the Manufacturing and Packaging Procedures for the Drug Product

#### 7.2.4.1  Manufacturing

#### 7.2.4.1.1  General Description of Manufacturing Process

The components are weighed, measured and added into the closed blending vessel.  The components are then compounded in a closed mixing kettle until all components are

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039124

5

dissolved and dispersed. Compounding occurs at ambient temperature. This compounding process involves physical admixture and no chemical reaction or reactions take place. The IND/NDA clinical stability batches manufactured following this process have been 750-1000 kg batch sizes. See Manufacturing Reference #1 for sample batch record. After compounding, the material is held in the closed primary compounding kettle until the start of the packaging process. Compounded material is stored for ≤7 days in the closed kettle until primary packaging into either 5 gram aluminum dose tubes or 55 gallon lined steel drums for long term storage.

Periodic visual inspections of compounding, blending, and dissolution are carried out throughout the manufacturing process.

### 7.2.4.2   Packaging

#### 7.2.4.2.1  General Description of Packaging

As mentioned in 7.2.4.1.1, drug product is stored in closed primary compounding vessel and then transferred to 5 gram dose tubes or 55 gallon lined steel drums. Filled tubes are placed in shipping containers. These containers are coded with identification information and placed in an over-shipper which is also coded with identification information and sequentially numbered. The shippers are placed on pallets and stored in a DEA cage (Schedule III) prior to distribution. The drug product stored in 55 gallon lined steel drums are placed in DEA cage for long term storage. The drug product is placed on stability testing during packaging phase. See Manufacturing Reference #2 and #3 for sample batch records for bulk and immediate container packaging.

#### 7.2.4.2.2  Process Control Methods - Packaging

**Product Inspection During Packaging Process**

A sampling schedule, based on total run size is determined prior to initiation of the packaging run.

Auxilium A², Inc.
AA2500 IND
Confidential

**188**

6

Inspection of fill weight and torque is performed on samples taken from the line.

If more than one major or minor defect category is found, or if a critical defect has been found, DPT operators will follow established SOPs to determine at which point in the run the defects occurred and whether the defect(s) are attributable to human or machine error, as well as corrective action.  See attached "Classification of Defects" list.

Auxilium A², Inc.
AA2500 IND
Confidential

189

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039126

7

## STANDARD METHOD OF ANALYSIS

| SUBJECT: | PAGE | OF | |
|---|---|---|---|
| | 8 | | 10 |
| Product Inspection During the Packaging Process | DOCUMENT NO.: 75.0001.06 | | |

Exhibit 1

## CLASSIFICATION OF DEFECTS

**CRITICAL**

CO1 Incorrect Lot Code/Exp. Date
CO2 Missing Lot Code/Exp. Date
CO3 Illegible Lot Code/Expiration Date
CO4 Missing Insert When Every Unit Receives Insert
CO5 Incorrect Packaging Materials/Labeling such as
- Foreign container/closure
- Foreign label/insert
- Foreign carton/ancillary labeling

CO6 Foreign Contents
CO7 Missing Label
CO8 Any defect that by judgment or experience is considered to be harmful to the user or by definition requires a recall (per FDA guidelines).

**MAJOR**

MO1 Missing or Illegible Packaging Materials such as
- Missing ancillary labeling (brochures, shipper label, one or more missing inserts out of total number placed in shipper, etc.)
- Defective or marred printing on cartons/labels affecting regulatory text

MO2 Gross Low Fill Weight
MO3 Leaking Container that may include the following:
- Defective induction seal
- Defective container
- Defective closure
- Defective crimp/seal on tube

MO4 Wrong Counts In:
- Display Packers
- Poly-Paks
- Shippers

MO5 Defective Labels that may include:
- Partially Adhered Labels
- Grossly Misalign Labels

MO6 Empty Unit
MO7 Any defect that by judgment or experience is considered to maybe reduce the usability of the product/package or cause the product/package to be non-functional.

**MINOR**

NO1 Trace ID/Exp. Date marred but legible
NO2 Minor damage to Packaging Materials such as:
- Scuffed container/closure
- Tubes Off Registration
- Defective or Marred Printing on Cartons/Labels Not Affecting Regulatory Text

NO3 Wrinkles, Air Pockets or Bubbles in Labels
NO4 Dirt or Contamination on Packaging
NO5 Product or Contamination on Exterior of Container
NO6 Unsightly Shrink Film or Over-wrap
NO7 A Defect that by Judgment or Experience is Considered to be Only Aesthetic in Nature

DPT 11/96

*CONFIDENTIAL*



Auxilium A², Inc.
AA2500 IND
Confidential

190

AUXILIUM_MDL_REG_000039127

8

## Fill Weight Measurement

Following established DPT SOPs, tube fill weight measurement is checked for a previously established sampling number based on the size of the packaging run planned. DPT's sampling plan is based on an ANSI/ASQC Z1.4-1993 sampling plan. Average tare weight, fill weight record, target fill weight and minimum and maximum fill weights are recorded. A fill weight measurement value below 95% of the minimum fill weight specified in the product specifications sheet is considered a major defect.

DPT staff follow their Standard Operating Procedures (SOP) for determining the cause of such a major defect and the corrective actions taken, including segregation of portions of the lot packaged since the last "good" fill weight check, until further investigations can be undertaken.

Auxilium A², Inc.
AA2500 IND
Confidential

191

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039128

9

## STANDARD OPERATING PROCEDURE

| SUBJECT :                | PAGE | OF |
|--------------------------|------|----|
|                          | 9    | 10 |
| Fill Measurement         | DOCUMENT NO 75.0003.07 | |

SOP 75.0003                           Fill Weight Record                          Exhibit 2

Line # _____

95% of Min. Fill Wt _____ g  (From PSS) Min. Fill Wt _____ g    Target Fill Wt _____ g    Max. Fill Wt _____ g

(Information in this box is required on 1" page only)
Theoretical Lot Size: _____  Estimated Run Time: _____ hrs  Sample Size Code Letter _____
Sample Size: _____ Samples Required. per hour: _____  Lot AQL - Acc/Rej: _____ / _____ Ave. Tare Wt _____ g

Date _____                        Shift: _____

| Time | Initial | Nozzle # | Pallet # | # Completed Layers | Gross Weight | Tare Weight | Fill Weight | Time | Initial | Nozzle # | Pallet # | # Completed Layers | Gross Weight | Tare Weight | Fill Weight |
|------|---------|----------|----------|--------------------|--------------|-------------|-------------|------|---------|----------|----------|--------------------|--------------|-------------|-------------|
|      |         |          |          |                    |              |             |             |      |         |          |          |                    |              |             |             |
|      |         |          |          |                    |              |             |             |      |         |          |          |                    |              |             |             |
|      |         |          |          |                    |              |             |             |      |         |          |          |                    |              |             |             |
|      |         |          |          |                    |              |             |             |      |         |          |          |                    |              |             |             |
|      |         |          |          |                    |              |             |             |      |         |          |          |                    |              |             |             |
|      |         |          |          |                    |              |             |             |      |         |          |          |                    |              |             |             |
|      |         |          |          |                    |              |             |             |      |         |          |          |                    |              |             |             |
|      |         |          |          |                    |              |             |             |      |         |          |          |                    |              |             |             |
|      |         |          |          |                    |              |             |             |      |         |          |          |                    |              |             |             |
|      |         |          |          |                    |              |             |             |      |         |          |          |                    |              |             |             |
|      |         |          |          |                    |              |             |             |      |         |          |          |                    |              |             |             |
|      |         |          |          |                    |              |             |             |      |         |          |          |                    |              |             |             |
|      |         |          |          |                    |              |             |             |      |         |          |          |                    |              |             |             |
|      |         |          |          |                    |              |             |             |      |         |          |          |                    |              |             |             |
|      |         |          |          |                    |              |             |             |      |         |          |          |                    |              |             |             |
|      |         |          |          | Total Defects This Row |          |             |             |      |         |          |          | Total Defects This Row |          |             |             |

Total Defects for Entire Lot: _____     (record on first page only)

Page ____ of ____

DPT 11/91

CONFIDENTIAL

COPY

Auxilium A², Inc.
AA2500 IND
Confidential

192

10

### 7.2.4.2.3 Drum Specification



DOCUMENT NUMBER: 67 M.107022.00    FILE NUMBER 069-00018

23 3/4

35 7/8

NOTES

1. MATERIAL: COMPOSITE STEEL WITH POLYLINER
2. COLORANT: N/A
*3. SUPPLIER: GREIF BROS. CORPORATION. U-55DR 20/18/18
4. REFERENCE DWG. NUMBER: N/A
5. VOLUME: 55 GALLONS
6. GRAM WEIGHT: N/A
7. OVERFLOW CAPACITY: N/A
8. MINIMUM WALL THICKNESS: N/A
9. TOLERANCE UNLESS OTHERWISE SPECIFIED:  DECIMALS: ± .030
                                          FRACTIONS:± 1/8"
*10. EACH PALLET/SLIP SHEET LOAD IS TO BE CLEARLY MARKED WITH VENDOR'S NAME,
     VENDOR'S ORDER NUMBER, CUSTOMER, CUSTOMER'S ORDER NUMBER, PART NUMBER,
     QUANTITY PER CASE AND QUANTITY PER PALLET.



ITEMS IDENTIFIED WITH * ARE
INCOMING INSPECTION
ATTRIBUTES.  ALL DIMENSIONS
ARE IN INCHES UNLESS
OTHERWISE SPECIFIED.

| SCALE:NONE | MFA·NONE | REV | DATE | DESCRIPTION | PREPRD. BY | P.E. | Q.A. | .R & D |
|---|---|---|---|---|---|---|---|---|
| TITLE DRUM, 55 GALLON, STEEL | | | | | BB | lom | ADT | N/A |
| DPT  LABORATORIES,  INC. | | | | | DATE 5/8/96 | | PART NO. 107022 | |

Auxilium A², Inc.
AA2500 IND
Confidential

193

11

### 7.2.4.2.4 Immediate Container – 5 gram Tube Specification



NOTES:

*1. MATERIAL:          aluminum (1170 ALLOY)
*2. NECK:              #12 Closed End
 3. INTERNAL COATING:  Valspar S-5061 or SC-5061
 4. FOLD SEALER:       Darex Cold Seal AD2311BLS
 5. CAP:               #12 RTPT, PP
*6. CAP COLOR:         White
 6. APPROVED MFG:      Montebello Tube Packaging
 7. TOLERANCE:         Unless otherwise specified: ±1/16"
 8. PHARMACODE:        N/A
*9. TESTING:           Test for pores in coating layer required at incoming inspection.
*10. TUBE PACKOFF:     Tubes are to be packed cap down in partitioned corrugated/chipboard
                        tray, with cover to protect open end of tube from lint.
*11. TRAY PACKOFF:     Trays to be packed in closed boxes of vendor's standard case,
                        uniform size and count not to exceed 50 lbs.
 12. CASE MARKING:     Each case must be accurately marked with the following:
                        A.  Description          C.  DPT Purchase Order Number
                        B.  DPT Part Number      D.  Quantity per case
 13. PALLET/SLIP SHEET LOAD MARKING:  Each pallet/slip sheet load must be accurately
                        marked with the following:
                        A.  Vendor's Name & Order #    C.  DPT Part Number
                        B.  DPT'S Name & Order #       D.  Quantity per case & per pallet

ALL DIMENSIONS ARE
IN INCHES UNLESS
OTHERWISE SPECIFIED.

DUPLICATE

| SCALE: NONE | MPA-NONE | REV | DATE | DESCRIPTION | PREPRD BY | P.E. | Q.A. | R & D |
|---|---|---|---|---|---|---|---|---|
| TITLE | TUBE, R&D UNPRINTED, 5 GM | | | | MCM | MCM | | N/A |
| DPT LABORATORIES, INC. | | | | | DATE 10-23-00 | | PART NO. 102165 | |

Auxilium A², Inc.
AA2500 IND
Confidential

194

12

### 7.2.5    Preliminary Specifications and Analytical Methods for the Drug Product

#### 7.2.5.1    Batch Uniformity:  Bulk Sampling Plan

Samples (2 oz.) were taken from each of the following locations of the compounding vessel:  Top edge at 0°, 90°, 180° 270°; Top center; Middle edge at 0°, 90°, 180°, 270°; Bottom.

#### 7.2.5.2    Finished Product Testing Sampling Plan

Samples were collected from the beginning, middle, and end of the packaging run for each batch.  Two packages were selected at random from each of locations in the packaging run for each batch.  One sample from each was obtained.  Packages were selected at random from each of these locations in the packaging run for each batch. Packages were sampled and results were reported.  As needed, multiple packages from the same locations in the packaging run were used for pH and viscosity measurements due to sample size requirements.  Specifications are detailed in Table 1.

**Table 1:  Preliminary Batch Uniformity and Finished Product Testing**

| Test Type | Batch Uniformity Specifications | Preliminary Product Specifications | Preliminary Placebo* Specifications |
|---|---|---|---|
| Description (Note 1) | N/A | Meets description; Pass | Meets description; Pass |
| Viscosity (Note 2) Brookfield Method | N/A | 1000-8000 | 1000-8000 |
| Testosterone ID-HPLC | Positive | Positive | Not detected |
| Testosterone and Related Substances Assay - HPLC (Label=1% w/w) | 90-110% | 90-110% | Not detected |
| Ethanol Assay - GC (F=73.6% w/w) | N/A | 90-110% | 90-110% |

*=Full placebo information in Section 7.3
Notes:     1.   A slightly turbid gel with an alcoholic/musk odor.
           2.   At 25°C, Brookfield LVT small sample adapter #25 at 60 RPM.

13

## Description of Standard Analytical Methods

### Appearance

Description:  This method is intended for use in determining physical characteristics such as color, odor, form, etc.  Descriptions are provided as general information and are not intended to be interpreted as rigidly as measurable characteristics described in tests and assays.

### Viscosity

This Brookfield Method is applicable to the determination of the viscosity of certain liquids and semi-solids using a small sample adapter.

### Testosterone Assay by HPLC in Topical Gel Formulations

Description:  Testosterone is analyzed in a topical gel preparation by high performance liquid chromatography.  The method uses a reverse phase $C_{18}$ column and detection by UV at 254 nm.  The assay serves to quantitate testosterone by the use of reference standards.  The validated method serves as an identification test for testosterone.  This is a stability indicating assay.  Manufacturing Reference #4

### Ethanol Assay by Gas Chromatography in Testosterone Topical Gel Formulations

Description:  Ethanol is analyzed in topical gel preparation by gas chromatography.  The sample aliquot is diluted with water, and 2-propanol is added as an internal standard.  The mixture is injected into the system where the separation occurs on Carbopak C material coated with Carbowax 1500.  Detection is by flame ionization.  The validated method is stability indicating for ethanol and serves as an ID test for ethanol, a key component of the formulation.  Manufacturing Reference #5.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    AUXILIUM_MDL_REG_000039133

14

### 7.2.6 Stability of the Drug Product

**Existing Stability Data on AA2500**

At Auxilium A², Inc. request, Bentley Pharmaceuticals, Inc. prepared a laboratory batch (1000 gram batch size) of the AA2500 testosterone gel formulation (Batch BP-005-15). This batch was placed on stability testing at room temperature and 40°C/75% RH in 30 gram tubes and with gel stored in glass scintillation vials. The results through 90 days of stability are provided on the next page and demonstrate acceptable stability for this formulation through this period.

Based on these results and an on-going stability commitment for the "commercial size" (1000 kg batch size) batch manufactured for Auxilium A², Inc. at DPT Laboratories, Auxilium A², Inc. believes it has adequate stability data to proceed with this IND and the initial planned trials.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039134

15



**Bentley**
Pharmaceuticals, Inc.
*65 Lafayette Road*
*North Hampton, NH 03862*
*TEL.*          *(603) 964-8006*
*FAX.*          *(603) 964-6889*

# Memorandum

| | |
|---|---|
| **To:** | Robert Gyurik |
| **CC:** | Files |
| **From:** | Ivo Velazco |
| **Date:** | 11/16/00 |
| **Re:** | Stability Data on 1% Testosterone Gels |

---

Stability Studies on Drug Product: Method T-003 was used for sampling of product. Stress stability conditions (40°C, 75%RH in a Caron Model 6010 Environmental Test Chamber) were imposed on the manufacturing batches, using initial time of manufacturing as day zero. In addition, ambient temperature (mean 23°C) studies were performed. The packaging condition was in 30 gram tubes. Also, the same formulation was stored in all glass scintillation vials for comparison. Three samples of each test batch were assayed to give an average as shown. This was according to the following timetable (results to date of this writing are included and are satisfactory).

## HPLC Data

### 1% Testosterone Gels Overview Table

| | Clinical Batch (BP-005-15) | | | | | |
|---|---|---|---|---|---|---|
| Month | 0 | 1 | 3 | 6 | 9 | 12 |
| Date Tested | 9/13/00 | 7/13/00 | 9/13/00 | 12/13/00 | 3/13/01 | 6/13/01 |
| 40°C/75%RH | | 100.97 | 101.56 | | | |
| Room Temp. | 101.86 | N/A | 101.07 | | | |
| Scint. 40°C | N/A | N/A | 102.61 | | | |

The formulations stored for 3 months under stress conditions also showed no visible change when stored in either glass vials or lacquered tubes. The formulations remained as clear, translucent gels.



1

Auxilium A², Inc.
AA2500 IND
Confidential

198

16

**Stability Commitment**

Auxilium A², Inc. will follow the stability parameters outlined below in an ongoing fashion through 36 months or, at a minimum, the completion of the full clinical trials program.

### 7.2.6.1    Bulk Stability:  90 Day Bulk "Hold" Study

Description:  Approximately 200 kg of the product from the first 1000 kg active batch was transferred to a plastic-lined, steel drum and sealed with a cover.  This will be sampled from the top and bottom on days 30, 60, and 90.  These samples will be tested for viscosity, testosterone assay and ethanol assays at each testing period.

### 7.2.6.2    Packaged Drug Product

Stability samples will be finished product in tubes, stored horizontally and will be tested at time points detailed in Table 2.  Analyses detailed in Table 3 will be conducted for each timepoint and environmental condition.

**Table 2:  Stability Testing Timepoints and Environmental Conditions**

| Storage Condition | 0 | 1 | 3 | 6 | 12 | 18 | 24 | 30 | 36 |
|---|---|---|---|---|---|---|---|---|---|
| 25°C @ 60% RH | X | X | X | X | X | X | X | X | X |
| 30°C @ 60% RH | | X | X | X | X | X | X | X | X |
| 40°C @ 75% RH | | X | X | X | X | X | X | X | X |
| Freeze/Thaw (Cycle Condition 1) | | X | | | | | | | |

Freeze/Thaw (Cycle Condition 1)-For 3 cycles, store at -20°C for 4 days and at +25°C for 3 days.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    AUXILIUM_MDL_REG_000039136

17

**Table 3: Test Methods and Specifications for Stability Samples**

| Test Type | Active | Placebo |
|---|---|---|
| Description (Note 1) | Meets description; Pass | Meets description; Pass |
| Viscosity (Note 2) | 1000-8000 (Tentative) | 1000-8000 (Tentative) |
| Testosterone and Related Substances Assay (Label=1% w/w) HPLC | 90-110% | Not detected |
| Ethanol Assay (F=73.6%) GC | 80-120% | 80-120% |
| Weight Loss (Note 3) | Record Value (to tenths gram) | Record Value (to tenths gram) |

Notes  1.   A slightly turbid gel with an alcoholic/musk odor.
2.   At 25°C, Brookfield LVT small sample adapter #25 at 60 RPM.
3.   For Information Only.


## Antimicrobial Effectiveness Testing (AET) (USP)

Description:  This method is used to demonstrate the effectiveness of antimicrobial protection of a product based on the criteria established by the USP.  The product is challenged with known concentrations of test organisms, and the concentration of each organism remaining after designated intervals is compared to the USP criteria for antimicrobial effectiveness.

Stability Plan:  Testing for AET is planned at time zero, month 1, semi-annually for the first year at 25°C/60% RH, then annually thereafter.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039137

18

### 7.2.7    Preliminary Cleaning Validation Method

#### 7.2.7.1    Cleaning Validation Protocol

**Cleaning Validation Protocol for Testosterone Topical Gel**

Description:  The cleaning validation plan was developed to monitor and document the major equipment cleaning procedures for the manufacturing of Testosterone Topical Gel.

Cleaning validation studies will be executed on two 1000 kg active batches.  This product is categorized as a group-4 formulation classification, aqueous suspensions and hydro-organic and polar organic solutions solutions and suspensions.

#### 7.2.7.2    Analytical Procedures

**Testosterone Trace Level Assay by HPLC**

Description:  Testosterone is assayed at trace level concentrations in cleaning validation samples by high performance liquid chromatography.  The validated method utilizes a $C_{18}$ column and ultraviolet detection at 254 nm.  Quantitation of testosterone is based on external standards in the range of 0.025 ug/mL to 10.0 ug/mL.  (See Manufacturing Reference #6.)

**Determination of Total Organic Carbon in Aqueous Samples**

Description:  Total Carbon (TC) is determined in water samples by the combustion-infrared method.  The sample is homogenized and diluted as necessary and automatically injected into the TC combustion tube packed with an oxidative catalyst.  The water is vaporized and the organic carbon is oxidized to $CO_2$ which is measured by means of a non-dispersive infrared analyzer (NDIR).

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          AUXILIUM_MDL_REG_000039138

19

After determination of the TC and IC, the Total Organic Carbon (TOC) can be calculated by difference between the two, namely: TOC=TC-IC.

Prior to measuring the Non Purgeable Organic Carbon (NPOC), all the inorganic carbonates are removed by acidification and purging, to convert them to $CO_2$ before sample injection. The remaining sample is injected into the combustion chamber where it is vaporized. Organic carbon oxidized to $CO_2$ is then measured by the NDIR detector. (See Manufacturing Reference #7.)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039139

7.3 Placebo

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039140

20

### 7.3 Placebo

The Placebo batch was manufactured using the same parameters and components as the Active batches, minus the testosterone component.

**Table 4: Comparison of Testosterone Topical Gel Formulation to the Placebo Formulation.**

| Ingredient | Placebo Formulation (%w/w) | Testosterone Gel Topical Formulation (%w/w) |
|---|---|---|
| Testosterone Micronized, USP | N/A | 1.00 |
| Alcohol (200 Proof), USP | 74.6 | 73.6 |
| Acrylates/C10-30 Alkyl Acrylate Crosspolymer, USP/NF | 0.30 | 0.30 |
| Carbomer 940/Carbopol 980 USP/NF | 1.50 | 1.50 |
| Glycerin USP | 5.00 | 5.00 |
| Oxacylohexadecan-2-one | 8.00 | 8.00 |
| Polyethylene Glycol 1000 USP/NF | 0.50 | 0.50 |
| Propylene Glycol USP | 5.00 | 5.00 |
| Purified Water USP | 5.00 | 5.00 |
| Tromethamine USP | 0.10 | 0.10 |

#### 7.3.1 Placebo Stability Commitment

Auxilium A², Inc. will follow the stability parameters outlined in Section 7.2.6.2 for placebo lots manufactured, as well as the active batches, in a ongoing fashion through 36 months at a minimum or the completion of the full clinical trials program.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039141

7.4 Labeling

AUXILIUM_MDL_REG_000039142

21

### 7.4 Labeling

### 7.4.1 Bulk Container Label (Drum Label)



**BULK SHIPMENT CARD**

PRODUCT NAME: _____  _____  _____

LOT: _____  ____ FORMULA CODE: _  _____

PKG. ORDER #: _____  _  _____

MANUFACTURING DATE: _____  __  _____  ___

# QUARANTINE

DRUM_____ OF_____

GROSS_____ Kg.

TARE_____ Kg.

NET_____ Kg.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DRUM_____ OF_____

GROSS_____ Kg.     PRODUCT NAME: _____

TARE_____ Kg.      LOT: _____

NET_____ Kg.

DPTM-1057 – 11/93

Auxilium A², Inc.
AA2500 IND
Confidential

204

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039143

22

### 7.4.2 Immediate Container/Clinical Label

Specimen #1                    Specimen #2

Study No.: AUX-TG-201
Subject No.: XXX
CIII
Study Day: X
**KEEP OUT OF REACH OF CHILDREN**
**Do not allow contact with women of child bearing potential.**
Caution: New Drug - Limited by Federal (U.S.) Law to Investigational Use
WARNING: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.
Store at Room Temperature.
Auxilium A², Inc. 150 W. Germantown Pike, Suite D-5, Norristown, PA 19401

Study No.: AUX-TG-201
Subject No.: XXX
CIII
Study Day: X
**KEEP OUT OF REACH OF CHILDREN**
**Do not allow contact with women of child bearing potential.**
Caution: New Drug - Limited by Federal (U.S.) Law to Investigational Use
WARNING: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.
Store at Room Temperature.
Auxilium A², Inc. 150 W. Germantown Pike, Suite D-5, Norristown, PA 19401

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          AUXILIUM_MDL_REG_000039144

7.5 Environmental
Assessment

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

23

## 7.5   Environmental Assessment

**Request for Waiver from Requirement to Prepare an Environmental Assessment**

In accordance with the provisions of 21 CFR §25.15 (d), the applicant/sponsor hereby requests a waiver from the requirement to submit an environmental assessment. To the knowledge of the applicant, no extraordinary circumstances exist that would warrant the preparation of an environmental assessment.

A waiver is justified under the provisions of 21 CFR §25.31(a) because FDA action on this new drug application is subject to categorical exclusion from the requirement for an environmental assessment since the drug product will not be administered at higher dosage levels, for longer duration, or for different identifications than are currently in effect.

All manufacturing, packaging and labeling operations for the drug product will be performed in compliance with local, state, and federal environmental laws. In the event disposition of the drug product becomes necessary, destruction or disposition of the articles, including packaging materials, will be performed in accordance with applicable local, state, and federal requirements.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039146

CMC Reference 1
Batch Record

AUXILIUM_MDL_REG_000039147

24

**7.6    Manufacturing References**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    AUXILIUM_MDL_REG_000039148

MANUFACTURING BATCH RECORD

D P T  L A B O R A T O R I E S

COMPOUNDING MODULE

(CHECK LIST SECTION)

| | | |
|---|---|---|
| (A) | Preparation | |
| (B) | Formula Page | |
| (C) | Bulk Compounding | |
| (D) | Bulk Transfer | |

ISSUE APPROVAL

Issued    Approved

( )    ( )
( )    ( )
( )    ( )
( )    ( )

By: _____

Date: _____

REVIEW APPROVAL

Mfg.    Q.A.

( )    ( )
( )    ( )
( )    ( )
( )    ( )

By: _____

By: _____

Date: _____

COPY

| | |
|---|---|
| FOR: **AUXILIUM A²** | PROTOCOL NO.: 641.001.001 | EFFECTIVE DATE: 11/15/00 | FILE NO.: IMAGED |
| DOCUMENT NO.: MCRD.1000.641001BOP.00 | PAGE: 1  OF: 19 | REFERENCE: 20000829 | BATCH SIZE: 1000 Kg |
| PRODUCT NAME: Testosterone Topical Gel | | COMPOUNDING CODE: RDBOP | ORDER NUMBER: |
| | | | LOT CODE: |

| | |
|---|---|
| PREPARED BY/DATE: | 11/1/2000 |
| APPROVED BY/DATE: R&D: | 11/1/2000 |
| APPROVED BY/DATE: Mfg.: | 11/1/00 |
| APPROVED BY/DATE: QA: | 11/3/00 |

CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

208

AUXILIUM_MDL_REG_000039149

MANUFACTURING BATCH RECORD

DPT LABORATORIES

| | PERFORMED BY / DATE | VERIFIED BY / DATE |
|---|---|---|

**A. PREPARATION**

I. Equipment Required

a. Round bottom, jacketed, stainless steel Kettle (capacity: 1500 L) affixed with collar for Pressure Lid
   (FOR: PRIMARY COMPOUNDING KETTLE) (#C-305, #C-303) or equivalent.

b. Dissolver (60 HP)

c. Round bottom, jacketed, stainless steel Kettle (capacity: 70 L)
   (FOR: PROPYLENE GLYCOL PHASE)

d. Round bottom, jacketed, stainless steel Kettle (capacity: 70 L)
   (FOR: TROMETHAMINE PHASE)

e. Dedicated Flexible Hoses (#C-155)

f. Transfer Pump

g. Pressure lid/mixer for 1500l kettle (#C- 474 or #C-479 or #C-482)

II. Preliminary Work

a. Batch requires R&D release prior to filling.
   Use BLUE Tank Card System.

b. Place Polyethylene Glycol 1000 NF In Warm Room and Oxacyclohexadecan-2-one in the HOT Room to pre-melt-----------------b.

| | |
|---|---|
| APPROVED BY/DATE: R&D: | |
| APPROVED BY/DATE: MFG: | |
| APPROVED BY/DATE: QA: | |

| DOCUMENT NO.: MCRD.1000.641001BOP.00 | PAGE: 2 | OF: 19 | SECTION: Preparation | BATCH SIZE: 1000 Kg |
|---|---|---|---|---|
| PRODUCT NAME: Testosterone Topical Gel | | | COMPOUNDING CODE: RDBOP | ORDER NUMBER: |
| | | | | LOT CODE: |

CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

209

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039150

**D P T   L A B O R A T O R I E S**

**MANUFACTURING BATCH RECORD**

| | PERFORMED BY / DATE | VERIFIED BY / DATE |
|---|---|---|

c. Testosterone Topical gel and Testosterone Micronized USP are DEA Controlled Substances and must be handled per appropriate DEA regulations. Contact Supervisor for instructions prior to weighing and compounding.

III. Safety Precautions

a. **Inhalation** – Remove from exposure.

b. **Ingestion** – Contact a physician or Poison Control Center.

c. **Skin Contact** – Wash with soap and water.

d. **Eye Contact** – Flush with water for 15 minutes. Hold eyelids open to assure complete contact with water.

e. **Personal Protective Equipment:** Wear CPF-3 Coverall or approved equivalent with elastic facehood and booties along with a full face respirator with an organic vapor P-100 cartridge. Wear triple nitrile gloves.

f. Avoid inhalation of dusts. Avoid contact with eyes, skin or clothing. After disposing of personal protective equipment, wash hands and/or face thoroughly. Because of possible adverse effects on a developing fetus, avoid exposure to women during pregnancy and lactation.

g. Wear eye protection during entire manufacturing process.

| APPROVED BY/DATE: R&D | APPROVED BY/DATE: MFG | APPROVED BY/DATE: QA | DOCUMENT NO.: MCRD.1000.641001BOP.00 | PAGE: 3 | OF: 19 | SECTION: Preparation | BATCH SIZE: 1000 Kg |
|---|---|---|---|---|---|---|---|
| | | | PRODUCT NAME: Testosterone Topical Gel | | | COMPOUNDING CODE: RDBOP | ORDER NUMBER: |
| | | | | | | | LOT CODE: |

COPY

CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

210

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039151

D P T   L A B O R A T O R I E S

h. Use full-face respirator with organic acid vapor cartridges when handling Alcohol 200 Proof USP.

i. Ground all portable equipment. Product is flammable.

j. Wear full face respirator when handling Carbomer 940/Carbopol 980 NF.

**THE ABOVE SAFETY PRECAUTIONS HAVE BEEN READ AND UNDERSTOOD.**

By: _____ Date _____    By: _____ Date _____

By: _____ Date _____    By: _____ Date _____

By: _____ Date _____    By: _____ Date _____

By: _____ Date _____    By: _____ Date _____

By: _____ Date _____    By: _____ Date _____

| | PERFORMED BY / DATE | VERIFIED BY / DATE |
|---|---|---|
| | | |
| | | |
| | | |

COPY

| | | | |
|---|---|---|---|
| APPROVED BY/DATE: R&D: | DOCUMENT NO.: MCRD.1000.641001BOP.00 | PAGE: 4 | OF: 19 | SECTION: Preparation | BATCH SIZE: 1000 Kg |
| APPROVED BY/DATE: MFG: | PRODUCT NAME: Testosterone Topical Gel | | | COMPOUNDING CODE: RDBOP | ORDER NUMBER |
| APPROVED BY/DATE: QA: | | | | | LOT CODE: |

**MANUFACTURING BATCH RECORD**

**CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES**

211

D P T   L A B O R A T O R I E S

MANUFACTURING BATCH RECORD

| | PERFORMED BY / DATE | VERIFIED BY / DATE |
|---|---|---|

IV. General Protective Equipment:

General

a. At no time shall the outer shipping container be opened outside of Cell 1.0 Room C1-04.

b. At no time shall the outer shipping container be opened without wearing the appropriate personal protective equipment defined below.

c. All Rooms used for dispensing and compounding shall be marked **DO NOT ENTER – TOXIC MATERIALS.**

d. Dispensing of Testosterone. All individuals must be trained on SOP prior to dispensing the material for production.

SOP # 32.0042.XX

Employee name: _____ Trained By: _____ Date: _____

Employee name: _____ Trained By: _____ Date: _____

Employee name: _____ Trained By: _____ Date: _____

Employee name: _____ Trained By: _____ Date: _____

COPY

| DOCUMENT NO.: MCRD.1000.641001BOP.00 | PAGE: 5 | OF: 19 | SECTION: Preparation |
|---|---|---|---|
| PRODUCT NAME: Testosterone Topical Gel | | COMPOUNDING CODE: RDBOP | |

| BATCH SIZE: 1000 Kg |
| ORDER NUMBER: |
| LOT CODE: |

**CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES**

APPROVED BY/DATE: R&D:

APPROVED BY/DATE: MFG:

APPROVED BY/DATE: QA:

212

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039153

D P T   L A B O R A T O R I E S

MANUFACTURING BATCH RECORD

e. Compounding of Testosterone Gel. All individuals must be trained on SOP prior to the compounding of this batch.

SOP # 32.0042.XX

Employee name: _____ Trained By: _____ Date: _____

Employee name: _____ Trained By: _____ Date: _____

Employee name: _____ Trained By: _____ Date: _____

Employee name: _____ Trained By: _____ Date: _____

| PERFORMED BY / DATE | VERIFIED BY / DATE |
|---|---|
| | |
| | |

COPY

APPROVED BY/DATE: R&D:

APPROVED BY/DATE: MFG:

APPROVED BY/DATE: QA:

| DOCUMENT NO.: MCRD.1000.641001BOP.00 | PAGE: 6 | OF: 19 | SECTION: Preparation |
|---|---|---|---|
| PRODUCT NAME: Testosterone Topical Gel | | | COMPOUNDING CODE: RDBOP |

BATCH SIZE: 1000 Kg

ORDER NUMBER:

LOT CODE:

CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

213

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039154

DPT LABORATORIES

**MANUFACTURING BATCH RECORD**

**B. FORMULA**

| RM. NO. | COMPONENT | RM LOC. | RM LOT CODE | % w/w | AMOUNT | AMOUNT WEIGHED | SCALE ID | WEIGHED BY / DATE | VERIFIED BY / DATE |
|---|---|---|---|---|---|---|---|---|---|
| 160475 | Alcohol 200 Proof USP | | | 74.10 * | 741 Kg | | | | |
| 160472 | Testosterone Micronized, USP | | | 1.00 | 10.0 Kg | | | | |
| 160473 | Oxacyclohexadecan-2-one | | | 8.00 | 2 x 40.0 Kg | | | | |
| 160476 | Carbomer 940/Carbopol 980 NF | | | 1.50 | 15.0 Kg | | | | |
| 160477 | Acrylates/C-10-30 Alkyl Acrylate Cross Polymer NF | | | 0.30 | 3.00 Kg | | | | |
| 160478 | Propylene Glycol USP | | | 5.00 | 50.0 Kg | | | | |
| 160474 | Polyethylene Glycol 1000 NF | | | 0.50 | 5000 gm | | | | |
| 160302 | Glycerin USP | | | 5.00 | 50.0 Kg | | | | |
| 158560 (Ph.Eur.) | Purified Water USP/Ph. Eur. | N/A | ** | 5.00 | 50.0 Kg | | | | |
| 160471 | Tromethamine USP | | | 0.10 | 1000 gm | | | | |

*0.5% Overage for manufacturing losses.

**Date drawn is the Lot Code for Purified Water USP/Ph.Eur.

DOCUMENT NO.: MCRD.1000.641001BOP.00

PRODUCT NAME: Testosterone Topical Gel

PAGE: 7     OF: 19

SECTION: Formula

COMPOUNDING CODE: RDBOP

FORMULA CODE: BOP-1

BATCH SIZE: 1000 Kg

ORDER NUMBER:

LOT CODE:

APPROVED BY/DATE: R&D:
APPROVED BY/DATE: MFG:
APPROVED BY/DATE: QA:

**CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES**

COPY

214

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039155

CMC Reference 2
Bulk Packaging Record

AUXILIUM_MDL_REG_000039156

D P T   L A B O R A T O R I E S

**MANUFACTURING BATCH RECORD**

| | PERFORMED BY / DATE | VERIFIED BY / DATE |
|---|---|---|

**C.   BULK COMPOUNDING**

I.   Alcohol Phase (Prepare on Side A:  Room C1-09)

a.   **Record Tare Weight of Kettle(#C-303, #C-305 or equivalent)** _____ Kg.
     **And Tare Weight of Mixing Blade and spatula:** _____ Kg.

b.   Submit two 16 ounce samples of Purified Water USP/Ph.Eur. to the Q.C. Raw
     Material Testing Supervisor's office.

c.   Into the Primary Compounding Kettle (capacity: 1500 L) (# _____ ), add:   ·

                                                          ADDED / VERIFIED

     Alcohol 200 Proof USP        __741 Kg__              (___)      (___)

d.   Place Kettle under a Dissolver (60 HP) (# _____ ) with a 12 Inch dispersator
     blade and while mixing adjust temperature of Alcohol to 25° – 30°C.

     Temperature (End): _____ °C     Thermometer # _____

e.   While running ambient cooling water through Kettle jacket, begin mixing
     at _____ RPM and add:

                                                          ADDED / VERIFIED

     Testosterone Micronized, USP    __10.0 Kg__          (___)      (___)

COPY

| APPROVED BY/DATE: R&D: [signature] cl 11/13/2002 | DOCUMENT NO.: MCRD.1000.641001BOP.00 | PAGE: 8 | OF: 19 | SECTION: Bulk Compounding | BATCH SIZE: 1000 Kg |
|---|---|---|---|---|---|
| APPROVED BY/DATE: MFG: [signature] 11/13/02 | PRODUCT NAME: Testosterone Topical Gel | | | COMPOUNDING CODE: RDBOP | ORDER NUMBER: |
| APPROVED BY/DATE: QA: [signature] 11/13/02 | | | | | LOT CODE: |

CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

215

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039157

D P T   L A B O R A T O R I E S

**MANUFACTURING BATCH RECORD**

| | PERFORMED BY / DATE | VERIFIED BY / DATE |
|---|---|---|

f. Mix at _____ RPM for _____ minutes until dissolved.

Time (Start): _____   Time (End): _____   Elapsed Time: _____ min.

RPM (Start): _____   RPM (End): _____

g. While mixing at _____ RPM, continue running ambient cooling water through Kettle jacket and add:

    Oxacyclohexadecan-2-one    2 x 40.0 Kg    **ADDED / VERIFIED**

    (   )    (   )

h. Mix at _____ RPM for _____ minutes until dispersed.

Time (Start): _____   Time (End): _____   Elapsed Time: _____ min.

RPM (Start): _____   RPM (End): _____

i. Continue mixing at _____ RPM and add:

    **ADDED / VERIFIED**

    Carbomer 910/Carbopol 980 NF   15.0 Kg    (   )    (   )

    Acrylates/C10-30 Alkyl Acrylate Cross Polymer NF   3.00 Kg    (   )    (   )

    RPM (Start): _____   RPM (End): _____

COPY

| DOCUMENT NO.: MCRD.1000.6410013OP.00 | PAGE: 9 | OF: 19 | SECTION: Bulk Compounding | BATCH SIZE: 1000 Kg |
|---|---|---|---|---|
| PRODUCT NAME: Testosterone Topical Gel | | | COMPOUNDING CODE: RDBOP | ORDER NUMBER: |
| | | | | LOT CODE: |

APPROVED BY/DATE:
R&D: _____ 11/9/2000
APPROVED BY/DATE:
MFG: _____ 11/15/00
APPROVED BY/DATE:
QA: _____ 11/15/00

DPT 1/00

**CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES**

216

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039158

**D P T   L A B O R A T O R I E S**

**MANUFACTURING BATCH RECORD**

| | PERFORMED BY / DATE | VERIFIED BY / DATE |
|---|---|---|

j. Mix at _____ RPM for _____ minutes until dispersed. Increase mixing speed as necessary to maintain product turnover.

Time (Start): _____  Time (End): _____  Elapsed Time: _____ min.

RPM (Start): _____  RPM (End): _____

PHASE I COMPLETED----------------------------------I.

II. Propylene Glycol Phase

a. Into a stainless steel Kettle (capacity: 70 L) (# _____ ) add:

|  | ADDED / VERIFIED |
|---|---|
| Propylene Glycol USP | 50.0 Kg | ( ) ( ) |
| Polyethylene Glycol 1000 NF | 5000 gm | ( ) ( ) |

b. Place under a Dissolver (60 HP) (# _____ ) with an 8 inch standard blade and heat to 40 – 45°C until dissolved.

Temperature (End): _____ °C   Thermometer # _____

c. Cool the Propylene Glycol Phase to 28° – 30°C using ambient cooling water, while mixing at _____ RPM.

PHASE II COMPLETED----------------------------------II.

COPY

| APPROVED BY/DATE: R&D: [signature] 11/1/2000 | DOCUMENT NO.: MCRD.1000.641001BOP.00 | PAGE: 10 | OF: 19 | SECTION: Bulk Compounding | BATCH SIZE: 1000 Kg |
|---|---|---|---|---|---|
| APPROVED BY/DATE: MFG: [signature] 11/17/00 | PRODUCT NAME: Testosterone Topical Gel | | | COMPOUNDING CODE: RDBOP | ORDER NUMBER: |
| APPROVED BY/DATE: QA: [signature] 11/2/00 | | | | | LOT CODE: |

DPT 1/00

CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

217

AUXILIUM_MDL_REG_000039159

D P T   L A B O R A T O R I E S

**MANUFACTURING BATCH RECORD**

| | PERFORMED BY / DATE | VERIFIED BY / DATE |
|---|---|---|

III.   Final Compounding Phase

a.   While mixing the Alcohol Phase (Step I) at _____ RPM , add the Propylene Glycol Phase (Step II).  Continue mixing for _____ minutes until dispersed.

   Time (Start): _____   Time (End): _____   Elapsed Time: _____ min.

   RPM (Start): _____   RPM (End): _____

b.   Continue mixing at _____ RPM and add:

   ADDED / VERIFIED

   Glycerin USP        50.0 Kg        (__)        (__)

c.   Mix at _____ RPM for _____ minutes until dispersed.

   RPM (Start): _____   RPM (End): _____

d.   Into a stainless steel Kettle (Capacity: 70 L)(# _____ ) prepare a solution of:

   ADDED / VERIFIED

   Purified Water USP/Ph.Eur.        50.0 Kg        (__)        (__)

   Tromethamine USP        1000 gm        (__)        (__)

COPY

| DOCUMENT NO.: MCRD.1000.641001BOP.00 | PAGE: 11 | OF: 19 | SECTION: Bulk Compounding | BATCH SIZE: 1000 Kg |
|---|---|---|---|---|
| PRODUCT NAME: Testosterone Topical Gel | | | COMPOUNDING CODE: RDBOP | ORDER NUMBER: |
| | | | | LOT CODE: |

APPROVED BY/DATE: R&D:

APPROVED BY/DATE: MFGT:

APPROVED BY/DATE: QA:

CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

DPT 2/00

218

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039160

D P T  L A B O R A T O R I E S

MANUFACTURING BATCH RECORD

| | PERFORMED BY / DATE | VERIFIED BY / DATE |
|---|---|---|

e. Place Tromethamine solution under a Dissolver (60 HP) (# _____ ) with a _____ inch standard blade and mix at _____ RPM. Continue mixing until dissolved.

    RPM (Start): _____    RPM (End): _____

f. Add the Tromethamine solution slowly to the batch while mixing at _____ RPM.

g. Mix at _____ RPM for _____ minutes.

    Time (Start): _____    Time (End): _____    Elapsed Time: _____ min.

    RPM (Start): _____    RPM (End): _____

    PHASE III COMPLETED---------------III.

COPY

| APPROVED BY/DATE R&D: | DOCUMENT NO.: MCRD.1000.641001BOP.00 | PAGE: 12 | OF: 19 | SECTION: Bulk Compounding | BATCH SIZE: 1000 Kg |
|---|---|---|---|---|---|
| APPROVED BY/DATE MFG: | PRODUCT NAME: Testosterone Topical Gel | | | COMPOUNDING CODE: RDBOP | ORDER NUMBER: |
| APPROVED BY/DATE: QA: | | | | | LOT CODE: |

CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

DPT-1/00

219

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039161

# D P T   L A B O R A T O R I E S

**MANUFACTURING BATCH RECORD**

| | PERFORMED BY / DATE | VERIFIED BY / DATE |
|---|---|---|

## IV. Reconciliation

a. Weigh and record:

Gross: _____ Kg

Tare: _____ Kg

Actual Net Weight: _____ Kg

b. **Actual Net Weight:**

$$\frac{\text{Kg} \times 100}{1000 \text{ Kg}} = \text{_____ \% Yield}$$

NOTES: 1. If yield is less than 97% or greater than 103%, an investigation shall be conducted by the Manufacturing Manager or designee.

2. If an investigation is required, the investigation report must be filed with or referenced in the Manufacturing Batch Record.

c. Calculate and record Compounding loss:

1000 Kg less Actual Net Weight: _____ Kg = Compounding Loss: _____ Kg.

PHASE IV COMPLETED----------IV.

**PRODUCT MUST BE RETAINED IN PRIMARY COMPOUNDING TANK.**

COPY

| | |
|---|---|
| DOCUMENT NO.: | MCRD.1000.641001BOP.00 |
| PRODUCT NAME: | Testosterone Topical Gel |
| PAGE: | 13 |
| OF: | 19 |
| SECTION: | Bulk Compounding |
| COMPOUNDING CODE: | RDBOP |
| BATCH SIZE: | 1000 Kg |
| ORDER NUMBER: | |
| LOT CODE: | |

APPROVED BY/DATE: R&D:

APPROVED BY/DATE: MFG: 11/13/00

APPROVED BY/DATE: QA: 11/13/00

DPT 1/00

**CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES**

220

AUXILIUM_MDL_REG_000039162



**DPT LABORATORIES**

**MANUFACTURING BATCH RECORD**

| | PERFORMED BY / DATE | VERIFIED BY / DATE |
|---|---|---|

v. Sampling

a. Submit one 2 ounce samples each from the following locations: top edge at 0°, 90°, 180°, 270°; top center; middle edge at 0°, 90°, 180°, 270°; middle center; and bottom of batch to Q.C. Supervisor.

Homogeneity Samples:

Mixing Blade and Spatula Gross: ___ Kg  Tare: ___ Kg  Net: ___ Kg

Sampling Thief: Gross: ___ Kg  Tare: ___ Kg  Net: ___ Kg

2 Oz. Samples:

Top Edge 0°: Gross: ___ Gm  Tare: ___ Gm  Net: ___ Gm
90°: Gross: ___ Gm  Tare: ___ Gm  Net: ___ Gm
180°: Gross: ___ Gm  Tare: ___ Gm  Net: ___ Gm
270°: Gross: ___ Gm  Tare: ___ Gm  Net: ___ Gm

Top Center: Gross: ___ Gm  Tare: ___ Gm  Net: ___ Gm

Middle Edge 0°: Gross: ___ Gm  Tare: ___ Gm  Net: ___ Gm
90°: Gross: ___ Gm  Tare: ___ Gm  Net: ___ Gm
180°: Gross: ___ Gm  Tare: ___ Gm  Net: ___ Gm
270°: Gross: ___ Gm  Tare: ___ Gm  Net: ___ Gm

COPY

| APPROVED BY/DATE R&D: | DOCUMENT NO.: MCRD.1000.6410018OP.00 | PAGE: 14 | OF: 19 | SECTION: Bulk Compounding | BATCH SIZE: 1000 Kg |
|---|---|---|---|---|---|
| APPROVED BY/DATE MFG: | PRODUCT NAME: Testosterone Topical Gel | | | COMPOUNDING CODE: RDBOP | ORDER NUMBER: |
| APPROVED BY/DATE QA: | | | | | LOT CODE: |

*CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES*

DPT 1/00

221

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          AUXILIUM_MDL_REG_000039163

D P T   L A B O R A T O R I E S

MANUFACTURING BATCH RECORD

| | PERFORMED BY / DATE | VERIFIED BY / DATE |
|---|---|---|

Middle Center: Gross: _____ Gm   Tare: _____ Gm   Net: _____ Gm

Bottom: Gross: _____ Gm   Tare: _____ Gm   Net: _____ Gm

b.  Submit one 16 ounce sample each from the top edge, middle and bottom of the batch to Q.C Supervisor for preliminary testing.

16 oz. Samples:
Top Center: Gross: _____ Gm   Tare: _____ Gm   Net: _____ Gm

Middle: Gross: _____ Gm   Tare: _____ Gm   Net: _____ Gm

Bottom: Gross: _____ Gm   Tare: _____ Gm   Net: _____ Gm

c.  Submit one Micro sample of active batch to Micro Lab Supervisor.

Micro Sample:
Top: Gross: _____ Gm   Tare: _____ Gm   Net: _____ Gm

Total Net Weight of samples taken (Step V.): _____ Gm ÷ 1000 = _____ Kg

PHASE V COMPLETED-------------------V.

COPY

| APPROVED BY/DATE: R&D: | DOCUMENT NO.: MCRD.1000.641001BOP.00 | PAGE: 15 | OF: 19 | SECTION: Bulk Compounding | BATCH SIZE: 1000 Kg |
|---|---|---|---|---|---|
| APPROVED BY/DATE: MFG: | PRODUCT NAME: Testosterone Topical Gel | | | COMPOUNDING CODE: RDBOP | ORDER NUMBER: |
| APPROVED BY/DATE: QA: | | | | | LOT CODE: |

CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

DPT 1/00

222

**D P T   L A B O R A T O R I E S**

**MANUFACTURING BATCH RECORD**

| | PERFORMED BY / DATE | VERIFIED BY / DATE |
|---|---|---|

**VI.** Holding of Product

**NOTE: PRODUCT MUST BE RETAINED IN PRIMARY COMPOUNDING TANK.**

a.  Cover kettle with plastic. Do not touch surface of product.

b.  Degown of PPE and dispose of properly as per SOP.

c.  Wear Tyvek Suit, faceshield, goggles with double nitrile gloves.

d.  Transport batch to main compounding floor.

e.  Remove plastic cover and mount Pressure Lid/Mixer (# _____ ) and secure bolts.

f.  Remove outer pair of nitrile gloves and dispose of as hazardous waste.

g.  Contact compounding supervisor to transfer kettle to DEA cage.

h.  Remove personal protective equipment and place disposable garments in hazardous waste collection container.

**VII.** Quantity Available for the Filling Operation

a.  Actual Net Weight of Product (Step IV.a.: _____ Kg) − [Total Net Weight of Samples from Step V._____ :Kg + Net Weight of Mixing blade and spatula: _____ Kg + Net Weight of Sampling Thief : _____ Kg] = Total Weight _____ Kg for Filling.

PHASE VII COMPLETED--------------VII.

COPY

| APPROVED BY / DATE: R&D: | DOCUMENT NO.: MCRD.1000.641001BOP.00 | PAGE: 16 | OF: 19 | SECTION: Bulk Compounding | BATCH SIZE: 1000 Kg |
|---|---|---|---|---|---|
| APPROVED BY / DATE: MFG: | PRODUCT NAME: Testosterone Topical Gel | | | COMPOUNDING CODE: RDBOP | ORDER NUMBER: |
| APPROVED BY / DATE: QA: | | | | | LOT CODE: |

DPT 1/00

**CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES**

223

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039165

D P T   L A B O R A T O R I E S

**D.   BULK TRANSFER**

MANUFACTURING BATCH RECORD

| | PERFORMED BY / DATE | VERIFIED BY / DATE |
|---|---|---|
| | | |

NOTES:

- PRODUCT MUST BE RETAINED IN PRIMARY COMPOUNDING TANK.

- CAUTION: PRODUCT IS FLAMMABLE.

- DISPOSE OF ALL WASTE IN METAL HAZARDOUS WASTE CONTAINER. LABEL CONTAINER HAZARDOUS WASTE.

- TESTOSTERONE TOPICAL GEL IS A DEA CONTROLLED SUBSTANCE AND MUST BE HANDLED PER APPROPRIATE DEA REGULATIONS. CONTACT SUPERVISOR BEFORE PROCEEDING FOR INSTRUCTION.

- WEAR DOUBLE BLUE NITRILE GLOVES, TYVEK SUIT, SAFETY GOGGLES, AND TYVEK DISPOSABLE SLEEVES AT ALL TIMES WHEN WORKING WITH THIS PRODUCT.

- BECAUSE OF POSSIBLE ADVERSE EFFECTS ON A DEVELOPING FETUS, AVOID EXPOSURE TO WOMEN DURING PREGNANCY AND LACTATION.

- IN THE EVENT OF ACCIDENTAL EXPOSURE, REMOVE CONTAMINATED CLOTHING AND WASH AREA THOROUGHLY WITH SOAP AND WATER.

- BATCH MUST HAVE R&D APPROVAL ON BLUE TANK CARD BEFORE PROCEEDING.

1.   Product Transfer to Filler

a.   Record date of completion of compounding from Tank Card.  Date: _____

b.   Using Transfer Pump (#_____) and stainless steel pipe and/or dedicated flexible hoses (#P-155), connect to the Filler (#_____) which has been cleaned and sanitized according to SOPs.

COPY

| APPROVED BY/DATE | DOCUMENT NO.: MCRD.1000.641001BOP.00 | PAGE: 17 | OF: 19 | SECTION: Bulk Transfer | BATCH SIZE: 1000 Kg |
|---|---|---|---|---|---|
| R&D: | PRODUCT NAME: Testosterone Topical Gel | | | COMPOUNDING CODE: RDBOP | ORDER NUMBER: |
| APPROVED BY/DATE: MFG: | | | | | |
| APPROVED BY/DATE: QA: | | | | | LOT CODE: |

CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

DPT 1/00

224

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039166

# DPT LABORATORIES

## MANUFACTURING BATCH RECORD

c. Record the tare weight of the filter/hoses or stainless steel piping and tri-clover clamps/caps:

_____ Kg     By: _____     Date: _____

d. Attach Hopper Card, and record filler set up loss: _____ Kg.

e. Purging Instructions:
Record the gross weight and tare weight of the sealed containers used for waste:

| | Gross Weight | Tare Weight | | |
|---|---|---|---|---|
| Waste Container #1 | Kg | Kg | Initial/Date | |
| Waste Container #2 | Kg | Kg | Initial/Date | |
| Waste Container #3 | Kg | Kg | Initial/Date | |
| Waste Container #4 | Kg | Kg | Initial/Date | |

PHASE I COMPLETED-----------------I.

| PERFORMED BY / DATE | VERIFIED BY / DATE |
|---|---|
| | |

COPY

| | | | |
|---|---|---|---|
| APPROVED BY/DATE: R&D | DOCUMENT NO. MCRD.1000.641001BOP.00 | PAGE: 18 | OF: 19 | SECTION: 1 Bulk Transfer | BATCH SIZE: 1000 Kg |
| APPROVED BY/DATE: MFG. | PRODUCT NAME: Testosterone Topical Gel | | COMPOUNDING CODE: RDBOP | ORDER NUMBER: |
| APPROVED BY/DATE: QA: | | | | LOT CODE: |

CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

DPT 1/06

225

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        AUXILIUM_MDL_REG_000039167

D P T   L A B O R A T O R I E S

**MANUFACTURING BATCH RECORD**

| | PERFORMED BY / DATE | VERIFIED BY / DATE |
|---|---|---|

**II.** Completion of Filling

a. Record the Gross Weight and Net Weight of filter/hoses or stainless steel piping and tri-clover clamps/caps with product.

Gross Weight: _____ Kg  By: _____  Date: _____

Tare Weight: _____ Kg  By: _____  Date: _____

Net Weight: _____ Kg  By: _____  Date: _____

b. Attach Tank Card (HOLDING) or (COMPOUNDING) and Hopper Card to this page.

c. Record date of completion of filling into primary package. Date _____

d. Determine and record remaining product loss not included in section II.a. _____ Kg

PHASE II COMPLETED-------------------II.

**NOTE: TRANSFER THE NET WEIGHT VALUES FROM STEP II.a. TO THE APPROPRIATE LOCATIONS IN THE OVERALL BATCH RECONCILIATION SECTION OF THE MANUFACTURING RECORD.**

COPY

| APPROVED BY/DATE: R&D: | DOCUMENT NO.: MCRD.1000.641001BOP.00 | PAGE: 19 | OF: 19 | SECTION: Bulk Transfer | BATCH SIZE: 1000 Kg |
|---|---|---|---|---|---|
| APPROVED BY/DATE: MFG: | PRODUCT NAME: Testosterone Topical Gel | | | COMPOUNDING CODE: RDBOP | ORDER NUMBER: |
| APPROVED BY/DATE: QA: | | | | | LOT CODE: |

DPT 1/00

CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

226

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039168



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

227

AUXILIUM_MDL_REG_000039169

CMC Reference 3
Packaging Record

AUXILIUM_MDL_REG_000039170

# DPT LABORATORIES

## MANUFACTURING BATCH RECORD

## PACKAGE SPECIFICATIONS

| PART NO. | QTY. | DESCRIPTION |
|----------|------|-------------|
| 107022 | 5 | Drum, 55 gal Plastic lined Metal |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PALLET PATTERN: N/A    MAX. # LAYERS: N/A    TIE SHEETS REQUIRED EVERY NA LAYERS

FILL WEIGHT LIMITS: (in grams)
MINIMUM: N/A    MAXIMUM: N/A    TARGET: N/A

REMOVAL TORQUE LIMITS: (in inch pounds.)
MINIMUM: N/A    MAXIMUM: N/A    TARGET: N/A

| | | | |
|---|---|---|---|
| APPROVED BY/DATE | DOCUMENT NO: | PAGE: 2 OF: 5 | FORMULA NO: BOP-1 |
| PKG. ENG: _Diane Roesch Bach 11/7/00_ | N/A | | PRODUCT CODE: |
| APPROVED BY/DATE MFG: | PRODUCT NAME: Testosterone Topical Gel Bulk | SECTION: PACKAGE SPECIFICATIONS PAGE 1 OF 1 | BOPXX |
| APPROVED BY/DATE Q.A. | | | ORDER NUMBER: |
| | | | LOT CODE: |

DPT 8-94

CONFIDENTIAL – PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

COPY

228

AUXILIUM_MDL_REG_000039171

D P T   L A B O R A T O R I E S

**MANUFACTURING BATCH RECORD**

| | PERFORMED BY DATE | VERIFIED BY DATE |
|---|---|---|

ASSEMBLY INSTRUCTIONS:

**NOTE: PLEASE READ AND UNDERSTAND THE FOLLOWING HAZARDOUS MATERIAL SAFETY PRECAUTIONS BEFORE FILLING AND PACKAGING:**

A. Wear double Blue Nitrile gloves, Tyvek suits, Safety Goggles, and Tyvek disposable sleeves at all times when working with this product.

B. Contact Haz-Mat team for spill cleanup. If Haz-Mat team is contacted, then evacuate the area and prevent re-entrance until notified.

C. Because of possible adverse effects on a developing fetus, avoid exposure to women during pregnancy and lactation.

D. In the event of an accidental exposure, remove contaminated clothing and wash area thoroughly with soap and water. If irritation or rash occurs, seek medical attention.

E. Refer to the Testosterone Topical Gel MSDS in your area for further product information.

| DOCUMENT NO.: | PAGE: | OF: | SECTION: ASSEMBLY INSTRUCTIONS |
|---|---|---|---|
| N/A | 3 | 5 | PAGE 1 OF 3 |

| PRODUCT NAME: |
|---|
| Testosterone Topical Gel Bulk |

| PRODUCT CODE: |
|---|
| BOPXX |

| ORDER NUMBER: |

| LOT CODE: |

| APPROVED BY/DATE: PKG. ENG.: |
|---|
| _Steven Rojas Ponche_ 11/8/00 |

| APPROVED BY/DATE: MFG: |
|---|

| APPROVED BY/DATE: Q.A.: |
|---|

**CONFIDENTIAL – PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES**

DPT 994

229

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039172



DPT LABORATORIES

MANUFACTURING BATCH RECORD

ASSEMBLY INSTRUCTIONS:

| PERFORMED BY DATE | VERIFIED BY DATE |
|---|---|

THE ABOVE SAFETY PRECAUTIONS HAVE BEEN READ AND UNDERSTOOD:

By: _____ Date: _____   By: _____ Date: _____

By: _____ Date: _____   By: _____ Date: _____

By: _____ Date: _____   By: _____ Date: _____

By: _____ Date: _____   By: _____ Date: _____

By: _____ Date: _____   By: _____ Date: _____

By: _____ Date: _____   By: _____ Date: _____

By: _____ Date: _____   By: _____ Date: _____

By: _____ Date: _____   By: _____ Date: _____

By: _____ Date: _____   By: _____ Date: _____

APPROVED BY/DATE
P/G ENG

APPROVED BY/DATE
MFG

APPROVED BY/DATE
Q A

| DOCUMENT NO. | PAGE | OF | SECTION: | PRODUCT CODE: |
| N/A | 4 | 5 | ASSEMBLY INSTRUCTIONS | BOPXX |

PRODUCT NAME

Testosterone Topical Gel
Bulk

PAGE 2 OF 3

ORDER NUMBER:

LOT CODE:

DPT 1193

CONFIDENTIAL — PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

COPY

230

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039173

D P T   L A B O R A T O R I E S

**MANUFACTURING BATCH RECORD**

ASSEMBLY INSTRUCTIONS:

NOTE:

1. The signatures below confirm that the R&D Protocol has been read by the Packaging Lead Operator and the Packaging Technician prior to implementing the assembly instructions.

By: _____   By: _____
    (Lead Operator)    Date        (Packaging Technician)    Date

2. This product to be run on the *2810 FILLER ONLY.* Filler must be located in a vented area during packaging process.

3. This product is a DEA Controlled Substance – Schedule III. Do not leave product unattended at any time when it is outside of the DEA cage.

4. Place all rejected tubes containing product, or any materials that may have contacted product, in properly marked Metal Hazardous Waste containers. Each waste container must be labeled with product description, Lot Code, Order Number, Tare weight of container and Net weight of product contained. All waste containers MUST be stored in the DEA Controlled Access cage pending proper disposal.

1. Upon completion of filling the required 5gm tubes, exhaust remaining product into 55 gallon Plastic lined metal drums (p/n 107022).

2. Seal drums.

3. Code drums.
   (Code drums with protocol number, PIC, description, Lot Code, Order Number and Net fill weight.)

4. Code one (1) filled drum with "90 Day Bulk Hold Study"

5. Send drums to the DEA cage to be held pending disposition.

| ASSEMBLY INSTRUCTIONS IMPLEMENTED BY: | | | | |
|---|---|---|---|---|
| DOCUMENT NO. | PAGE: | OF: | SECTION ASSEMBLY INSTRUCTIONS | |
| N/A | 5 | 5 | PAGE 3 OF 3 | |
| PRODUCT NAME: | | | | |
| Testosterone Topical Gel | | | | |
| Bulk | | | | |

| | |
|---|---|
| APPROVED BY/DATE: PKG ENG | PRODUCT CODE: |
| *Sharon Cecil/Brock 4/15/02* | BOPXX |
| APPROVED BY/DATE: MFG. | ORDER NUMBER: |
| *[signature]* | |
| APPROVED BY/DATE: QA | LOT CODE: |
| *[signature] 1113.00* | |

| PERFORMED BY DATE | VERIFIED BY DATE |
|---|---|
| | |
| | |
| | |
| | |

DP1654

**CONFIDENTIAL – PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES**

COPY

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039174

231

D P T   L A B O R A T O R I E S

MANUFACTURING BATCH RECORD

FILL TRIAL MODULE
(CHECK LIST SECTION)

ISSUE APPROVAL

| Issued | Approved |
|--------|----------|
| ( ) | ( ) |
| ( ) | ( ) |
| ( ) | ( ) |

By: _____

Date: _____

REVIEW APPROVAL

| | Mfg. | Q.A. |
|---|------|------|
| (A) Packaging Specification | ( ) | ( ) |
| (B) Assembly Instructions | ( ) | ( ) |
| (C) Packaging Detail Summary | ( ) | ( ) |
| (D) Material Issuance Screen Prints | ( ) | ( ) |
| (E) Pre-Run Inspection | ( ) | ( ) |
| (F) Packaging Control Sheet | ( ) | ( ) |
| (G) Packaging Material Scrap Record | ( ) | ( ) |
| (H) Post-Run Line Clearance | ( ) | ( ) |
| (I) Final Batch Reconciliation | ( ) | ( ) |

By: _____

Date: _____

By: _____

Date: _____

| CUSTOMER: Auxilium A² | DOCUMENT NO. N/A | PAGE: 1 OF: 6 | REFERENCE: | SECTION: CHECKLIST | EFFECTIVE DATE: N/A | PROTOCOL NUMBER: 641.001.001.02 |
|---|---|---|---|---|---|---|
| | PRODUCT NAME: Testosterone Topical Gel 5 gm | PAGE 1 OF 1 | | | PRODUCT CODE: 641001BOP05 | |
| APPROVED BY/DATE PKG. ENG | | | | | ORDER NUMBER: | |
| APPROVED BY/DATE MFG | | | | | LOT CODE: | |
| APPROVED BY/DATE Q.A. | | | | | | |

CONFIDENTIAL – PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

DPT 994

COPY

232

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    AUXILIUM_MDL_REG_000039175

DPT LABORATORIES

## PACKAGE SPECIFICATIONS

MANUFACTURING BATCH RECORD

| PART NO. | QTY. | DESCRIPTION |
|----------|------|-------------|
| 102165 | 43325 | Metal Tube, 5 gm in Reshippers |
| 127460 | 290 | Label, Blank (for sequential numbering) |
| * N/A | 290 | Label, Shipper *For Research Purposes Only* |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | * Shipper Label to be supplied by customer. |

PALLET PATTERN: N/A    MAX. # LAYERS: N/A    TIE SHEETS REQUIRED EVERY    3    LAYERS

FILL WEIGHT LIMITS: (in grams)

| MINIMUM: | 5.0 | TARGET: | N/A | MAXIMUM: | 5.4 |

REMOVAL TORQUE LIMITS: (in inch pounds.)

| MINIMUM: | N/A | TARGET: | N/A | MAXIMUM: | N/A |

FORMULA NO.
BOP-1

| DOCUMENT NO: | SECTION: PACKAGE SPECIFICATIONS | PRODUCT CODE: |
| N/A | | 641001BOP05 |
| PAGE: | OF: | | |
| 2 | 6 | PAGE 1 OF 1 | ORDER NUMBER: |

PRODUCT NAME:
Testosterone Topical Gel
5 gm

LOT CODE:

APPROVED BY/DATE
PKG. ENG.      *[signature]* Josh 1/7/00

APPROVED BY/DATE
MFG      *[signature]*

APPROVED BY/DATE
Q.A      *[signature]*

DPT 1-98

COPY

CONFIDENTIAL -- PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

233

D P T  L A B O R A T O R I E S

ASSEMBLY INSTRUCTIONS:

NOTE: PLEASE READ AND UNDERSTAND THE FOLLOWING HAZARDOUS MATERIAL SAFETY PRECAUTIONS BEFORE FILLING AND PACKAGING:

A. Wear double Blue Nitrile gloves, Tyvek suits, Safety Goggles, and Tyvek disposable sleeves at all times when working with this product.

B. Contact Haz-Mat team for spill cleanup. If Haz-Mat team is contacted, then evacuate the area and prevent re-entrance until notified.

C. Because of possible adverse effects on a developing fetus, avoid exposure to women during pregnancy and lactation.

D. In the event of an accidental exposure, remove contaminated clothing and wash area thoroughly with soap and water. If irritation or rash occurs, seek medical attention.

E. Refer to the Testosterone Topical Gel MSDS in your area for further product Information.

| | | | |
|---|---|---|---|
| APPROVED BY/DATE<br>PKG ENG. | DOCUMENT NO.:<br>N/A | PAGE: 3 | OF: 6 | SECTION: ASSEMBLY INSTRUCTIONS<br>PAGE 1 OF 4 |
| APPROVED BY/DATE<br>MFG | PRODUCT NAME:<br>Testosterone Topical Gel<br>5 gm | | |
| APPROVED BY/DATE<br>Q.A. | | | |

DPT-194

MANUFACTURING BATCH RECORD

| | PERFORMED BY<br>DATE | VERIFIED BY<br>DATE |
|---|---|---|
| | | |

PRODUCT CODE:
641001BOP05

ORDER NUMBER:

LOT CODE:

CONFIDENTIAL – PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

COPY

234

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          AUXILIUM_MDL_REG_000039177



DPT LABORATORIES

ASSEMBLY INSTRUCTIONS:

MANUFACTURING BATCH RECORD

| | PERFORMED BY DATE | VERIFIED BY DATE |
|---|---|---|

THE ABOVE SAFETY PRECAUTIONS HAVE BEEN READ AND UNDERSTOOD:

By: _____ Date _____    By: _____ Date _____

By: _____ Date _____    By: _____ Date _____

By: _____ Date _____    By: _____ Date _____

By: _____ Date _____    By: _____ Date _____

By: _____ Date _____    By: _____ Date _____

By: _____ Date _____    By: _____ Date _____

By: _____ Date _____    By: _____ Date _____

By: _____ Date _____    By: _____ Date _____

| APPROVED BY DATE PKG E'G | DOCUMENT NO.: N/A | PAGE: 4 | OF: 6 | SECTION: ASSEMBLY INSTRUCTIONS | PRODUCT CODE: 641001BOP05 |
|---|---|---|---|---|---|
| APPROVED BY DATE MFG | PRODUCT NAME: | Testosterone Topical Gel 5 gm | | PAGE 2 OF 4 | ORDER NUMBER: |
| APPROVED BY DATE QA | | | | | LOT CODE: |

CONFIDENTIAL – PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

DPT 11/93

235

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**D P T  L A B O R A T O R I E S**

**MANUFACTURING BATCH RECORD**

| | PERFORMED BY DATE | VERIFIED BY DATE |
|---|---|---|

ASSEMBLY INSTRUCTIONS:

NOTE:

1. The signatures below confirm that the R&D Protocol has been read by the Packaging Lead Operator and the Packaging Technician prior to implementing the assembly Instructions.

   By: _____    By: _____
   (Lead Operator)   Date      (Packaging Technician)   Date

2. This product to be run on the *2810 FILLER ONLY*. Filler must be located in a vented area during packaging process.

3. This product is a DEA Controlled Substance – Schedule III. Do not leave product unattended at any time when it is outside of the DEA cage.

4. Place all rejected tubes containing product, or any materials that may have contacted product, in properly marked Metal Hazardous Waste containers. Each waste container must be labeled with product description, Lot Code, Order Number, Tare weight of container and Net weight of product contained. All waste containers MUST be stored in the DEA Controlled Access cage pending proper disposal.

SECTION: ASSEMBLY INSTRUCTIONS

1. Remove tubes from container, inspect and place on line for filling. (SAVE ORIGINAL BOXES, PARTITIONS AND SHIPPING CONTAINERS FOR REUSE.)

2. Fill and seal approximately 40,000 tubes.

3. Place one (1) partition into original shipping container.

4. Place filled tubes into original shipping containers and seal.

| | |
|---|---|
| DOCUMENT NO.: N/A | PAGE: 5  OF: 6 |
| PRODUCT NAME: Testosterone Topical Gel 5 gm | SECTION: ASSEMBLY INSTRUCTIONS  PAGE 3  OF 4 |
| PRODUCT CODE: 641001BOP05 | |
| ORDER NUMBER: | |
| LOT CODE: | |

APPROVED BY/DATE PKG. ENG: _Steven Berg-birch 11/15/01_

APPROVED BY/DATE OC: _____

APPROVED BY/DATE MFG: _____

APPROVED BY/DATE QA: _____

DPT 9-94

CONFIDENTIAL – PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

COPY

236

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039179

D P T   L A B O R A T O R I E S

**MANUFACTURING BATCH RECORD**

ASSEMBLY INSTRUCTIONS:

| | PERFORMED BY DATE | VERIFIED BY DATE |
|---|---|---|

5.  Code each box of filled tubes with Protocol number, Description, PIC, Lot Code and Quantity per box.

6.  Place boxes into original over-shipper.

7.  Code and sequentially number each over-shipper.
    (Code shippers with Protocol number, PIC, Description, Lot Code and quantity per shipper.)

8.  Place one (1) "For Research Purposes Only" label on each shipper.

9.  Palletize shippers.

10. Send Finished product, QA samples and all waste to the DEA cage for distribution per QA sampling plan.

ASSEMBLY INSTRUCTIONS IMPLEMENTED BY:

| APPROVED BY/DATE MFG: | DOCUMENT NO. | PAGE | OF: | SECTION: ASSEMBLY INSTRUCTIONS | PRODUCT CODE: |
|---|---|---|---|---|---|
| | N/A | 6 | 6 | PAGE 4 OF 4 | 641001BOP05 |

PRODUCT NAME:
Testosterone Topical Gel
5 gm

ORDER NUMBER:

APPROVED BY/DATE MFG:

APPROVED BY/DATE QA:

LOT CODE:

DPT 954

CONFIDENTIAL – PROPRIETARY RIGHTS RESERVED BY DPT LABORATORIES

COPY

237

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039180

CMC Reference 4
Testosterone HPLC Method

AUXILIUM_MDL_REG_000039181

⋀

D P T   L A B O R A T O R I E S

**STANDARD METHOD OF ANALYSIS**

| DEPARTMENT | DOCUMENT NUMBER | PAGE | OF |
|---|---|---|---|
| Quality | 73.5319.00 | 1 | 5 |
| SUBJECT | EFFECTIVE DATE | FILE NUMBER | |
| Testosterone Assay by HPLC in Topical Gel | 11/13/00 | IMAGED | |
| Formulations | PREPARED BY | SIGNATURE/DATE | |
| | Myrna Jaime | *Myrna Jaime 11/1/00* | |

1.   **REFERENCES**

Auxilium A2 Test Method # T-003 Test Assay for Testosterone in Gel Formulations
Technical Report No. 54.0704.00

2.   **INTRODUCTION**

Testosterone is analyzed in a topical gel preparation by high performance liquid chromatography.
The method uses a reverse phase $C_{18}$ column and detection by UV at 254 nm. The assay serves to
quantitate testosterone by the use of reference standards. The method serves as an identification
test for testosterone. This is a stability-indicating assay.

3.   **SAFETY**

- **Testosterone.** A physiologically active anabolic steroid. Use under a fume hood and avoid
  inhalation, ingestion and contact to skin, eyes, and clothing. Read MSDS for further information.
- **Acetonitrile.** Flammable liquid. Use a fume hood and avoid inhalation or contact with eyes, skin
  or clothing.
- **Methanol.** . Flammable liquid. Avoid inhalation or contact with eyes, skin or clothing.

4.   **REAGENTS**

1.   Water, distilled or deionized
2.   Acetonitrile, HPLC grade
3.   Methanol, HPLC grade
4.   Testosterone, suitable reference standard

5.   **EQUIPMENT**

- An HPLC system equipped with a variable-volume injector system (capable of delivering 10 µL
  injections), an ultraviolet detector capable of monitoring at 254 nm.
- Analytical Balance
- Sonicator
- Whatman GDX 0.45 µ PTFE syringe filters

| APPROVED BY AND DATE | | |
|---|---|---|
| *11/1/2000* | | |
| *02 NOV 00* | | |

11/96

*CONFIDENTIAL*

COPY

238

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    AUXILIUM_MDL_REG_000039182

STANDARD METHOD OF ANALYSIS

| SUBJECT | PAGE | OF |
|---|---|---|
| Testosterone Assay By HPLC in Topical Gel Formulations | 2 | 5 |
| | DOCUMENT NUMBER 73.5319.00 | |

6.  **OPERATING PARAMETERS**

Column:              Zorbax SB-C18 5μ, 150 x 4.6 mm I.D.
Flow Rate:           1.5 mL/min
Injection Volume:    10 μL
Column Temperature:  40 °C
Wavelength:          254 nm
Mobile Phase:        50:50 Acetonitrile : Water

7.  **SYSTEM SUITABILITY**
The definition for system suitability parameters may be found in the current USP general chapter <621> for chromatography.

7.1  Precision. The coefficient of variation, CV, of the area peak response for testosterone must not be greater than 2% for:
a)  for five injections at the beginning of the sample set, and
b)  for all Working Standard injections throughout the run.

7.2  Tailing. The tailing factor (t) for testosterone must be less than or equal to 2.0.

8.  **STANDARD PREPARATION**

8.1  Stock Standard – Accurately weigh out approximately 0.05 g of a suitable testosterone reference standard into a 50-mL volumetric flask containing approximately 10 mL of methanol and vortex to dissolve. Dilute to volume with methanol, vortex to mix well.

8.2  Working Standard – Pipette 10.0 mL of the Stock Standard into a 100 mL volumetric flask and dilute to volume with methanol, vortex to mix well. Filter the standard through Whatman GDX 0.45μm PTFE filters.

9.  **SAMPLE PREPARATION**

Accurately weigh out approximately 1 g of product into a 100- mL volumetric flask and add 75 mL of methanol and vortex until sample is dispersed. Dilute to volume with methanol and stir with stir bar for 15 minutes to ensure the sample is completely in solution. Filter through Whatman GDX 0.45μm filters.

10. **PROCEDURE**

10.1  Pump mobile phase through the system and allow the HPLC system to equilibrate for at least 30 minutes.

10.2  Inject the Working Standard a minimum of 5 times at system start-up. Ensure that system suitability requirements 7.1(a) and 7.2 are met.

10.3  Inject the Working Standard at the beginning and at the end of a sample set, and after every six injections of Sample Preparation. Ensure that system suitability requirement 7.1(b) is met.

11/98



CONFIDENTIAL

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039183

STANDARD METHOD OF ANALYSIS

| SUBJECT | PAGE | OF |
|---|---|---|
| Testosterone Assay By HPLC in Topical Gel Formulations | 3 | 5 |
| | DOCUMENT NUMBER | |
| | 73.5319.00 | |

11. <u>CALCULATION</u>

Calculate the % w/w of testosterone using the following equation.

$$\text{\% w/w Testosterone} = \frac{\text{Ru x wt std x 20 x P}}{\text{Rs x wt sample}}$$

where: Ru = the peak area response for testosterone in the Sample Preparation.
Rs = the average peak area response for testosterone in the Working Standards.
wt std = weight of the testosterone standard in grams
wt sample = weight of the sample in grams
P = purity of testosterone in decimal format

12. <u>IDENTIFICATION</u>

Positive identification of testosterone is indicated if the retention time for the testosterone peak in the Sample Preparation is ± 2% of the retention time for the testosterone peak in the Working Standard.

11/96

CONFIDENTIAL

COPY

240

STANDARD METHOD OF ANALYSIS

| SUBJECT | | PAGE | OF |
|---|---|---|---|
| Testosterone Assay By HPLC In Topical Gel Formulations | | 4 | 5 |
| | | DOCUMENT NUMBER 73.5319.00 | |

**Working Standard Chromatogram**





CONFIDENTIAL

COPY

11/96

241

AUXILIUM_MDL_REG_000039185

STANDARD METHOD OF ANALYSIS

| SUBJECT | PAGE | OF |
|---|---|---|
| Testosterone Assay By HPLC in Topical Gel Formulations | 5 | 5 |
| | DOCUMENT NUMBER 73.5319.00 | |

### Sample Preparation Chromatogram





11/98

CONFIDENTIAL

COPY

242

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039186

CMC Reference 5
Ethanol GC Method

Case: 1:14-cv-05180 Document #: 39 Filed: 09/12/17 Page 123 of 147 PageID #:988



**D P T   L A B O R A T O R I E S**

### STANDARD METHOD OF ANALYSIS

| DEPARTMENT | DOCUMENT NUMBER | PAGE | OF |
|---|---|---|---|
| Quality | 73.5318.00 | 1 | 4 |
| SUBJECT | EFFECTIVE DATE | FILE NUMBER | |
| Ethanol Assay by Gas Chromatography in | 11/13/00 | IMAGED | |
| Testosterone Topical Gel Formulations | PREPARED BY | SIGNATURE/DATE | |
| | Lorenna Lozano *Lorena Lozano* | *11/1/00* | |

1.  **REFERENCES**

    USP XXIV
    Technical Report No. 54.0699.00

2.  **INTRODUCTION**

    Ethyl Alcohol is analyzed in topical gel preparations by gas chromatography. The sample aliquot is diluted with water, and 2- propanol is added as an internal standard. The mixture is injected into the system where the separation occurs on Carbopak C material coated with Carbowax 1500. Detection is by flame ionization. The method is stability indicating and serves as an ID test for ethanol.

3.  **SAFETY**

    Anhydrous Ethanol and 2-propanol are flammable liquids. They can be harmful if inhaled and irritating to body tissues. Read MSDS for further information.

4.  **REAGENTS**

    Water, distilled or deionized
    Ethyl Alcohol, (Dehydrated) USP, suitable reference standard
    2-Propanol, ACS reagent grade or HPLC grade

5.  **EQUIPMENT**

    - A gas chromatograph system equipped with a column packed with Graphpac GC material which has been coated with 0.2% Carbowax 1500, a flame ionization detector and electronic integrator.
    - Gelman 0.45 µ PTFE filters

6.  **SUGGESTED OPERATING PARAMETS**

    Column: 6 ft. x 1/8 I.D. stainless steel column with 0.2 % Carbowax 1500 graphpac GC 80/100 mesh
    Carrier Gas: Helium
    Flow rate: 13–15 mL /min. (using constant flow control), or 24 Psi (using pneumatic control).
    Oven Temperature:  Initial Temperature = 35 ° C
                   Initial Hold = 1 minute
                   Program Rate = 10° C/minute
                   Final Temperature = 160·°C
                   Final Hold  = 2 minutes
    Injector Temperature: 180°C
    Detector Temperature: 180°C
    Injection volume = 1 µL

| APPROVED BY AND DATE | | |
|---|---|---|
| *(signature)* 11/1/2000 | | |
| *(signature)* 02 Nov 00 | | |

11/00

------- CONFIDENTIAL -------  -------

243

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039188

STANDARD METHOD OF ANALYSIS

| SUBJECT | PAGE | OF |
|---|---|---|
| Ethanol Assay By Gas Chromatography in Testosterone Topical Gel Formulations | 2 | 4 |
| | DOCUMENT NUMBER | |
| | 73.5318.00 | |

7.  **SYSTEM SUITABILITY**

The definition for system suitability parameters may be found in the current USP general chapter <621> for chromatography.

7.1  Precision. The coefficient of variation, CV, of the peak response ratios calculated by dividing ethanol response by 2-propanol response must not be greater than 2.0% for:
   a)  for five injections at the beginning of the sample set, and
   b)  for all working standard injections throughout the run.

7.2  Resolution. The resolution (R) between Ethanol and the 2-propanol must be greater than or equal to 2.0.

6.1  Efficiency. The number of theoretical plates (n) for ethanol and 2-propanol must be greater than 500.

8.  **STANDARD PREPARATION**

8.1  Internal Standard – Pipet 1.5 ml of 2-propanol into 200-ml volumetric flask containing approximately 100 ml of water. Bring the flask to volume with water. Shake by inversion for at least 1 minute.

8.2  Stock Standard – Add 15 mL of water to a 25- mL volumetric flask and tare on an analytical balance. Carefully pipet 3.0 mL of ethyl alcohol reference standard into the flask, then quickly weigh the difference. Dilute to volume with water immediately and mix by inversion for at least 1 minute.

8.3  Intermediate Stock Standard - pipet 5.0 mL of the Stock Standard solution into a 100-mL volumetric flask. Dilute to volume with water. Vortex to mix for at least 1 minute.

8.4  Working Standard: Pipet 5.0 ml of Intermediate Stock Standard and 5.0 ml of the internal standard solution into a 50-ml volumetric flask. Dilute to volume with water. Vortex to mix for at least 1 minute.

9.  **SAMPLE PREPARATION**

9.1  Stock Sample – Accurately weigh 1.3 g of product into a 100- mL volumetric flask containing 10 mL of water. Immediately dilute the sample to volume with water. Vortex to break up the sample. Stir with stir bar for 15 minutes to ensure the sample is completely in solution.

9.2  Working Sample – Pipet 5.0 ml of Stock Sample and 10.0 mL of internal Standard Solution into a 100 ml volumetric flask. Dilute to volume with water. Mix by inversion for at least 1 minute. Filter the sample with 0.45 micron Gelman PTFE filters and inject into the chromatogram.

11/98



*CONFIDENTIAL*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039189

STANDARD METHOD OF ANALYSIS

| SUBJECT | PAGE | OF |
|---|---|---|
| Ethanol Assay By Gas Chromatography in Testosterone Topical Gel Formulations | 3 | 4 |
| | DOCUMENT NUMBER 73.5318.00 | |

**10.    PROCEDURE**

Allow the system to equilibrate at conditions of the analysis for at least 30 minutes. Inject the Working Standard and determine that system suitability criteria in section 7.1(a), 7.2 and 7.3 are met. Ethanol is the first major peak to elute about 6 minutes followed by 2-propanol about 8 minutes.

Inject the Working Standard and Working Samples, placing no more than six sample injections between standards and placing standards at the beginning and end of sample set. Record the peak area response for ethanol and 2-propanol.

**11.    CALCULATION**

Calculate the % w/w of ethanol using the following equation.

$$\% \text{ w/w ethanol} = \frac{Ru \times wt\ std \times 40 \times P}{Rs \times wt\ sample}$$

Where:

Ru =    the ratio calculated by dividing the ethanol peak response by the 2-propanol peak response in the Working Sample injection.

Rs =    the average ratios calculated by dividing the ethanol peak response by the 2-propanol peak response from replicate injections of the Working Standard.

wt std =    weight of the ethanol standard in grams

wt sample =    weight of the sample in grams

P =    the purity of ethanol in decimal format

**12.0    IDENTIFICATION:**

Positive identification of Ethyl Alcohol is indicated if the retention time for the ethanol peak in the Working Sample is ± 2% of the retention time for the ethanol peak in the Working Standard.

11/98

*CONFIDENTIAL*



245

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          AUXILIUM_MDL_REG_000039190

STANDARD METHOD OF ANALYSIS

| SUBJECT | PAGE | OF |
|---|---|---|
| Ethanol Assay By Gas Chromatography in Testosterone Topical Gel Formulations | 4 | 4 |
| | DOCUMENT NUMBER 73.5318.00 | |

**Appendix A**
**Working Standard Chromatogram**



11/98

CONFIDENTIAL



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039191

CMC Reference 6
Trace Level Method

AUXILIUM_MDL_REG_000039192

# D P T   L A B O R A T O R I E S

## STANDARD METHOD OF ANALYSIS

| DEPARTMENT<br>Quality | DOCUMENT NUMBER<br>73.5328.00 | PAGE<br>1 | OF<br>6 |
|---|---|---|---|
| SUBJECT<br>Testosterone Trace Level Assay by HPLC | EFFECTIVE DATE<br>11/13/00 | FILE NUMBER<br>IMAGED | |
| | PREPARED BY<br>Myrna Jaime | SIGNATURE/DATE) 11/1/00 | |

1. **REFERENCES**

   DPT SOP 54.0006.00
   R&D Technical Report 54.0705.00

2. **INTRODUCTION**

   Testosterone is assayed at trace level concentrations in cleaning validation samples by high performance liquid chromatography. The method utilizes a C18 column and ultraviolet detection at 254 nm. Quantitation of testosterone is based on external standards in the range of 0.025 µg/mL to 10.0 µg/mL.

3. **SAFETY ISSUES**

   - **Testosterone.** A physiologically active anabolic steroid. Use under a fume hood and avoid inhalation, ingestion, and contract with eyes, skin and clothing. Read MSDS for further information.
   - **Acetonitrile.** Flammable liquid. Use a fume hood and avoid inhalation or contact with eyes, skin or clothing.
   - **Methanol.** Flammable liquid. Avoid inhalation or contact with eyes, skin, or clothing.

4. **REAGENTS AND SOLUTIONS**

   1. Water, deionized or distilled
   2. Acetonitrile, HPLC grade
   3. Methanol, HPLC grade
   4. Testosterone, suitable reference standard

5. **EQUIPMENT**

   - An HPLC system equipped with an ultraviolet detector capable of monitoring at 254 nm, a fixed injector capable of delivering 30 µL injections and a C18 column.
   - Class A glassware and pipettes
   - Whatman GDX 0.45µm PTFE filters
   - Mechanical shaker
   - Analytical balance

| APPROVED BY AND DATE | | | |
|---|---|---|---|
| 11/1/2000 | | | |
| 02 NOV 00 | | | |

11/96

CONFIDENTIAL

COPY

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039193

STANDARD METHOD OF ANALYSIS

| SUBJECT | PAGE | OF |
|---|---|---|
| Testosterone Trace Level Assay by HPLC | 2 | 6 |

DOCUMENT NUMBER
73.5328.00

## 6. OPERATING CONDITIONS

| | |
|---|---|
| Column: | Zorbax SB-C18, 5µm, 4.6 x 150 mm, or equivalent |
| Flow Rate: | 1.5 mL/min |
| Injection Volume: | 30 µL |
| Wavelength: | 254 nm |
| Column Temperature: | 40 °C |
| Mobile Phase: | 50:50 Acetonitrile:Water |
| Runtime: | 5 minutes for standards and 30 minutes for samples |

## 7. SYSTEM SUITABILITY

Definitions for 7.1-7.2 may be found in the current version of USP general chapter <621> for chromatography.

7.1 Precision – the coefficient of variation (CV) for peak response of the 1.0 ppm Working Standard must not be greater than 15%:
(a) for five consecutive injections at the beginning of the sample set and,
(b) for all injections made during the run.

7.2 Linearity – the correlation coefficient (r) for the concentration versus reference standard response line must not be less than 0.98.

## 8. STANDARD PREPARATION

8.1 Stock Standard (1000 ppm) – Weigh out approximately 0.05 g of testosterone reference standard into a 50-mL volumetric flask. Dissolve with 25 mL of methanol and dilute to volume with methanol; shake vigorously and vortex to mix well.

8.2 Intermediate Standard (100 ppm) – Pipette 10.0 mL of Stock Standard into a 100-mL volumetric flask and dilute to volume with methanol and vortex to mix well.

8.3 Calibration Standard Series – Pipette into each flask the amount shown below and dilute to volume with methanol using the volumes shown in the following table. Vortex to mix well. Filter the standard solutions through Whatman GDX 0.45µm PTFE filters.

| Nominal Conc. (µg/mL) | Dilutions | Actual Conc. (µg/mL) |
|---|---|---|
| 10.0 | 10.0 mL Int. Stk / 100 mL vol flask | g std x 200 x $P_s$ |
| 5.0 | 5.0 mL Int. Stk / 100 mL vol flask | g std x 100 x $P_s$ |
| 1.0* | 1.0 mL Int. Stk / 100 mL vol flask | g std x 20 x $P_s$ |
| 0.5 | 0.5 mL Int. Stk / 100 mL vol flask | g std x 10 x $P_s$ |
| 0.1 | 1.0 mL 1.0 µg/mL Std / 10 mL vol flask | g std x 2 x $P_s$ |

Where g std = grams of standard
$P_s$ = purity of Testosterone in decimal format
Note*: The 1.0 µg/mL standard is the Working Standard for this analysis.

11/96

CONFIDENTIAL



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

STANDARD METHOD OF ANALYSIS

| SUBJECT | PAGE | OF |
|---|---|---|
| Testosterone Trace Level Assay by HPLC | 3 | 6 |
| | DOCUMENT NUMBER 73.5328.00 | |

9.    LIMIT OF DETECTION

A limit of detection must be determined for the system on the day of analysis.

9.1    Serially and quantitatively dilute the Stock Standard with mobile phase and shake well to mix. Inject each diluted standard into chromatograph.

9.2    Record the chromatogram for the diluted Testosterone standards. Document the lowest concentration (µg/mL) for the reference standard preparation, which produces a peak having a height, measured with a ruler, that is at least three (3) times the height of the baseline noise.

9.3    The limit of detection established during the method validation was 0.025 µg/mL. This solution may be prepared by pipetting 5.0 mL of the 0.5 µg/mL standard into a 100 mL volumetric flask and diluting to volume with methanol; vortex to mix well. The standard solution is filtered through Whatman GDX 0.45µm PTFE filters.

10.    SWAB SAMPLE PREPARATION

Three Berkshire Lensx 90 rayon swabs are used to swab the surface, and then placed in a 1 oz. glass jar. Pipette 10.0 mL of mobile phase into the glass jar containing the swab samples. Shake at the maximum setting on a wrist action shaker for 10 minutes. Filter a portion of this sample solution through Whatman GDX 0.45 µm PTFE filter and inject into chromatograph.

11.    CHROMATOGRAPHY PROCEDURE

11.1    System preparation – Allow the mobile phase to flow through the HPLC system for at least 30 minutes to allow system to equilibrate.

11.2    Inject the Testosterone Working Standard (1.0 µg/mL) a minimum of 5 replicate injections at the beginning of the sample set, and after every six sample injections. Record the peak area response for each injection and ensure that the system suitability requirement in section 7.1(a) is met. Testosterone typically elutes at about 3.5 – 4.5 minutes. (See Figure 1 for a typical Testosterone Working Standard chromatogram.)

11.3    Inject the LOD standard in triplicate. Include the peak area responses of the 0.025 µg/mL standard in the calibration curve if the RSD for triplicate injections of the 0.025 µg/mL (LOD) standard is $\leq$ 20%. (See Figure 2 for a typical LOD chromatogram.)

11.4    Inject the Calibration Standard Series from lowest concentration (0.1 µg/mL) to the highest concentration (10.0 µg/mL) at the beginning and at the end of the sample set. Record the peak area response for each injection and ensure that the linearity requirement in section 7.2 is met.

11.5    Inject each Sample Preparation. Inject the Working Standard (1.0 µg/mL) after every 6 sample injections. Record the peak area response for each injection. Ensure that system suitability requirement 7.1 (b) is met. Calculations will be performed based on the linearity curve obtained from the Calibration Standard Series. (See Figure 3 for a Sample Preparation chromatogram.)

11/98

CONFIDENTIAL   COPY

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          AUXILIUM_MDL_REG_000039195

STANDARD METHOD OF ANALYSIS

| SUBJECT | PAGE | OF |
|---|---|---|
| Testosterone Trace Level Assay by HPLC | 4 | 6 |
| | DOCUMENT NUMBER 73.5328.00 | |

**12. CALCULATIONS**

Using the Calibration Standard Series injections obtained at the beginning and at the end of the sample set, determine the equation of the Calibration Standard Series curve using the method of least squares linear regression. For each data pair, use the actual concentration (µg/mL) of the individual Linearity Standard as the x-axis and the corresponding Testosterone peak area response from each injection for the y-axis. Note: Include the peak area response of injections of the LOD (0.025 µg/mL) standard in the calibration curve if RSD of triplicate injections of the LOD are ≤ 20%.

12.1 Where a response is obtained, calculate the concentration (µg/mL) of Testosterone in the Sample Preparation by:

$$\text{µg/mL Testosterone} = [(\,R_u - b\,)\,/\,m\,]\,/\,\text{SREF}$$

Where,
m     is the slope of the Testosterone Calibration Standard Series curve
b      is the y-intercept of the Testosterone Calibration Standard Series curve
$R_u$   is the Testosterone peak response of the Sample Preparation
SREF   is equal to the correction factor for swab recovery
         SREF = 1.1 for stainless steel and Teflon

12.2 If unidentified peak(s) other than any peaks found in the blank are found in the Sample Preparation chromatograms, calculate the concentration (µg/mL) based on the unidentified peak with the highest peak area response as Testosterone as follows:

$$\text{µg/mL unidentified peak (as Testosterone)} = [(\,R_{up} - b\,)\,/\,m\,]\,/\,\text{SREF}$$

Where,
m     is the slope of the Testosterone Calibration Standard Series curve
b      is the y-intercept of the Testosterone Calibration Standard Series curve
$R_{up}$   is the unidentified peak response of the Sample Preparation
SREF   is equal to the correction factor for swab recovery
         SREF = 1.1 for stainless steel and Teflon

12.3 Where no response is obtained, report the result as less than the limit of detection determined for the system:
$$\text{µg/mL} = \text{LOD}\,/\,\text{SREF} \quad [\text{e.g.: } 0.025\ \text{µg/mL}\,/\,\text{SREF}].$$

11/96

CONFIDENTIAL 

250

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        AUXILIUM_MDL_REG_000039196

STANDARD METHOD OF ANALYSIS

| SUBJECT | PAGE | OF |
|---|---|---|
| Testosterone Trace Level Assay by HPLC | 5 | 6 |
| | DOCUMENT NUMBER 73.5328.00 | |

Figure 1. Typical Working Standard Chromatogram (1.0 µg/mL)



Figure 2. Typical LOD Chromatogram (0.025 µg/mL)



11/96

CONFIDENTIAL

COPY

251

STANDARD METHOD OF ANALYSIS

| SUBJECT | PAGE | OF |
|---|---|---|
| Testosterone Trace Level Assay by HPLC | 6 | 6 |
| | DOCUMENT NUMBER 73.5328.00 | |

**Figure 3. Typical Sample Chromatogram**



11/96

CONFIDENTIAL

COPY

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039198

CMC Reference 7
TOC Method

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039199

CONFIDENTIAL

COPY

## D P T  L A B O R A T O R I E S

### STANDARD OPERATING PROCEDURE

| DEPARTMENT: Quality | DOCUMENT NUMBER: 73.4569.02 | PAGE 1 | OF 7 |
|---|---|---|---|
| SUBJECT: Determination of Total Organic Carbon in Aqueous Samples | EFFECTIVE DATE: 12/09/96 | FILE NO.: 078-00002 | |
| | PREPARED BY: Susan Chambers | SIGNATURE/DATE: 15 May 96 | |

1. **REFERENCES:**

    1.1    Total Organic Carbon Analyzer TOC-5000 Instruction Manual.

    1.2    APHA Standard Methods for the examination of water and wastewater (1993).
    5310 Total Organic Carbon (TOC)
    5310A Introduction
    5310B Combustion - Infrared Method

    1.3    ASTM Standards
    D4779-88 standard test method for total, organic and inorganic carbon in high purity water by ultraviolet (UV) or persulfate oxidation, or both, and infrared detection.

    D4839-88 standard test method for total carbon and organic carbon in water by ultraviolet, or persulfate oxidation, or both, and infrared detection.

2. **INTRODUCTION:**

    Total Carbon (TC) is determined in water samples by the combustion-infrared method. The sample is homogenized and diluted as necessary and automatically injected into the TC combustion tube packed with an oxidative catalyst. The water is vaporized and the organic carbon is oxidized to $CO_2$ which is measured by means of a non-dispersive infrared analyzer (NDIR).

    After determination of the TC and IC, the Total Organic Carbon TOC can be calculated by difference between the two, namely:  TOC = TC - IC.

    Prior to measuring the Non Purgeable Organic Carbon (NPOC), all the inorganic carbonates are removed by acidification and purging, to convert them to $CO_2$ before sample injection. The remaining sample is injected into the combustion chamber where it is vaporized. Organic carbon oxidized to $CO_2$ is then measured by the NDIR detector.

APPROVED BY AND DATE:

Dr. G. DeeDuncan 5/30/96

20 AUG 96

DPT 6/95

**CONFIDENTIAL**

253

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039200



CONFIDENTIAL

COPY

STANDARD OPERATING PROCEDURE

| SUBJECT: Determination of Total Organic Carbon in Aqueous Samples | PAGE 2 | OF: 7 |
|---|---|---|
| | DOCUMENT NO.: 73.4569.02 | |

3. **REAGENTS:**

   3.1 Potassium Hydrogen Phthalate ACS Reagent Grade.

   3.2 Sodium Hydrogen Carbonate, Anhydrous ACS Reagent Grade.

   3.3 Sodium Carbonate, Anhydrous ACS Reagent Grade

   3.4 Carrier gas and purging gas:

   Use air with carbon dioxide content of less than 1.0 ppm, carbon monoxide content of less than 1.0 ppm and total hydrocarbons content of less than 0.1 ppm.

   3.5 Water: Prepare standard solutions from carbon-free water; preferably use carbon-filtered, redistilled water or water prepared from a Milli-Q (Millipore) Unit or equivalent.

   NOTE: Absolutely carbon-free water may not be realistically obtained and were inorganic carbon in reagent water is significant, $CO_2$-free water may be prepared from reagent water by acidifying to pH 2, then sparging with $CO_2$-free gas for a period of time that will depend on volume and gas flow rate and should be determined by test. Alternatively, the $CO_2$ may be removed from the standard solution, at the time of calibration, by acidifying with HCl to a pH 2 and subsequent sparging.

   3.6 Phosphoric Acid (85%), ACS Reagent Grade

   3.7 2N Hydrochloric Acid, ACS Reagent Grade - Add 25 ml concentrated HCl and dilute to 150 ml with water

   3.8 Phosphoric Acid (25%) - Mix 29 g of Phosphoric Acid 85% with 71 g of water

4. **EQUIPMENT:**

   4.1 Total Organic Carbon Analyzer - Shimadzu Model TOC-5000.

   4.2 A suitable pH meter.

OPT 6/95

CONFIDENTIAL

254

CONFIDENTIAL

**STANDARD OPERATING PROCEDURE**

| SUBJECT : Determination of Total Organic Carbon in Aqueous Samples | PAGE 3 | OF: 7 |
|---|---|---|
| | DOCUMENT NO.: 73.4569.02 | |

5. **OPERATING CONDITIONS:**

5.1 Carrier and sparging gas

5.1.1 With the carrier gas pressure control knob (inside front door) in the closed position, open the valve of the gas cylinder. The gauge indicating cylinder pressure should read a minimum pressure of 500 psig; if not, replace cylinder with a new full one. Adjust the supply pressure to the instrument between 80 to 100 psig.

5.1.2 With the power switch already in the ON position, turn the carrier gas pressure control (inside front door) clockwise so that the gauge reads 4 to 5 Kg/cm$^2$.

5.1.3 Turn the carrier gas mass flow controller clockwise to adjust the flow to about 150 ml/min.

5.1.4 To adjust the sparge gas flow rate, first open the front door of the instrument and turn the SPARGE GAS pressure control knob counter-clockwise a few turns. Then select item #8 MAINTENANCE in the MAIN MENU to activate the MAINTENANCE SCREEN. Move the cursor to "SPARGE GAS FLOW", and press ENTER to open the sparge gas solenoid valve. Turn the SPARGE GAS pressure control knob clockwise gradually to adjust the sparge gas flow rate to 150 ~ 200 ml/min. With the cursor at SPARGE GAS FLOW, press ENTER again to close the sparge gas solenoid valve.

5.2 Catalyst, Combustion Tube and Furnace

5.2.1 Two types of catalyst are available for use with the TOC-5000, one for regular sensitivity measurement and the other for high sensitivity measurement. Use the appropriate catalyst according to the intended measurement.

5.3 Injection

5.3.1 Volume - The injection volume is set automatically according to the settings of the selected calibration curve, but this may be changed based on analyst previous experience (i.e., 100 µl).

5.3.2 Number - Set three as the number of injections with a maximum number of five for each sample.

DPT 6/95

*CONFIDENTIAL*

255

AUXILIUM_MDL_REG_000039202

CONFIDENTIAL

**STANDARD OPERATING PROCEDURE**

| SUBJECT:<br>Determination of Total Organic Carbon in Aqueous Samples | PAGE<br>4 | OF:<br>7 |
|---|---|---|
| | DOCUMENT NO.:<br>73.4569.02 | |

6.    SYSTEM SUITABILITY CRITERIA:

-    The standard deviation (SD) or the coefficient of variance (CV) is used by the TOC-5000 to judge repeatability. The selected values for those parameters are 200 for the SD and 5% for the CV. The system is considered suitable when one of these criteria is met, whichever occurs first.

   6.1    Standard Deviation - the standard deviation of area counts for replicate injections of each standard must be less than 200 units, or

   6.2    Coefficient of Variation - the coefficient of variation (CV) of area counts for replicate injections of each standard must be less than 5%.

7.    SYSTEM SUITABILITY:

   7.1    Instrument Operation

      7.1.1    Follow the manufacturer's instructions for instrument warmup, gas flows and sample preparation.

   7.2    Preparation of Standard Solutions

      7.2.1    Preparation of Total Carbon Standards (TC)

         7.2.1.1    TC Stock - Accurately weigh approximately 2.125 g of potassium hydrogen phthalate (ACS Reagent grade) Record lot code and actual weight on the printout of the chromatograms. Transfer to a 1000-ml volumetric flask, then dissolve in and dilute to volume with reagent water. (1.00 mg carbon/ml). This solution may be kept for up to one month, if refrigerated.

         7.2.1.2    TC Standards - Into three separate 1000-ml volumetric flasks, pipet 5.0 ml, 3.0 ml and 1.0 ml of TC Stock. Dilute each flask to volume with reagent water and mix well. These solutions are approximately 5.0 mg/lL, 3.0 mg/l and 1.0 mg/l, respectively. These solutions may be kept up to one week, if refrigerated.

DPT 6/95

*CONFIDENTIAL*

256

CONFIDENTIAL

**STANDARD OPERATING PROCEDURE**

| SUBJECT : Determination of Total Organic Carbon in Aqueous Samples | PAGE 5 | OF: 7 |
| --- | --- | --- |
| | DOCUMENT NO.: 73.4569.02 | |

7.3 Preparation for Calibration

7.3.1 Monitor READY status - Prior to performing calibration measurements, confirm that the READY lamp on the key pad is on, indicating that the instrument READY conditions are satisfied. Select #6 MONITOR in the MAIN MENU screen to confirm that the baseline position is zeroed.

7.3.2 Verify GENERAL CONDITIONS - In the MAIN MENU screen, review the current General Condition settings to confirm that they reflect the actual conditions of the instrument. Modify the settings by selecting the GENERAL CONDITIONS item in the MAIN MENU screen and changing as necessary.

7.4 Calibration Procedure

7.4.1 Calibration for Total Carbon (TC)

7.4.1.1 Select item #1, "CALIBRATION" in the MAIN MENU to activate the CALIBRATION/CONDITIONS screen. Set all the conditions, and then press NEXT to activate the MEASUREMENT START screen for calibration.

7.4.1.2 Peak stabilization - Before measurement of the TC standard solution, run at least five to ten injections of reagent water acidified to a pH of 2 to 3 by adding 6-8 drops of 2N hydrochloric acid per 100 ml of water.

7.4.1.3 Place about 30 - 50 ml of the first standard solution in a clean small mouth sample container, add 6-8 drops of 2N hydrochloric acid, sparge for 4 - 6 minutes, then start measurement immediately.

7.4.1.4 Repeat the above procedure for the second and third standard solutions.

7.5 Acceptance Criteria

7.5.1 Multipoint Calibration - Perform a multipoint calibration curve for TC using the TOC-5000 functions. The curves are based on area counts and respective concentrations for each solution prepared for measurement in 7.2.

7.5.2 Shift to Origin - Shift each curve to origin using the TOC-5000 functions.

DPT 6/95

*CONFIDENTIAL*

257

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    AUXILIUM_MDL_REG_000039204

CONFIDENTIAL

**STANDARD OPERATING PROCEDURE**

COPY

| SUBJECT : | PAGE | OF: |
|---|---|---|
| Determination of Total Organic Carbon in Aqueous Samples | 6 | 7 |
| | DOCUMENT NO.: 73.4569.02 | |

7.5.3 Linearity - Perform linear regression on the calibration curve generated for TC using the AREA as ordinate (Y-axis) and the concentration in mg/l as ordinate (X-axis). The correlation coefficient must not be less than 0.99 ($r \geq 0.99$) and the Y-intercept must be positive ($b \geq 0$). Record the calibration curve number on the readout for chromatographs and data.

8. **SAMPLE PREPARATION:**

NPOC samples - Acidify the sample with 6-8 drops 2N HCl per 100 ml of sample. Sparge this preparation automatically with the TOC-5000 using purified gas to remove the inorganic carbon, and then inject.

NOTE: Do not run samples with particles larger than the sampling needle's orifice. Homogenize and dilute prior to acidification if suspended matter is present.

9. **PROCEDURE:**

9.1 Follow and complete system suitability before proceeding.

9.2 Monitor Ready status - Prior to performing analysis, confirm that the READY lamp on the key pad is ON; also confirm that the baseline position is zeroed.

9.3 Verify GENERAL CONDITIONS. Change any operating conditions if necessary.

9.4 Select SAMPLE MEASUREMENT in the main menu, enter conditions and press NEXT to activate the MEASUREMENT START screen for sample measurement.

9.5 Before measurement of the sample, perform a preliminary run to stabilize the peak using water acidified to pH 2 with 6-8 drops of 2N HCl added per 100 ml, and using the same conditions selected for the sample.

9.6 Place the sample vessel on the sample platform, insert the sample needle (cover the mouth of the sample vessel with Parafilm or other suitable material to prevent $CO_2$ absorption from the air) and press START to begin measurement.

After the measurement is completed, press either NEXT to proceed with another type of measurement of the same sample or to analyze another sample.

DPT 6/95

*CONFIDENTIAL*

258

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

STANDARD OPERATING PROCEDURE

| SUBJECT : Determination of Total Organic Carbon in Aqueous Samples | PAGE 7 | OF: 7 |
|---|---|---|
| | DOCUMENT NO.: 73.4569.02 | |

9.7    Upon completion of analysis of all samples, press END to return to the main menu.

9.8    Select DATA REPORT in the main menu to generate a report of stored data.

NOTE: To avoid confusion between data stored in the DATA REPORT screen, print a report and clear the screen prior to starting the analysis each day.

DPT 6/95

*CONFIDENTIAL*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              AUXILIUM_MDL_REG_000039206

CMC Reference 8
DMF Letter

AUXILIUM_MDL_REG_000039207

Kenneth F. Ball
PCS Market Research and Technical
Development Specialist

Pharmacia Corporation
7000 Portage Road
1745-88-15
Kalamazoo, Michigan 49001

tel 616-833-4436
fax 616-833-3604
kenneth.f.ball@am.pnu.com
www.pharmacia.com

November 20, 2000

**PHARMACIA**

Drug Master File Staff
Food and Drug Administration
12229 Wilkins Avenue
Rockville, MD 20852

RE: DMF #3190: TESTOSTERONE USP

Sir/Madam:

The purpose of this letter is to authorize the Food and Drug Administration, to refer to and incorporate, by reference, Pharmacia and Upjohn Company's Drug Master File #3190: Testosterone USP on behalf of:

Auxillium $A^2$
Norriton Office Center
160 W. Germantown Pike
Suite D-5
Norristown, PA 19401

The referenced DMF is current as of the last annual update on April 28, 2000 and we will comply with any previously made commitments.

It is assumed that this does not constitute public disclosure and that confidentiality of the referenced material will be preserved.

If you have any questions regarding the contents of this submission, please contact Kenneth F. Ball at (616)833-4436. Please send correspondence addressed to Unit 1745-88-15.

Sincerely,
Pharmacia & Upjohn Company

Kenneth F. Ball

cc     Gerri Henwood, Chairman- Auxillium $A^2$
       Ms. Yvonne Davila, DPT Labs
       Scott Martin, PHA Sales Rep

**259a**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AUXILIUM_MDL_REG_000039208

CMC Reference 9
AA2500 Release

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



D P T   L A B O R A T O R I E S

**Quality Assurance Department**
**Certificate of Analysis**

| | |
|---|---|
| Date of Certificate: | November 21, 2000 |
| Product Name: **Testosterone Topical Gel** | Lot Number: **PLCF** |
| Manufacturer: **DPT Laboratories, Inc.** | Date of Manufacture: **November 18, 2000** |
| Release Qty: **36,319** | Protocol Number: **641.001.001** |

**Regulatory Specifications:**

| Test | Specification | Result | | |
|---|---|---|---|---|
| Description 73.4009 (Note 1) | Pass | Beg: Pass Mid: Pass End: Pass | | |
| pH 73.4011 | Report Value to 0.1 | Beg: 5.7 Mid: 5.8 End: 5.7 | | |
| Viscosity 73.4779 (Note 2) | 1000 – 8000 (Tentative) | Beg: 3360 Mid: 3840 End: 4600 | | |
| Ethanol Assay (F = 73.6% w/w) 73.5318 | 90 – 110% F | Beg: Mid: End: | A 100% 101% 101% | B 101% 100% 100% |
| Testosterone & Related Substances Assay (Label = 1% w/w) 73.5319 | 95 – 105% L | Beg: Mid: End: | A 100% 100% 100% | B 100% 101% 101% |

---

Notes: Perform on samples collected from the beginning, middle, and end of the packaging run. Do not composite locations for physicals.
  1. A slightly turbid gel with an alcoholic/musk odor.
  2. At 25°C, Brookfield LVT, small sample adapter, #25 at 60 RPM.

This product was produced and tested in accordance with cGMP requirements.

_signature_          11/21/00
Lisa A. Waltman – Quality Assurance -- R & D Analyst          Date

Mailing Address: DPT Laboratories, Ltd.   P.O. Box 1659   San Antonio, Texas 78296   210.223.3281
Headquarters: 318 McCullough   San Antonio, Texas 78215   Manufacturing Plant: 307 E. Josephine Street   San Antonio, Texas 78215

259b

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          AUXILIUM_MDL_REG_000039210

# DPT LABORATORIES

**Sample Name:**     **1. TESTOSTERONE TOP GEL FINISH PLCF BEG A**

| | |
|---|---|
| Project Name: | BK16_1100 |
| Vial #: | 3 |
| Injection #: | 1 |
| Column_Number: | 977 |
| Injection Volume: | 10.00 ul |
| Date Acquired: | 11/21/00 11:46:01 AM |
| Date Processed: | 11/21/00 12:29:46 PM |
| Dilution: | 1.00000 |

| | |
|---|---|
| Sample Type: | Unknown |
| Protocol #: | 641.001.001 |
| Sample Wt. (g): | 0.94350 |
| Method: | S319_00_486 |
| System: | CH270 |
| Channel: | 486 |
| Sample Set Id: | 10927 |

Sample Values Used in Calculations   SampleWeight = 0.94350 Dilution = 1.00000 Injection Volume = 10.00



## *Peaks Table*

| | Name | RT | Area | Height | Response | Int Type |
|---|---|---|---|---|---|---|
| 1 | Testosterone | 3.643 | 1595239 | 268885 | 1595239.00000 | BB |

**COPY**

| | | |
|---|---|---|
| Method: | 5319_00_486 | |
| Analyst: | BWC | Page: 1 of 1 |
| Filed With: | TESTOSTERONE TOP GEL FINISHED PLCF P#641.001.001 | |

Processing Method Id: 10306
Result Id: 11008

**259c**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      AUXILIUM_MDL_REG_000039211



D P T   L A B O R A T O R I E S

## Quality Assurance Department
## Certificate of Analysis
### Date of Certificate:     November 21, 2000

| | | |
|---|---|---|
| Product Name: Testosterone Topical Gel (Placebo) | Lot Number: | PLCE |
| Manufacturer: DPT Laboratories, Inc. | Date of Manufacture: | November 17, 2000 |
| Release Qty:   26,317 | Protocol Number: | 641.001.001 |

**Regulatory Specifications:**

| Test | Specification | Result | | |
|---|---|---|---|---|
| Description 73.4009 (Note 1) | Pass | Beg: Mid: End: | Pass Pass Pass | |
| pH 73.4011 | Report Value to 0.1 | Beg: Mid: End: | 5.9 5.9 6.0 | |
| Viscosity 73.4779 (Note 2) | 1000 – 8000 (Tentative) | Beg: Mid: End: | 3090 3820 3640 | |
| Ethanol Assay (F = 73.6% w/w) 73.5318 | 90 – 110% F | Beg: Mid: End: | A 101% 102% 102% | B 102% 102% 102% |
| Testosterone & Related Substances Assay 73.5319 | Not Present | Beg: Mid: End: | A NP NP NP | B NP NP NP |

NP = Not Present.

Notes:  Perform on samples collected from the beginning, middle, and end of the packaging run.  Do not composite locations for physicals.
1.    A slightly turbid gel with an alcoholic/musk odor.
2.    At 25°C, Brookfield LVT, small sample adapter, #25 at 60 RPM.

This product was produced and tested in accordance with cGMP requirements.

Lisa A. Waltman – Quality Assurance – R & D Analyst          11/21/00          Date

Mailing Address: DPT Laboratories, Ltd.   P.O. Box 1659   San Antonio, Texas 78296   210.223.3281
Headquarters: 318 McCullough   San Antonio, Texas 78215   Manufacturing Plant: 307 E. Josephine Street   San Antonio, Texas 78215

259d

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                AUXILIUM_MDL_REG_000039212